B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Texas | INVOLUNTARY PETITION |
|---|---|
| **IN RE** (Name of Debtor – If Individual: Last, First, Middle)<br><br>Royce Homes, LP | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>32036270125 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>7850 N. Sam Houston Parkway West<br>Houston, Texas<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Harris<br>ZIP CODE 77064 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>c/o Registered Agent, JOHN SPEER<br>16427 Telge Road<br>Cypress, TX<br><br>ZIP CODE 77429 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☑ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
      or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __Royce Homes, LP__

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ **Chief Financial Officer** <br> Signature of Petitioner or Representative (State title) <br> **Wisenbaker Builder Services Inc.** <br> Name of Petitioner   Date Signed 4/1/2009 <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Joe Chiavone <br> 1703 Westfield Loop <br> Houston, TX 77073 | x _[signature]_  4/7/09 <br> Signature of Attorney    Date <br> Patrick L. Hughes - Haynes and Boone LLP <br> Name of Attorney Firm (If any) <br> 1221 McKinney St. #2100  Houston, TX 77010 <br> Address <br> (713) 547-2000 <br> Telephone No. |
| x _____ **Credit Manager** <br> Signature of Petitioner or Representative (State title) <br> **Suncoast Post Tension, Ltd.** <br> Name of Petitioner   Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Bob Glaug <br> 509 N. Sam Houston Pkwy, Suite 300 <br> Houston, TX 77060 | x _____ Date <br> Signature of Attorney <br> Patrick L. Hughes - Haynes and Boone LLP <br> Name of Attorney Firm (If any) <br> 1221 McKinney St. #2100  Houston, TX 77010 <br> Address <br> (713) 547-2000 <br> Telephone No. |
| x _____ **Owner** <br> Signature of Petitioner or Representative (State title) <br> **Builders Mechanical, Inc.** <br> Name of Petitioner   Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Trent Kerr <br> 11143 Spring Cypress Road <br> Tomball, TX 77375 | x _____ Date <br> Signature of Attorney <br> Patrick L. Hughes - Haynes and Boone LLP <br> Name of Attorney Firm (If any) <br> 1221 McKinney St. #2100  Houston, TX 77010 <br> Address <br> (713) 547-2000 <br> Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Wisenbaker Builder Services, Inc. | Goods Sold | 781,094.40 |
| Suncoast Post Tension, Ltd | Goods Sold | 183,435.15 |
| Builders Mechanical, Inc. | Goods Sold | 96,423.98 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 1,106,359.53 |

___1___ continuation sheets attached

B 5 (Official Form 5) (12/07)– Page 2

Name of Debtor __Royce Homes, LP__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ **Chief Financial Officer** <br> Signature of Petitioner or Representative (State title) <br> **Wisenbaker Builder Services Inc.** <br> Name of Petitioner <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: **Joe Chiavone** <br> **1703 Westfield Loop** <br> **Houston, TX 77073** <br> Date Signed: | x_____ Date <br> Signature of Attorney <br> **Patrick L. Hughes - Haynes and Boone LLP** <br> Name of Attorney Firm (If any) <br> **1221 McKinney St. #2100 Houston, TX 77010** <br> Address <br> **(713) 547-2000** <br> Telephone No. |
| x_____ *(signed: Bob Glaug)* **Credit Manager** <br> Signature of Petitioner or Representative (State title) <br> **Suncoast Post Tension, Ltd.** <br> Name of Petitioner <br> Date Signed: **3/27/09** <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: **Bob Glaug** <br> **509 N. Sam Houston Pkwy, Suite 300** <br> **Houston, TX 77060** | x_____ *(signed)* **4/7/09** <br> Signature of Attorney Date <br> **Patrick L. Hughes - Haynes and Boone LLP** <br> Name of Attorney Firm (If any) <br> **1221 McKinney St. #2100 Houston, TX 77010** <br> Address <br> **(713) 547-2000** <br> Telephone No. |
| x_____ **Owner** <br> Signature of Petitioner or Representative (State title) <br> **Builders Mechanical, Inc.** <br> Name of Petitioner <br> Date Signed: <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: **Trent Kerr** <br> **11143 Spring Cypress Road** <br> **Tomball, TX 77375** | x_____ Date <br> Signature of Attorney <br> **Patrick L. Hughes - Haynes and Boone LLP** <br> Name of Attorney Firm (If any) <br> **1221 McKinney St. #2100 Houston, TX 77010** <br> Address <br> **(713) 547-2000** <br> Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Wisenbaker Builder Services, Inc. | Goods Sold | 781,094.40 |
| Suncoast Post Tension, Ltd | Goods Sold | 183,435.15 |
| Builders Mechanical, Inc. | Goods Sold | 96,423.98 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | **Total Amount of Petitioners' Claims** | **1,106,359.53** |

____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Royce Homes, LP

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ Chief Financial Officer | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) Wisenbaker Builder Services Inc. | Signature of Attorney                       Date Patrick L. Hughes - Haynes and Boone LLP |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) 1221 McKinney St. #2100  Houston, TX  77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Joe Chiavone<br>1703 Westfield Loop<br>Houston, TX  77073 | Address (713) 547-2000<br>Telephone No. |

| x_____ Credit Manager | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) Suncoast Post Tension, Ltd. | Signature of Attorney                       Date Patrick L. Hughes - Haynes and Boone LLP |
| Name of Petitioner                         Date Signed | Name of Attorney Firm (If any) 1221 McKinney St. #2100  Houston, TX  77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Bob Glaug<br>509 N. Sam Houston Pkwy, Suite 300<br>Houston, TX  77060 | Address (713) 547-2000<br>Telephone No. |

| x___[signature]___ Owner | x___[signature]___   7/7/09 |
|---|---|
| Signature of Petitioner or Representative (State title) Builders Mechanical, Inc. | Signature of Attorney                       Date Patrick L. Hughes - Haynes and Boone LLP |
| Name of Petitioner              03/27/09  Date Signed | Name of Attorney Firm (If any) 1221 McKinney St. #2100  Houston, TX  77010 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Trent Kerr<br>11143 Spring Cypress Road<br>Tomball, TX  77375 | Address (713) 547-2000<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Wisenbaker Builder Services, Inc. | Goods Sold | 781,094.40 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Suncoast Post Tension, Ltd | Goods Sold | 183,435.15 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Builders Mechanical, Inc. | Goods Sold | 96,423.98 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 1,106,359.53 |

___1___ continuation sheets attached

### Attachment to Involuntary Petition for Royce Homes, LP

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

**Name of Petitioner:** Luxury Baths by Arrow

X *Martha V___* Vice President    X *[signature]*  4/7/09
   Signature of Petitioner   Date Signed 4/2/04    Signature of Attorney    Date

Address:  Martha Vasquez
          5855 Cunningham
          Houston, Texas 77041

Patrick L. Hughes – Haynes and Boone
1221 McKinney Street, #2100
Houston, TX 77010
(713) 547-2000

| Name of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Luxury Baths by Arrow | Goods Sold | $ 45,406.00 |