

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/30/2009

IN RE: §
§
ROYCE HOMES, LP, § Case No. 09-32467-H4-7
§
Debtor. §

## ORDER FOR RELIEF

1. An order for relief under Chapter 7 of the Code is granted.

2. The deadlines established by Bankruptcy Rule 1007 are extended for 30 days.

3. The Court shall conduct a status conference on **May 22**, 2009 at **1:30 P**.M. The chapter 7 trustee that is to be appointed is ~~encouraged~~ **required** to attend.

SIGNED this **30th** day of **April**, 2009.

_____
THE HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE