IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-32467-H4-7 |
| | § | |
| ROYCE HOMES LP | § | |
| | § | |
| Debtor(s) | § | CHAPTER 7 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL
## OF PROOF OF CLAIM NO. 7

**YOU ARE HEREBY NOTIFIED** that Galveston County's claim no. 7 in the amount of **$16,099.52** is **WITHDRAWN**. This claim is being withdrawn because it is a duplicate of claim #6.

Date: 6-16-09

Respectfully submitted,

JOHN P. DILLMAN
State Bar No. 05874400
TARA L. GRUNDEMEIER
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier

**Of Counsel:**

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-32467-H4-7 |
| | § | |
| **ROYCE HOMES LP** | § | |
| | § | |
| Debtor(s) | § | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Galveston County's Notice of Withdrawal of Proof of Claim No. 7** was served upon the following via electronic means, if available, otherwise by placing same in the United States Mail, first class, postage fully prepaid, on _6-16-09_.

Debtor(s)

Royce Homes LP
7850 N. Sam Houston Parkway West
Houston, Texas 77064

Attorney in Charge for Debtor(s)

Pro Se

Chapter 7 Trustee

Rodney D. Tow
26219 Oak Ridge Drive
The Woodlands, Texas 77380

**Of Counsel:**

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier

Respectfully submitted,

_____
JOHN P. DILLMAN
State Bar No. 05874400
**TARA L. GRUNDEMEIER**
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - Telephone
(713) 844-3503 - Telecopier