Case 09-32467   Document 48-3   Filed in TXSB on 06/11/09   Page 1 of 2



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

ENTERED
06/23/2009

| | | |
|---|---|---|
| IN RE:: | § | |
| | § | |
| ROYCE HOMES, LP | § | CASE NO. 09-32467-H4-7 |
| DEBTOR | § | CHAPTER 7 |

## Order Granting Trustee's Motion Regarding Serving Notices in this Estate

**This Order may adversely affect you. If you oppose the contents of this Order, you must file an objection and send a copy to the Trustee. You must file and serve your objection within 20 days of the date this was served on you. Your objection must state what terms of the Order to which you object. If you do not file a timely objection, the Order will become final and binding upon you. If you oppose the Order and have filed a timely objection, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**If you file an Objection to this Order, a hearing will be held at 10:30 a.m. on August 11, 2009, in Courtroom No. 600, 515 Rusk Avenue, Houston, Texas 77002.**

Came on for consideration the Trustee's Motion Regarding Serving Notices in this Estate. The Trustee has requested that this Court limit notice to creditors of this Estate to only the Trustee, Trustee's attorney, Debtor, Debtor's attorney, the United States Trustee, twenty largest unsecured creditors and parties requesting notice via the ECF system, e-mail, or by first class mail. The Trustee has further requested that this Court:

a. Set the 341 meeting for 1:30 p.m. on August 28, 2009;

b. Authorize the Clerk of the Bankruptcy Court to send a copy of this Order, the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines, and the Trustee's Notice of Assets in one mailing to all of the creditors and parties in interest listed on

the creditor's mailing matrix on file with this Court.

The Court has considered the relief requested by the Trustee and has determined that the relief should be granted. It is therefore,

**Ordered** that:

a. Every notice, motion or application shall be served by either ECF notification, e-mail, or by first class mail on the Trustee, Trustee's attorney, Debtor, Debtor's attorney, the United States Trustee, twenty largest unsecured creditors and parties requesting notice;

b. The 341 meeting shall be held at 1:30 p.m. on August 28, 2009;

c. The Clerk of the Bankruptcy Court shall serve all of the parties on the creditor's mailing matrix with a copy of this Order, the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines in the form attached to the Motion as Exhibit "A"; and,

d. The Clerk of the Bankruptcy Court shall serve all of the parties on the creditor's mailing matrix with a copy of the Trustee's Notice of Assets in the form attached to the Motion as Exhibit "B".

It is further, **Ordered** that the Clerk of the Bankruptcy Court shall mail the above-referenced Orders and Notices in one mailing to all of the parties on the creditor's mailing matrix and file a certificate of service with this Court.

Signed this 23rd day of June, 2009.

**JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE**

FORM B9D (Chapter 7 Corporation/Partnership Asset Case (10/05))

| UNITED STATES BANKRUPTCY COURT    Southern    **District of**    Texas |||
|---|---|---|
| <div align="center">**Notice of**<br>**Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines**</div> |||
| An involuntary chapter 7 bankruptcy case concerning the debtor listed below was filed on April 7, 2009. The order of relief was entered on April 30, 2009.<br><br>You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. |||
| <div align="center">See Reverse Side for Important Explanations</div> |||
| Debtor(s) (name(s) and address) Royce Homes, LP<br>7850 N. Sam Houston Pkwy West<br>Telephone number:    Houston, TX 77064 || Case Number:   09-32467-H4-7<br><br>Last four digits of Social Security No./Complete EIN or other Taxpayer ID No.:<br>32036270125 |
| All other names used by the Debtor(s) in the last 8 years<br>(include trade names): || Bankruptcy Trustee (name and address):<br>Rodney Tow<br>Tow & Koenig, PLLC<br>26219 Oak Ridge Dr.<br>The Woodlands, TX 77380<br><br>Telephone number:   281-681-9100 |
| Attorney for Debtor(s) (name and address): David Jones<br>Porter & Hedges<br>1000 Main, 36th Floor<br>Telephone number: 713-226-0653    Houston, TX 77002 |||
| <div align="center">**Meeting of Creditors**</div> |||
| Date:   08 / 28 / 2009    Time: 1:30 (    ) A. M.    Location:   515 Rusk, 3rd Floor, Houston, TX 77002<br>( X ) P. M. |||
| <div align="center">**Deadline to File a Proof of Claim**<br><br>Papers must be *received* by the bankruptcy clerk's office by the following deadlines:<br><br>For all creditors (except a governmental unit):  November 26, 2009        For a governmental unit: February 24, 2010<br><br>**Foreign Creditors:**<br>A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.</div> |||
| <div align="center">**Creditors May Not Take Certain Actions:**</div> |||
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |||
| |||
| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>P.O. Box 61010<br>Houston, TX 77208<br><br>Telephone number:   713-250-5500 || **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael N. Milby |
| Hours Open:<br>Monday - Friday 9:00 AM - 5:00 PM || Date: |

<div align="center">Exhibit A</div>

| EXPLANATIONS | | Form B9D (10/05) |
|---|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. | |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |

Refer To Other Side For Important Deadlines and Notices

Exhibit A

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT   Southern District of Texas | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br>Royce Homes, LP | Case Number:<br>09-32467-H4-7 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br><br>Name and address where notices should be sent:<br><br><br>Telephone number: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| **1. Amount of Claim as of Date Case Filed:**          $ _____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>**3a. Debtor may have scheduled account as:** _____<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:**  ☐Real Estate    ☐Motor Vehicle    ☐Other<br>**Describe:**<br><br>**Value of Property:**$_____    **Annual Interest Rate** _____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br>**if any:** $_____    **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).<br><br>**Amount entitled to priority:**<br><br>$ _____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| Date:          Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Exhibit A**

B 10 (Official Form 10) (12/08) – Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____ | _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10)

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

Exhibit A

B204 (Form 204) (08/07)

# United States Bankruptcy Court
Southern District Of Texas

In re   Royce Homes, LP
            **Debtor***
Address:  7850 N. Sam Houston Pkwy West
          Houston, TX 77064

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any): _____
Employer Tax-Identification (EIN) No(s).(if any): ___
             32036270125

Case No.  09-32467-H4-7

Chapter   7

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

> Date:  November 26, 2009

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

The proof of claim form is attached to this notice. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| Address of the Bankruptcy Court | Michael N. Milby |
|---|---|
| United States Bankruptcy Court<br>P.O. Box 61010<br>Houston, TX 77208 | Clerk of the Bankruptcy Court<br><br>By: _____<br>         Deputy Clerk<br>Date: _____ |

\* *Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.*

Exhibit B

Instructions, B204
12.11.08

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

Bankruptcy Rule 2002(f) specifies that notice of the time fixed for filing claims is to be given by the clerk, unless the court directs otherwise.

In chapter 7 no asset cases, Fed. R. Bankr. P. 2002(e) permits the clerk to advise creditors not to file claims unless assets are discovered.

Fed. R. Bankr. P. 3002(c)(5) provides that, when assets are subsequently discovered, the clerk shall notify creditors that proofs of claims are to be filed and inform them of the deadline for filing. The clerk is required to give at least 90 days' notice of the deadline.

Form 204 is designed for the clerk to use in the discharge of this responsibility. A proof of claim form should be attached. The Proof of Claim (Official Form 10) is discussed in the instructions for that form.

The clerk is to fill in the date claims are due, which is at least 90 days after the notice is mailed. Pursuant to Bankruptcy Rule 9006, if day 90 is a Saturday, Sunday, or legal holiday, or a day on which the clerk's office is inaccessible, the deadline for filing claims is extended to the next business day.

Exhibit B