IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § | |
| ROYCE HOMES LP § § | CASE NO. 09-32467 |
| DEBTOR § § § | (CHAPTER 7) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Notice is hereby given that Edgar A. Goldberg appear as attorneys of record for Sandtrap Grill, creditor and party-in-interest of the above Debtor and pursuant to Rule 2002(g)and (i), 9010(b) and 3017(a) and 9007 of the Rules of Bankruptcy Procedure, requests that copies of all pleadings filed in this case, including but not limited to contested and non-contested matters, adversary proceedings and hearings, whether or not Sandtrap Grill is named as a party in those particular matters or proceedings, be mailed to the following; however, Mr. Goldberg has not been authorized to accept service of process as a consequence of this pleading:

> Edgar A. Goldberg
> 819 Lovett
> Houston, Texas  77006
> egold56@yahoo.com

1

Respectfully submitted,

/s/ Edgar A. Goldberg
Edgar A. Goldberg
819 Lovett
Houston, Texas  77006
SBN 08075100
(713) 629-5889
(713) 629-5879 (fax)

Attorneys for SandTrap Grill

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of June, 2009, a true and correct copy of the above and foregoing Notice of Appearance and Request for Notice was served, via electronic service, or by US mail postage prepaid upon the parties listed on the attached Service List pursuant to Rule 9007 of the Local Rules.

| **Debtors** | **Debtor's Attorney** |
|---|---|
| Royce Homes LP | Pro Se |
| 7850 N. Sam Houston Pkwy West | |
| Houston, Texas 77064 | |
| | **/s/ Edgar A. Goldberg** |
| **US TRUSTEE** | **Edgar A. Goldberg** |
| 515 Rusk | |
| Houston, Texas 77002 | |
| | c:\MyFiles\notice of appear |
| Rodney Tow | |
| Tow and Koenig PC | |
| 26219 Oak Ridge Drive | |
| The Woodlands, Texas 77380 | |