IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROYCE HOMES, LP | § | CASE NO. 09-32467-4-7 |
| | § | (Chapter 7) |

## Trustee's Motion to Compel Royce Homes, LP to Turnover Documents and Other Information Request for Hearing, and Request that John Speer be Ordered to Appear at the Hearing

### Emergency Hearing Requested

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 20 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:**

Rodney Tow, Trustee, files this Motion to Compel and in support thereof would show as follows:

1. Royce Homes, LP agreed to an order of relief in this bankruptcy on April 30, 2009. John Speer is the designated representative for Royce.

2. The Trustee has requested documents and other information on repeated occasions. The documents and information requested have not been provided. Although the Trustee received over 1,000 documents pursuant to his previous requests, the vast majority of the documents were wholly unresponsive to the requests.

3. Now that Mr. Speer is the designated representative for the debtor, the Trustee asks that he be ordered to turn over the previously requested information and the additional information requested in this Motion.

4. This Motion is filed pursuant to 11 U.S.C. §§105, 521(a)(3), 541, 542, and 543, and Bankruptcy Rules 1007(b)(1), (c), (g), and (k), 1008, and 4002.

5. The Trustee requests that Mr. Speer be ordered to turnover the following:

   a. A list of all general partners and limited partners of the Debtor from January 1, 2006 through April 30, 2009, complete with current addresses, phone numbers, and, where available, e-mail addresses.

   b. A list of all of the Debtor's officers, directors and their staff from January 1, 2006 through April 30, 2009, complete with current addresses, phone numbers and, where available, e-mail addresses. The title of each officer and their staff should be designated.

   c. The address, phone number and, where available, e-mail address for John Speer, William Gathmann and Nancy Booth.

   d. A Corporate Chart showing the relationship prior to September 2006 between the various entities associated with the Debtor including but not limited to:

      i. Hammersmith Group, Inc.,
      ii. First Duvall Group, Inc.,
      iii. DWM Holdings, Inc.,
      iv. DWM Holdings, LP
      v. DWM Holdings GP, LLC
      vi. Royce Homes - Phoenix, LLC,
      vii. Royce Homes - North Carolina, LLC,
      viii. Royce Model Homes,

    ix. Royce Homes - Dallas, LLC,
    x. Royce Land, LP
    xi. Park Lake Communities, LP,
    xii. Royce Operating, LP,
    xiii. Texas Colonial,
    xiv. Royce Homes - Atlanta, LLC, and
    xv. 501 Maple Ridge, Ltd,
    xvi. All other subsidiaries and affiliates
    xvii. All partners, members, and shareholders designated for each entity.

 e. A Corporate Chart for the Debtor and its general partner, Hammersmith, Inc., showing all affiliated entities of the Debtor as well as all affiliated entities of Hammersmith each month from September 2006 through July 2009.

 f. With respect to any loans of the Debtor from January 1, 2006 to present, the contact information including the name, address and telephone number of each loan officer(s) for the Debtor at each of the following banks:

    i. Amegy Bank,
    ii. RBC
    iii. Wachovia
    iv. Regions
    v. Comerica
    vi. Capital One
    vii. Citibank,
    viii. First Bank,
    ix. Texas Capital,
    x. Texas State,
    xi. Guaranty, and
    xii. Key Bank

 g. The Debtor's files relating to all work performed by Porter & Hedges including all internally prepared documentation, letters, faxes, e-mails, and other records.

 h. A list of the names and addresses of employees of the Debtor during 2006, 2007, 2008 and 2009.

 i. The Debtor's files relating to Porter & Hedges' billing records for the Debtor covering January 1, 2006 through July 2009;

 j. The documents relating to any loan with Amegy Bank and payment history;

k. Provide the name(s), address(es), phone number(s) and e-mail address(es) for each person known to have access to the Royce entities computer network(s) at the administrator level from January 1, 2006 through the present.

l. Provide the name of any offsite company that provided a back up service for the Debtor's servers and computers from January 1, 2006 to present.

m. The name and address of all persons who reformatted the hard drives of the Debtor's computers and servers in 2008.

n. Name, address, contact, and account information for the internet service provider, web hosting company, internet based email provider for the Debtor from January 1, 2006 to present.

o. All records of the Debtor showing or relating to any distribution paid to any of the Debtor's limited partners in 2006, 2007, and 2008.

6. The Trustee requests that Mr. Speer be ordered to:

a. Turnover the hard drives removed from any computer of the Debtor from January 1, 2006 to present.

b. Turnover all computers owned by the Debtor from January 1, 2006 to present.

c. Any and all electronically stored information (ESI) related to Royce entities that has not already been provided. The term "electronically stored information" include all of the foregoing items in whatever form and by whatever means they may have been created or stored, including any electrical, electronic, or magnetic form (such as any information on an electronic or magnetic storage device, including floppy diskettes, hard disks, ZIP disks, USB drives, memory sticks, CD-ROM/DVDs, optical discs, backup tapes, smart cards, personal digital assistants such as Palm Pilot computers, as well as printouts or readouts from any magnetic storage device); any handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies).

7. The Trustee requests that Mr. Speer be ordered to be present, in the courtroom, on the day of the hearing on this Motion.

**Authority**

8. The items and information the Trustee is requesting are property of this bankruptcy estate under 11 U.S.C. §541. As paper and electronic records of the Debtor must be turned over, so must the information about the Debtor known by the officers and directors. The Debtor, through its designated representative, has a duty to provide this estate with this information, and compile the information, when necessary.

9. Section 521(a)(3) requires the Debtor to cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title. The Trustee has a duty under 11 U.S.C. §704 to collect and reduce to money the property of the estate and to investigate the financial affairs of the debtor.[1] The items and information requested by the Trustee are necessary for the Trustee to perform his duties.

10. Further, 11 U.S.C. §105(a) authorizes the Court to issue any order that is necessary or appropriate to carry out the provisions of the Bankruptcy Code. Assisting the Trustee in carrying out his duties and requiring the Debtor to fully disclose information and turnover property is necessary and appropriate to carry out the provisions of the Bankruptcy Code.

11. The Bankruptcy Code turnover statutes, 11 U.S.C. §542(a) and §543(b), require the turnover of property the Trustee may use and property of the Debtor held by a custodian. The property, knowledge and information of the Debtor must be turned over so the Trustee may properly administer the estate.

12. Bankruptcy Rule 1007(b)(1), (g) and (k) require the Debtor, its general partner, or other

---

[1] 11 U.S.C. §704(a)(1) and (4)

party ordered by the Court to file "other documents" including the schedules and statement of financial affairs and lists. It is these other documents and lists, which the Debtor must prepare in order for the Trustee to properly administer this estate.

13. The Trustee requests that the Court further order that the Debtor, through Mr. Speer, verify the information provided as required by Bankruptcy Rule 1008.

14. Bankruptcy Rule 4002(4) requires the Debtor to cooperate with the administration of the estate.

15. All of these records, equipment and other information are critical to the Trustee's ability to administer this Estate. The Trustee is requesting that this Court to order John Speer to provide the requested records, equipment and other information to the Trustee no later than August 13, 2008..

Respectfully submitted this 22d day of July, 2009.

                                          **TOW & KOENIG, PLLC.**

                                          By: _/s/ Julie M. Koenig_
                                              Julie M. Koenig
                                              SBA# 14217300
                                              26219 Oak Ridge Drive
                                              The Woodlands, Texas 77380
                                              281/681-9100 (Telephone)
                                              832/482-3979 (Telecopier)
                                              Jkoenig@towkoenig.com

                                          Attorneys for the Trustee

## Certificate of Service

  I hereby certify that a true and correct copy of the foregoing has been served by Nicole Oakley, a legal assistant in my office, on all of the parties on the attached service list via either ECF Notification or by first class mail, proper postage affixed, on the 23d day of July, 2009.

                  */s/   Julie M. Koenig*
                  Julie M. Koenig

| | | |
|---|---|---|
| Royce Homes, LP<br>7850 N Sam Houston Pkwy W<br>Houston, TX 77064 | Hammersmith Group, Inc.<br>7850 N Sam Houston Pkwy W<br>Houston, TX 77064 | John Speer<br>Registered Agent for Royce Homes, LP<br>16427 Telge Road<br>Cypress, TX 77429 |
| Hammersmith Group, Inc.<br>C/O David Jones<br>Porter & Hedges, LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | Royce Homes, LP<br>C/O David Jones<br>Porter & Hedges, LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | John Speer<br>Registered Agent for Royce Homes, LP<br>7850 N Sam Houston Pkwy W<br>Houston, TX 77064 |
| Joe Chiavone<br>Wisebaker Builder Services<br>1703 Westfield Loop<br>Houston, TX 77073 | Martha Vasquez<br>Luxury Baths by Arrow<br>5855 Cunningham<br>Houston, TX 77041 | Wisenbaker Builder Services, Inc.<br>C/O Patrick Hughes<br>Haynes & Boone, LLP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 |
| Suncoast Post Tension, Ltd.<br>C/O Patrick Hughes<br>Haynes & Boone, LLP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 | Luxury Baths by Arrow<br>C/O Patrick Hughes<br>Haynes & Boone, LLP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 | Builders Mechanical, Inc.<br>C/O Patrick Hughes<br>Haynes & Boone, LLP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 |
| Bob Glug<br>Suncoast Post Tension, Ltd.<br>509 N Sam Houston Pkwy, Ste. 300<br>Houston, TX 77060 | Trent Kerr<br>Builders mechanical, Inc.<br>11143 Spring Cypress Road<br>Tomball, TX 77375 | Texas Attorney Generalo<br>808 Travis, Suite 300<br>Houston, TX 77002 |
| Stephen D. Statham<br>Office of the United States Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002 | Harris County Tax Assessor-Collector<br>1001 Preston, Ste. 100<br>Houston, TX 77002 | Rodney Tow, Trustee<br>26219 Oak Ridge Drive<br>The Woodlands, TX 77380 |
| Internal Revnue Service<br>PO Box 660406<br>Dallas, TX 75266 | Decker Oaks Development II<br>C/O Margaret McClure<br>909 Fannin, Ste. 1580<br>Houston, TX 77010 | Teri King<br>PO Box 40010<br>Houston, TX 77240 |
| Monica Pedrosa<br>PO Box 40010<br>Houston, TX 77240 | Action Gypsum<br>PO Box 40010<br>Houston, TX 77240 | Lisa Childress<br>PO Box 19849<br>Houston, TX 77224 |
| Bison Building<br>PO Box 19849<br>Houston, TX 77224 | Perfection Fireplace & Supply<br>6742 N Eldridge Pkwy<br>Houston, TX 77041 | Wachovia Bank<br>C/O Christina M. Putman<br>Seyforth Shaw<br>700 Louisiana St., Ste. 3700<br>Houston, TX 77002-2797 |
| George Kopecky<br>C/O Scott D. Cunningham<br>The Cunningham Law Firm<br>7500 San Felipe, Ste. 1010<br>Houston, TX 77063 | John Speer<br>C/O Michael Wilk<br>Hirsch & Westheimer, PC<br>700 Louisiana, Ste. 2550<br>Houston, TX 77002-2772 | Hammersmith Group, Inc.<br>C/O Michael Wilk<br>Hirsch & Westheimer, PC<br>700 Louisiana, Ste. 2550<br>Houston, TX 77002-2772 |

| | | |
|---|---|---|
| Royce Homes, LP<br>C/O Michael Wilk<br>Hirsch & Westheimer, PC<br>700 Louisiana, Ste. 2550<br>Houston, TX 77002-2772 | Kyung S. Lee<br>Diamond McCarthy, LLP<br>909 Fannin Street, Ste. 1500<br>Houston, TX 77010 | Texas Capital Bank, NA<br>C/O Richard A. McKinney<br>Higier Allen & Lautin, PC<br>5057 Keller Springs Rd., Ste. 600<br>Addison, TX 75001-6231 |
| Texas Capital Bank, NA<br>C/O Daniel Paz<br>Higier Allen & Lautin, PC<br>5057 Keller Springs Rd., Ste. 600<br>Addison, TX 75001-6231 | David Showalter<br>Showalter Law Firm<br>1117 FM 359, Ste. 200<br>Houston, TX 77406-2013 | Joshua Leal<br>Showalter Law Firm<br>1117 FM 359, Ste. 200<br>Houston, TX 77406-2013 |
| SouthFork Community Association<br>C/O Gregory Crinion<br>Ashby Crinion LLP<br>17040 El Camino Real, Ste. 200<br>Houston, TX 77058 | LinGo SouthFork, Ltd.<br>C/O Gregory Crinion<br>Ashby Crinion LLP<br>17040 El Camino Real, Ste. 200<br>Houston, TX 77058 | Mozley Acquistion and Development Partners, LP<br>C/O W. Steven Bryant<br>600 Travis, Ste. 3400<br>Houston, TX 77002 |
| Wachovia bank, NA<br>Walter J. Cicak<br>Seyfarth Shaw LLP<br>700 Louisiana, Ste. 3700<br>Houston, TX 77002 | Cypress-Fairbanks ISD<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Fort Bend County<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Galveston County<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Harris County<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Katy ISD<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Montgomery County<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 | Decker Oaks Development II<br>C/O Dennis Dylewski<br>909 Fannin, Ste. 1150<br>Houston, TX 77010 | Decker Oaks Development II Ltd.<br>617 West Main<br>Tomball, TX 77375 |
| Hodges Ready Mix Company, Inc.<br>C/O Himesh M. Ghandi<br>130 Industrial Blvd., Ste. 110<br>Sugar Land, TX 77478 | House of Electric, LC<br>C/O Himesh M. Ghandi<br>130 Industrial Blvd., Ste. 110<br>Sugar Land, TX 77478 | Sandtrap Grill<br>C/O Edgar A. Goldberg<br>Attorney at law<br>819 Lovett<br>Houston, TX 77064 |
| Patricia Hair<br>Phelps Dunbar LLP<br>700 Louisiana, Ste. 2600<br>Houston, TX 77002 | Nancy H. Harmen<br>Coats Rose Yale Ryman & Lee PC<br>3 Greenway Plaza, Ste. 2000<br>Houston, TX 77046 | Builder Mechanical, Inc.<br>11143 Spring Cypress Road<br>Tomball, TX 77375 |
| Luxury Baths by Arrow<br>5855 Cunningham<br>Houston, TX 77041 | Wisenbaker Builder Services, Inc.<br>1703 Westfield Loop<br>Houston, TX 77073 | Hanson Brick & Tile<br>C/O Bell Nunnally & Martin<br>Attn: Heather H. Jobe<br>3232 McKinney Ave., Ste. 1400<br>Dallas, TX 75204 |
| Deborah F. Bates<br>C/O Henry J. Kaim<br>King & Spalding, LLP<br>1100 Louisiana, Ste. 4000<br>Houston, TX 77002 | Masco Builder Cabinet Group, Inc.<br>C/O Jason kennedy<br>Thomas Feldman Et Al<br>9400 N Central Expwy, Ste. 900<br>Dallas, TX 75231-5027 | Julie Mitchell Koenig<br>Tow Koenig, PLLC<br>26219 oak Ridge Drive<br>The Woodlands, TX 77380 |

| | | |
|---|---|---|
| Dina Wooldridge<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>1117 FM 359<br>Richmond, TX 77479 | Patrick Matula<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>1117 FM 359<br>Richmond, TX 77479 | Richard Wooldridge<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>1117 FM 359<br>Richmond, TX 77479 |
| Sharon Matula<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>1117 FM 359<br>Richmond, TX 77479 | Valerie Sankey<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>1117 FM 359<br>Richmond, TX 77479 | Diane G. Livingstone<br>Office of US Trustee<br>515 Rusk, Ste. 3516<br>Houston, TX 77002 |
| Jason Rudd<br>Diamond McCarthy Taylor & Finley<br>909 Fannin, Ste. 1500<br>Houston, TX 77010 | Klein ISD<br>C/O Carl O Sandin<br>Perdue Brandon Fielder Et Al<br>1235 N Loop W, Ste. 600<br>Houston, TX 77008 | Tri-Tech Surveying Company, LP<br>C/O Robert C. Vilt<br>5177 Richmond Ave., Ste. 1230<br>Houston, TX 77056 |
| RBC Builder Finance<br>11011 Richmond Avenue, Ste. 850<br>Houston, Texas 77042 | UPS<br>5552 E. Inverness Avenue<br>Mesa, AZ 85206 | Paul Bettencourt<br>Tax Assessor-Collector<br>Harris County<br>PO Box 3547<br>Houston, TX 77253-3547 |
| HC Glen Abbey Residential Association, Inc.<br>PO Box 219223<br>Houston, TX 77218-9223 | City of Charlotte<br>Billing Center<br>PO Box 33831<br>Charlotte, NC 28233-3831 | McCarthy, Burgess & Wolff<br>The MB&W Building<br>26000 Cannon Road<br>Cleveland, OH 44146 |
| American Express<br>Membership Rewards<br>PO Box 297813<br>Ft. Lauderdale, FL 33329-9785 | Willams Mullens<br>Attn: Ronald R. Rogers<br>PO Box 19764<br>Raleigh, NC 27619-9764 | Greenwood Insurance Company<br>3934 FM 1960 west, Ste. 240<br>Houston, TX 77068 |
| Texas Insurance Group, Inc.<br>428 Harwood Road<br>Bedford, TX 76201 | City of McKinney<br>Alarm Program<br>PO Box 140549<br>Irving, TX 75014-0549 | Centerpoint Energy<br>PO Box 4981<br>Houston, TX 77210 |
| Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265 | Harris County MUD #154<br>PO Box 4245<br>Houston, TX 77210-4245 | Lake MUD<br>PO Box 3038<br>Houston, TX 77253 |
| Malcomson Road UD<br>PO Box 3030<br>Houston, TX 77253-3030 | Fort Bend County MUD #165<br>PO Box 3033<br>Houston, TX 77253-3033 | Fort Bend County MUD #50<br>PO Box 4322<br>Houston, TX 77210-4322 |
| Fort Bend County MUD #24<br>PO Box 3037<br>Houston, TX 77253-3037 | Cypress Forest Public Utility District<br>PO Box 3036<br>Houston, TX 77253-3036 | Comerica Bank<br>PO Box 75000<br>Detroit, MI 48275 |

| | | |
|---|---|---|
| Northwest Service Center<br>2324 LaSalle Street<br>Charlotte, NC 28216 | Pasadena ISD<br>Tax Office<br>PO Box 1318<br>Pasadena, TX 77501 | City of Gastonia<br>Customer Service Division<br>PO Box 1748<br>Gatonia, NC 28053-1748 |
| Williams Mullen<br>PO Box 19764<br>Raleigh, NC 27619-9764 | Harris County MUD #397<br>PO Box 218025<br>Houston, TX 77218-8025 | Paul Bettencourt Tax Assessor<br>Harris County<br>PO Box 3547<br>Houston, TX 77253-3547 |
| IRS<br>Memphis, TN 37501-0250 | IRS<br>PO Box 57<br>Bensalem, PA  19020-0057 | Fulton County Tax Commissioner<br>PO Box 105052<br>Atlanta, GA 30348-5052 |
| Fulton County Board of Assessors<br>Fulton County Government Center<br>141 Pryor Street SW, Ste. 1056<br>Atlanta, GA 30303 | Jackson County Board of Assessors<br>67 Athens Street<br>Jefferson, GA 30549 | Leo Vasquez<br>Tax Assessor-Collector<br>PO Box 4622<br>Houston, TX 77210-4622 |
| Texas Workforce Commissions<br>Benefits-Chargebacks<br>101 E 15th Street Room 354<br>Austin, TX 78778-0001 | Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265-0475 | Duke Energy<br>PO Box 70515<br>Charlotte, NC 28272-0515 |
| Aztec<br>Tents and Events<br>601 W. 6th Street<br>Houston, TX 77007 | Northwest Service Center<br>2324 LaSalle Street<br>Charlotte, NC 28216 | Builder Sales<br>38 W. Neopolitan Lane<br>Long Beach, CA 90803 |
| Rymer, Moore, Jackson & Echols<br>Attn: Michael Dunnahoo<br>2801 Post Oak Blvd., Ste. 250<br>Houston, TX 77056 | Cisco, Inc.<br>PO Box 801088<br>Houston, TX 77280-1088 | Villages of Woodland Springs<br>C/O SBB Processing Center<br>PO Box 60875<br>Phoenix, AZ 85082-0875 |
| Hc Glen Abbey Residential Association, Inc.<br>Attn: Khara Mathews<br>PO Box 219223<br>Houston, TX 77218-9223 | Attn: Corporate Secretary<br>National Home insurance Company<br>One Denver Highlands<br>10375 E. Havard Avenue, Ste. 100<br>Denver, CO 80231 | Willow Forest<br>C/O RealManage<br>2633 McKinney Avenue #130-502<br>Dallas, TX 75204-2581 |
| Amerisure Insurance<br>PO Box 2060<br>Farmington Hills, MI 48333-2060 | Amerisure Mutual Insurance<br>PO Box 78000<br>Detroit, MI 48278-0226 | Texas Residential Commission<br>PO Box 13509<br>Austin, TX 78711 |
| Monarch Village Community Assc.<br>PO Box 1677<br>Stockbridge, GA 30281 | Brunswick Lakes Homeowners Assc.<br>C/O Principal Management Group<br>11000 Corporate Centre Drive, Ste. 150<br>Houston, TX 77041 | Marsh USA, Inc.<br>Two Logan Square<br>Philadelphia, PA 19103-2797 |

| | | |
|---|---|---|
| Metlife Small Market<br>SBC Master Tax Expert<br>18210 Crane Nest Drive<br>Tampa, FL 33647 | State Farm Insurance Companies<br>PO Box 799100<br>Dallas, TX 75379 | Arizona Water Company<br>220 East 2nd Street<br>Casa Grnde, AZ 85222 |
| RMS<br>305 Fellowship Road, Ste. 100<br>Mount Laurel, NJ 08054 | Harris County Permit Office<br>Attn: Cashier<br>105555 NW Freeway, Ste. 146<br>Houston, TX 77092 | Fairburn Ready Mix, Inc.<br>PO Box 459<br>Tyrone, GA 30290 |
| BB&T- Reese Insurance<br>350 Brandywine Blvd., Ste. 200<br>Fayetteville, GA 30214-1562 | Willis HRH<br>PO Box 305191<br>Nashville, TN 37230-5191 | BMC West<br>PO Box 690968<br>Houston, TX 77269 |
| Highland Creek Ranch Homeowners Assc.<br>C/O Community Asset Management, Inc.<br>9802 FM 1960 Bypass, Ste. 210<br>Humble, TX 77338 | RBC Builder Finance<br>11011 Richmond Ave., Ste. 850<br>Houston, TX 77042 | Northgreen MUD<br>PO Box 218025<br>Houston, TX 77218-8025 |
| Atmos Energy<br>PO Box 78108<br>Phoenix, AZ 85062-8108 | TXU Energy<br>PO Box 650638<br>Dallas, TX 75265-0638 | ISB Insurance Services, Inc.<br>7600 West Tidwell, Ste. 808<br>Houston, TX 77040 |
| Friendswood Firewood Company<br>Attn: Brady Mora<br>505 Williamsburg Circle<br>Friendswood, Texas 77546 | Texas Workforce Commission<br>PO Box 149037<br>Austin, TX 78714-9037 | City of Pasadena, Texas<br>PO Box 672<br>Pasadena, TX 77501-0672 |
| Centerpoint Energy<br>PO Box 2628<br>Houston, TX 77252 | Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265-0475 | SCF Arizona<br>3030 N 3rd Street<br>Phoenix, AZ 85012 |
| Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265-0475 | Centerpoint Energy<br>PO Box 4981<br>Houston, TX 77210-4981 | Brevard County Sheriff's Office<br>C/O Career Development<br>700 Park Avenue<br>Titusville, FL 32780 |
| Northwest Service Center<br>2624 LaSalle Street<br>Charlotte, NC 28216 | Harris County MUD #157<br>PO Box 3035<br>Houston, TX 77253-3035 | The Honorable Eddward P. Ballinger, Jr.<br>Maricopa County Syperior Court<br>Northeast Facility<br>18380 N 40th Street<br>Phoenix, AZ 85032 |
| Thorsnes Bartolotta McGuire<br>2550 Fifth Avenue, 11th Floor<br>San Diego, CA 92103 | James F. Atkins, Esq.<br>Thorsnes Bartolotta McGuire<br>2550 Fifth Avenue, 11th Floor<br>San Diego, CA 92103 | John F. McGuire, Jr.<br>Thomas J. Shorall<br>Shorall McGoldrick Brinkmann<br>1232 E. Missouri Avenue<br>Phoenix, AZ 85014-2912 |

| | | |
|---|---|---|
| Scott Zerlaut<br>Shorall McGoldrick Brinkmann<br>1232 E. Missouri Avenue<br>Phoenix, AZ 85014-2912 | Paulson Reporting<br>3550 N Central Avenue, Ste. 102<br>Phoenix, AZ 85012 | Bradley J. Biggs<br>C/O Eric Smith/Case Manager<br>Thorsnes Bartolotta McGuire<br>14545 N Frank Lloyd Wright, Ste. 1047<br>Scottsdale, AZ 85260 |
| Christopher J. Wilson<br>Ricki Cohen<br>Struckmeyer & Wilson<br>910 E. Osborn Road<br>Phoenix, AZ 85014 | Deirdre Carey Brown<br>McGinnis Lochridge Kilgore<br>3200 One Houston Center<br>1221 McKinney Street<br>Houston, TX 77010 | Margaret Maxwell McClure<br>McGinnis Lochridge Kilgore<br>3200 One Houston Center<br>1221 McKinney Street<br>Houston, TX 77010 |
| City of Grand Prairie Water Utilities<br>PO Box 660814<br>Dallas, TX 75266-0814 | Harris County Water Control #109<br>11302 Tanner Road<br>Houston, TX 77041 | Pickard Insurance Agency<br>PO Box 13499<br>Arlington, TX 76094 |
| Willow Forest Homes Assc., Inc.<br>C/O RealManage<br>PO Box 803555<br>Dallas, TX 75380-3555 | Gulf & Basco, LP<br>PO Box 445<br>Houston, TX 77001-0445 | Mitel Leasing<br>PO Box 972870<br>Dallas, TX 75397 |
| State of Delaware<br>Division of Corporations<br>PO Box 11728<br>Newark, NJ 07101-4728 | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Twin Oaks Landscape Services, Inc.<br>246 Arnold Mill Road<br>Woodstock, GA 30188 |
| J. Smith Lanier and Co Atlanta<br>11330 Lakefield Drive<br>Bldg 1, Ste. 100<br>Duluth, GA 30097 | D and M Powerwashing<br>5905 CR 1008<br>Godley, TX 76044 | Upshaw Insurance Agency, Inc.<br>PO Box 1299<br>Amarillo, TX 79105 |
| Employment Security Commission<br>of North Carolina<br>PO Box 25903<br>Raleigh, NC 27611-5903 | Employment Security Commission<br>of North Carolina<br>PO Box 25904<br>Raleigh, NC 27611-5904 | City of Concord<br>PO Box 308<br>Concord, NC 28026-0308 |
| West Asset Management, Inc.<br>PO Box 956842<br>St. Louis, MO 63195 | West Asset Management, Inc.<br>Dept. 11576<br>PO Box 1259<br>Oaks, PA 19456 | Bay Colony CIA<br>PO Box 219320<br>Houston, TX 77218-9320 |
| Bay Colony Community<br>Improvement Association, Inc.<br>C/O Crest Management Company<br>PO Box 219320<br>Houston, TX 77218-9320 | Fieldstone CA, Inc.<br>C/O Principal Management Group<br>11000 Corporate Centre Drive, Ste. 150<br>Houston, TX 77041 | Gulf Coast Concrete & Shell<br>4713 Ransom Road<br>Richmond, TX 77469 |
| Ofelia A Lira<br>2611 Daryns Landing Drive<br>Houston, TX 77038 | Donna J. Comer<br>108 Forest Wind Circle<br>Montgomery, TX 77316 | Victoria Rosella<br>5627 Manor Forest Drive<br>Kingwood, TX 7739 |

| | | |
|---|---|---|
| M.L. Rendleman Co, Inc.<br>c/o Baldwyn R. English, Jr.<br>Andrews Kurth LLP<br>600 Travis, Ste. 4200<br>Houston, TX 77002 | Cory R. Ormsby<br>11007 Blue Feather Drive<br>Houston, TX 77064 | Greensheet<br>Attn: Noel Bushu<br>2601 Main Street<br>Houston, TX 77002 |
| Cast Fireplaces, Inc.<br>C/O Robert Miller<br>10425 Tanner Road<br>Houston, TX 77041 | BMP & Associates, Inc.<br>1707 Hartwick<br>Houston, TX 77093 | Burgess Construction, Consultants<br>1255 West 15th Street #1000<br>Plano, TX 75075 |
| Signtex Outdoor<br>1225 Alma, Suite D<br>Tomball. TX 77375 | Pasadena ISD<br>C/O Dexter D. Joyner<br>4701 Preston Avenue<br>Pasadena, TX 77505 | RME Equipment Inc.<br>PO Box 486<br>Pine Hurst, TX 77362 |
| Leaman Building Materials Inc. d/b/a<br>Allied Concrete<br>PO Box 80<br>Thompsons, TX 77481 | David Patterson<br>16530 Pilgrims Cr<br>Spring, TX 77379 | Southwest Office Systems Inc.<br>PO Box 612248<br>DFW, TX 75261 |
| Fashion Glass and Mirror, Inc.<br>Attn: Cory Hoggman<br>585 S 135 E<br>Desoto, TX 75115 | Kronberg's Flags and Flagpoles<br>7106 Mapleridge<br>Houston, TX 77081 | Houston eflyer<br>5680 Hwy 6 #330<br>Missouri City, TX 77459 |
| Kevin Duffy AIA, Inc.<br>3101 Richmond Ste. 211<br>Houston, TX 77098 | Andre Reynolds<br>827 Victoria Lakes Dr.<br>Katy, TX 77493 | Nancy Schuler<br>17327 Heath Grove Lane<br>Richmond, TX 77469 |
| Target Realty<br>1710 FM 1960 W<br>Houston, TX 77090 | Skelton Business Equipment<br>Dept #720 901 W. Main<br>Houston, TX   77253 | Alderete Photography<br>Raymond Alderete<br>7351 Cayton<br>Houston, TX 77061 |
| Forest Hills MUD<br>Bacon & Wallace<br>6363 Woodway, Ste. 800<br>Houston, TX 77057 | Lake MUD<br>Bacon & Wallace<br>6363 Woodway, Ste. 800<br>Houston, TX 77057 | Michael O. Leader<br>17606 Ginger Ridge Lane<br>Tomball, TX 77377 |
| Ramiro Orozco-Macias<br>3702 Beau Lane<br>Houston, TX 77039 | Houston Chronicle<br>801 Texas Avenue<br>Houston, TX 77002 | |