

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**ENTERED**
**08/12/2009**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ROYCE HOMES, LP** | § | **CASE NO.  09-32467-H4-7** |
| **DEBTOR** | § | **CHAPTER 7** |

## Order Approving Sale of Prepaid Gas Cards and Gift Cards

The Trustee's Motion to Sell Personal Property Free and Clear of All Liens, Claims and Encumbrances came before this Court. The Court has determined that the motion should be granted.

IT IS THEREFORE ORDERED that Rodney Tow, Trustee for the estate of Royce Homes, LP, ("Royce Homes"), is authorized to sell to Plastic Jungle 57 prepaid gas cards for $1,211.25 and 3 Lowe's gift cards for $240.00.  The offer received was $21.25 for each gas card and $80.00 for each Lowe's gift card.  The Plastic Jungle has court authorization to purchase the cards for a total $1,451.25.

IT IS FURTHER ORDERED that the sale will be all cash to the estate and all funds will be paid to the Trustee as authorized by the Court.

IT IS FURTHER ORDERED that the sale approved in this order shall be free and clear of all liens, claims, and encumbrances.

IT IS FURTHER ORDERED that any liens on the property shall attach to the proceeds of the sale.

IT IS FURTHER ORDERED that the Trustee is authorized to sign all documents necessary to complete the sale.

IT IS FURTHER ORDERED that The Plastic Jungle's offer is determined to be in good faith

as that term is used in  11 U.S.C. §363(m).

SIGNED this *11th* day of ___August___, 2009.

**JEFF BOHM**
**UNITED STATES BANKRUPTCY JUDGE**

Order Approving Sale of Personal Property
R:\Clients\R\Royce Homes - T\Motion to Sell Personal Property Credit Cards.wpd

Page 2