UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROYCE HOMES, LP, | § | Case No. 09-32467-H4-7 |
| | § | |
| Debtor. | § | |

**Affidavit of John H. Speer**
**Regarding Assets of Hammersmith Group, LLC**

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

I, John H. Speer, being first duly sworn, hereby state that the following statements are true and correct to the best of my knowledge and belief:

1. My name is John H. Speer and I am the sole manager and president of Hammersmith Group, LLC, a Delaware limited liability company.

2. Hammersmith Group, Inc., a Delaware corporation, was formed April 28, 1998.

3. On December 30, 2008, Hammersmith Group, Inc. converted from a corporation to a Delaware limited liability company and changed its name to Hammersmith Group, LLC pursuant to Delaware law.

4. As of this date, Hammersmith Group, LLC has the following ownership interests in other entities:

    (a) A 0.19% membership interest in Royce Homes Phoenix, LLC, a Delaware limited liability company formed January 28, 1999;

    (b) A 0.99% membership interest in Royce Homes Construction, LLC, a Delaware limited liability company formed January 11, 2002;

    (c) A 1.00% general partnership interest in Royce Model Homes, LP, a Texas limited partnership formed April 7, 2000;

    (d) A 1.00% general partnership interest in Royce Homes, LP, a Delaware limited partnership formed June 30, 1998;

    (e) A 1.00% general partnership interest in TCH Financial, LP, a Delaware limited partnership formed August 4, 1999;

1633967v5

(f) A 0.1% general partnership interest in TCH Land, LP, a Delaware limited partnership formed August 4, 1999;

(g) A 0.1% general partnership interest in Texas Colonial Homes, LP, a Delaware limited partnership formed August 4, 1999;

(h) A 0.1% general partnership interest in Royce Homes-Dallas, LP, a Delaware limited partnership formed December 2, 2002;

(i) A 0.1% membership interest in Royce Homes-Atlanta, LLC, a Delaware limited liability company formed April 25, 2002;

(j) A 100% membership interest in Ashford Gardens Management, LLC, a Texas limited liability company formed February 13, 2003;

(k) One hundred units representing a 1.00% membership interest in Watermark Tortuga, LLC, a Delaware limited liability company;

(l) A 1% general partnership interesting Hammersmith Financial, LP, a Delaware limited partnership formed June 30, 1998; and

(m) A 1% general partnership interest in Tortuga Builders, LP, a Texas limited partnership formed June 10, 2008.

5. Hammersmith Group, LLC has the following assets in addition to the ownership interests set forth in the immediately preceding section:

(a) Rights and claims, including rights to any distributions for the value of its general partnership interest (estimated to be zero), as a former general partner of Park Lake Communities, LP, a Texas limited partnership formed January 15, 1999, and Royce Operating, LP, a Delaware limited partnership formed September 15, 2006; and

(b) A bank account at Amegy Bank, NA, account number 192775, with a balance of $6,323.48 and goodwill in Royce Homes, LP in the amount of $40,733.34.

(c) Hammersmith Group, LLC is responsible for the debts, liabilities and obligations of each limited partnership in which it is or was a general partner, including the partnerships listed in sections 4 and 5 above.

HAMMERSMITH GROUP, LLC

_____
John H. Speer, Sole Manager and President

SUBSCRIBED and SWORN to before me this 24 day of August, 2009.

1633967v5

_____
Notary Public in and for the State of Texas



1633967v5