IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/08/2011

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 09-32467-H4-7 |
| ROYCE HOMES, LP | § § | |
| | § | (Chapter 7) |
| DEBTOR | § | |

## ORDER DENYING MOTION FOR STAY PENDING APPEAL

The Court having considered *John Speer's Emergency Motion for Stay Pending Appeal* ("Motion") (Docket No. 346), and it appearing that notice of the Motion was proper, and after considering the Motion, the Objection filed at Docket No. 363, arguments of counsel, and any evidence presented, the Court is of the opinion that the Motion as presented should be denied. The Court's decision is based upon the Supreme Court's opinion in *Mohawk Industries, Inc. v. Carpenter*, 130 S.Ct. 599 (2009) as well as the factual findings and conclusions of law made on the record at the hearing on March 30, 2011. The Court held that based upon the Supreme Court's opinion in *Mohawk Industries, Inc. v. Carpenter*, 130 S.Ct. 599 (2009), John Speer has no right to appeal the Order Granting Chapter 7 Trustee's Motion to Compel Production of Documents Claimed as Privileged By John Speer [Docket No. 370] and therefore no right to a stay pending appeal. In the alternative, the Court held that even if John Speer has a right to appeal, he failed to carry his burden to establish a right to a stay pending appeal. Accordingly, it is hereby:

1

ORDERED that *John Speer's Emergency Motion for Stay Pending Appeal* (Docket No. 346) is DENIED.

Dated: __April 8__, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE
JEFF BOHM

**AGREED AS TO FORM:**

**JONES MORRIS KLEVENHAGEN, LLP**

By:     /s/ Erin E. Jones
Erin E. Jones
Texas Bar No. 24032478
Jones Morris Klevenhagen, LLP
6363 Woodway Suite 570
Houston, TX 77057
Telephone:  (713) 589-5061
Telecopier:  (713) 589-5513

**COUNSEL FOR RODNEY TOW,
CHAPTER 7 TRUSTEE FOR THE ESTATE OF ROYCE HOMES, L.P.**

By:     /s/ C. Ed Harrell
C. Ed Harrell
Texas Bar No. 09042500
Steven Shurn
Texas Bar No. 24060243
Hughes Watters Askanase
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002

**ATTORNEYS FOR JOHN SPEER**