**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Royce Homes LP
       Debtor

Case No.: 09–32467

Chapter:  7

### NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E–Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at http://www.txs.uscourts.gov.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at http://www.txs.uscourts.gov or by calling (713) 250–5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

                                    David J. Bradley
                                    Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re:                                                                 Case No. 09-32467-jb
Royce Homes LP                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: kchudo              Page 1 of 2              Date Rcvd: Apr 11, 2011
                              Form ID: ntctran          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2011.
```
db           +Royce Homes LP,    7850 N. Sam Houston Parkway West,    Houston, TX 77064-3319
aty          +Adam P Criaco,    Criaco Corteguera,    519 N Sam Houston Pkwy E,    Ste 500,
               Houston, TX 77060-4063
aty          +Snow Fogel Spence LLP,    2929 Allen Parkway,    Suite 4100,    Houston, TX 77019-2185
aty          +Tow & Koenig, PLLC,    10077 Grogans Mill Rd. Ste. 145,    The Woodlands, TX 77380-1029
intp         +2009 Texas Capital Fund, LLC,    c/o Eileen M. Hohlt,    McDaniel Hohlt PC,
               3555 Timmons, Suite 1225,    Houston, TX 77027-6497
cr           +Aldine Independent School District,    Susan R. Fuertes,    14910 Aldine Westfield,
               Houston, Tx 77032-3028
ptcrd        +Builders Mechanical Inc.,    11143 Spring Cypress Road,    Tomball, TX 77377-8501
intp         +CT Corporation System,    1209 Orange Street,    Wilmington, DE 19801-1120
cr           +Capital One, N.A.,    c/o Bruce J. Ruzinsky,    Jackson Walker, L.L.P.,    1401 McKinney, Suite 1900,
               Houston, TX 77010-1900
acc          +Compton & Wendler, P.C.,    909 Fannin Street,    Suite 3150,    Houston, TX 77010-1033
cr            Cypress-Fairbanks ISD,    c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
cr           +Dallas County,    Linebarger Goggan Blair & Sampson,LLP,    c/o Elizabeth Weller,
               2323 Bryan Street,    Suite 1600,    Dallas, TX 75201-2644
cr           +Deborah F. Bates,    C/O Henry J. Kaim,    King & Spalding LLP,    1100 Louisiana,    Suite 4000,
               Houston, TX 77002-5213
cr           +Decker Oaks Development II, Ltd.,    617 W. Main,    Tomball, TX 77375-5500
cr            Fort Bend County,    c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
cr            Galveston County,    c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
cr           +General Electric Company,    c/o DeHaan & Bach LPA,    25 Whitney Drive,    Suite 106,
               Milford, OH 45150-8400
cr           +Hanson Brick & Tile,    Bell Nunnally & Martin,    c/o Heather H. Jobe,    3232 McKinney Ave.,
               Suite 1400,    Dallas, TX 75204-7422
cr            Harris County,    c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
cr           +Hodges Ready Mix Company, Inc.,    c/o Himesh M. Gandhi,    130 Industrial Blvd., Suite 110,
               Sugar Land, TX 77478-3276
cr           +House of Power Electric, LC,    c/o Himesh M. Gandhi, Esq.,    130 Industrial Blvd., Suite 110,
               Sugar Land, TX 77478-3276
intp         +John Speer,    c/o Wayne Kitchens,    HughesWattersAskanase, L.L.P.,    333 Clay,    29th Floor,
               Houston, TX 77002-2571
cr            Katy ISD,    c/o John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
cr           +Lighthouse Energy Service Co.,    c/o De la Rosa & Chaumette,    1330 Post Oak Blvd.,    Suite 2250,
               Houston, TX 77056-3871
cr           +LinGo SouthFork, Ltd.,    c/o Ashby Crinion LLP,    17040 El Camino Real,    Suite 200,
               Houston, TX 77058-2601
cr            Luis Angel Alvarez, Jr,    13310 Barranca Drive,    Houston, TX  77083-6233
ptcrd        +Luxury Baths by Arrow,    5855 Cunningham,    Houston, TX 77041-4701
cr           +Maintenance Builders Supply, Ltd.,    W. Jason Walker,    Andrews Myers Coulter & Hayes, PC,
               3900 Essex Lane, Suite 800,    Houston, TX 77027-5198
intp         +Mitchell P Humphrey,    11898 La Salle Spring Court,    Conroe, TX 77304-4007
cr            Montgomery County,    Attn: John P. Dillman,    Post Office Box 3064,    Houston, TX  77253-3064
cr           +Pasadena Independent School District,    c/o Law Office of Dexter D. Joyner,    4701 Preston Ave,
               Pasadena, Tx 77505-2050
cr           +Phelps Dunbar, LLP,    700 Louisiana,    Suite 2600,    Houston, TX 77002-2774
cr           +Regions Bank,    8440 Jefferson Highway,    Baton Rouge, LA 70809-7679
cr           +Rose Ranch Homeowners Association, Inc. and Fields,    c/o Fredreck S. "Field" Hudgens,
               Hoover Slovacek LLP,    5847 San Felipe,    Suite 2200,    Houston, Tx 77057-3198
cr           +Sandtrap Grill,    819 Lovett,    Houston, Tx 77006-3905
cr           +SouthFork Community Association,    c/o Ashby Crinion LLP,    17040 El Camino Real,    Suite 200,
               Houston, TX 77058-2601
ptcrd        +Suncoast Post Tension Ltd,    509 N. Sam Houston Parkway, Suite 300,    Houston, TX 77060-4130
cr           +Tarrant County,    c/o Elizabeth Weller,    Linebarger Goggan Blair & Sampson, LLP,
               2323 Bryan St., Ste. 1600,    Dallas, TX 75201-2644
cr           +Texas Capital Bank, N.A.,    c/o Daniel Paz,    Higier Allen & Lautin, P.C.,
               5057 Keller Springs Road,    Suite 600,    Addison, TX 75001-6352
cr           +Tri-Tech Surveying Company, L.P.,    c/o Robert C. Vilt,    5177 Richmond Avenue, Suite 1230,
               Houston, TX 77056-6763
cr           +WACHOVIA BANK, N.A.,    c/o Christina M. Putman,    Seyfarth Shaw LLP,    700 Louisiana, Suite 3700,
               Houston, TX 77002-2728
cr           +Wells Fargo Bank, N.A. (Successor-By-Merger to Wac,    Seyfarth Shaw LLP,
               c/o Christina M. Putman,    700 Louisiana, Suite 3700,    Houston, TX 77002-2728
ptcrd        +Wisenbaker Builder Services Inc,    1703 Westfield Loop,    Houston, TX 77073-2705
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: BANKRUPTCY@2-10.COM Apr 11 2011 20:49:31     National Home Insurance Company,
               Attn Tracy Acosta,    10375 E Harvard Ave,    Denver, CO 80231-5939
                                                                                              TOTAL: 1
```

```
District/off: 0541-4          User: kchudo            Page 2 of 2                Date Rcvd: Apr 11, 2011
                              Form ID: ntctran        Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Amegy Bank, N.A.
intp          BAC Home Loans Servicing LP
sp            Cage, Hill & Niehaus
cr            City of League City, Texas,   c/o Ross Banks May Cron & Cavin P.C.,   2 Riverway, Suite 700,
               Houston
intp          Coats Rose Yale Ryman & Lee, P.C.
cr            Commercial Alliance Insurance Company
cr            Dina Wooldridge
intp          Georgia Ann Spears
ptnr          Hammersmith Group, LLC
sp            Jones Morris LLP
cr            Klein Independent School District
sp            Laura Beckman Hedge
cr            MOZLEY ACQUISITION AND DEVELOPMENT PARTNERS, L.P.
cr            Masco Builder Cabinet Group, Inc.
intp          Michael Manners
cr            Patrick Matula
cr            Richard Wooldridge
cr            Royce Homes Foundation for Youth
intp          Sandra Fly
cr            Sharon Matula
sp            Tow & Koenig, PLLC
cr            Valarie Sankey
intp          Wells Fargo N.A.
cr            Westlake/LaSalle Crossing Homeowners Association,
sp*           +Phelps Dunbar, LLP,   700 Louisiana,   Suite 2600,   Houston, TX 77002-2774
                                                                                    TOTALS: 24, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 13, 2011**                           **Signature:**        *Joseph Speetjens*