

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

April 12, 2011

United States District Court
Southern D... Texas
RECEIVED
APR 18 2011
Clerk of Court

Steven D. Shurn
Hughes Watters Askanase, LLP
Three Allen Center,
333 Clay,
29th Floor,
Houston, TX  77002

Re:  In Re: Royce Homes, L.P., Debtor, To: Unidentified Entity

Case No.  09-32467-H4-7

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice of Hearing.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518282850

FedEx Tracking# 794643120257

cc  Southern District : United States Bankruptcy Court
United States Courthouse,
515 Rusk Avenue,
Houston, TX  77002