

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

United States District Court
Southern District of Texas
RECEIVED

APR 18 2011

Clerk of Court

April 08, 2011

Simon Mayer
Hughes Watters Askanase, LLP
333 Clay, 29th Floor,
Houston, TX 77002

Re: In Re: Royce Homes, L.P., Debtor // To: Unidentified Entity

Case No. 09-32467-H4-7

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice of Intent, Certificate of Service.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518252671

FedEx Tracking# 794631398852

cc: Southern District: United States Bankruptcy Court
    515 Rusk Street,
    Houston, TX 77002