In the United States District Court
For the Southern District of Texas
Houston Division

In re:  Royce Homes LP

|  |  |
|---|---|
| § | Civil Action : 4:11cv1585 |
| § | |
| § | |
| § | Bankruptcy Case  09-32467 |
| § | |

Debtor

John H Speer
  Appellant

## Assignment to a District Judge

1. This appeal has been assigned to United States District Judge Lee H Rosenthal

2. The appeal has not been docketed.  *See* Fed. R. Bankr. P. 8007.

3. Until it is docketed, certifications for a direct appeal may only be filed in the bankruptcy court.  *See* Fed. R. Bankr. P. 8001(f).

4. Within 14 days after the notice of appeal was filed, the appellant must file a designation of the record.  *See* Fed. R. Bankr. P. 8006.  Cross-designations are due within 14 days after the appellant's designation.

5. Designations of the record must be filed with the bankruptcy court.  Do not file copies of the designated items.

Date:  4/26/11

David Bradley
Clerk of Court

.