**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

United States District Court
Southern District of Texas
~~RECEIVED~~

APR 2 5 2011

**Clerk of Court**

April 19, 2011

David Ronald Jones
1000 Main Street,
36th Floor,
Houston, TX 77002

Re: Royce Homes, LP, Debtor // To: Unknown Entity

Case No. 09-32467

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice of Hearing Letter.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518353560

FedEx Tracking# 797008098414

cc: United States Bankruptcy Court - Southern District
    515 Rusk Avenue,
    Houston, TX 77002