

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

April 19, 2011

United States Courts
 ... of Texas

APR 2 0 2011

David J. Bradley, Clerk of Court

Erin E. Jones
Jones Morris Klevenhagen, LLP
6363 Woodway,
Suite 570,
Houston, TX  77057

Re:  Royce Homes, L.P., Debtor // To: Unidentified Entity

Case No.  09-32467

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Order Letter.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518383176

FedEx Tracking# 794678197090

cc:  United States Bankruptcy Court - Southern District
    515 Rusk Avenue,
    Houston, TX  77002