

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

June 09, 2011

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUN 1 3 2011

David J. Bradley, Clerk of Court

David Ronald Jones
100 Main Street,
36th Floor,
Houston, TX 77002-6336

Re: Royce Homes, LP, Debtor vs. John H Speer, Appellant // To: Unknown

Case No. 09-32467

Dear Sir/Madam:

-- received the enclosed Appeal Docket.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Anita Montez
Process Specialist

Log# 518646315

FedEx Tracking# 794846816898

cc: United States District Court Southern District Houston Division
515 Rusk Street,
Houston, TX 77002-2623