IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROYCE HOMES, LP | § | CASE NO. 09-32467-H4-7 |
| | § | |
| DEBTOR(S) | § | |
| | § | (Chapter 7) |
| | § | |
| | § | |

NOTICE OF ABANDONMENT
_____

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

_____

     PLEASE TAKE NOTICE that pursuant to §554(a) of the Bankruptcy Code [11 U.S.C. §554(a)], and Local Rule 9007, the undersigned, duly-qualified and acting Trustee of the estate of the above-entitled and numbered proceeding. All the following described property is burdensome and of inconsequential value.

*Amegy Bank of Texas, Account No. 0000061174. Acount was overdrawn by 47,979.68 due to garnishment; Amegy Bank of Texas; Sweep Account No. 0000961174; Sole member of Royce Homes - North Carolina, LLC; 99.9% member interest in Royce Homes - Atlanta, LLC; 99.90% limited partner interest in Royce Homes - Dallas, L.P; 66.66% limited partnership interest in Texas Colonial Homes, L.P; Developer Reimbursement from West Harris County Municipal Utility District No. 21. Value is approximate;*

*Intercompany Receivables are listed on the books at $23,325,455.73. Fair market values is believed to be $0 based on the insolvency of debtors; Various lot contracts;  Master Services Agreement with IBM and software lease;  Hardware maintenance agreement; 2 office chairs, 1 monitor and printer, 12 file cabinets, 1 metal lateral, 2 wood laterals, 1 monitor, 1 box of cords, 19 storage boxes with dcuments, 4 bins of mail, 1 box of software, 1 monitor, 4 servers, 1 mouse and keyboard, 1 network switch, 1 desk, 16 cubicles, 5 monitors, 1 green bar printer, 2 UPS, 2 server racks, 5 trash cans with office supplies, various plaques/awards, 1 bag of pens, office supplies, 1 picture, 1 clock, 1 box of t-shirts, 1 box of luggage tags (All in Storage in Unit 167); and Approximately 250 boxes located in Storage Unit 171.*

Unless an objection and request for hearing is timely filed with the Bankruptcy Court and served upon the Trustee within twenty (21) days of the mailing of this notice, said property shall be deemed abandoned without an order or further notice.

Dated: February 7, 2012

*/s/Rodney Tow*
Rodney Tow, Trustee
Federal ID# 3196
26219 Oak Ridge Drive
The Woodlands, Texas 77380
281/681-9100 (Telephone)
832/482-3979 (Telecopier)

CERTIFICATE OF SERVICE

I hereby certify that on the 7th of February, 2012, a true and accurate copy of the foregoing has been sent by First Class U.S. Mail, postage prepaid or electronically to the debtor(s), debtor's attorney, the United States Trustee and all interested parties listed on the attached service list.

*/s/ Rodney Tow*
Rodney Tow, Trustee

United States Trustee
515 Rusk, Suite 3516
Houston, TX 77002

| | | |
|---|---|---|
| Royce Homes, LP<br>7850 N Sam Houston Pkwy W<br>Houston, TX 77064 | Hammersmith Group, Inc.<br>7850 N Sam Houston Pkwy W<br>Houston, TX 77064 | John Speer<br>Registered Agent for Royce Homes, LP<br>16427 Telge Road<br>Cypress, TX 77429 |
| Hammersmith Group, Inc.<br>C/O David Jones<br>Porter & Hedges, LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | Royce Homes, LP<br>C/O David Jones<br>Porter & Hedges, LLP<br>djones@porterhedges.com | John Speer<br>Registered Agent for Royce Homes, LP<br>7850 N Sam Houston Pkwy W<br>Houston, TX 77064 |
| John Speer<br>Registered Agent for Royce Homes, LP<br>16427 Telge Road<br>Cypress, TX 77429 | John Speer<br>Registered Agent for<br>Hammersmith Group, Inc.<br>7850 N Sam Houston Pkwy W<br>Houston, TX 77064 | John Speer<br>Registered Agent for<br>Hammersmith Group, Inc.<br>16427 Telge Road<br>Cypress, TX 77429 |
| Joe Chiavone<br>Wisebaker Builder Services<br>1703 Westfield Loop<br>Houston, TX 77073 | Martha Vasquez<br>Luxury Baths by Arrow<br>5855 Cunningham<br>Houston, TX 77041 | Wisenbaker Builder Services, Inc.<br>C/O Patrick Hughes<br>*Via Electronically*<br>hughesp@haynesboone.com<br>peter.ruggero@haynesboone.com |
| Suncoast Post Tension, Ltd.<br>C/O Patrick Hughes<br>Haynes & Boone, LLP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 | Luxury Baths by Arrow<br>C/O Christopher Castillo and Patrick Hughes<br>Haynes & Boone, LLP<br>*Via Electronically*<br>christopher.castillo@haynesboone.com | Builders Mechanical, Inc.<br>C/O Christopher Castillo & Patrick Hughes Haynes & Boone, LLP<br>christopher.castillo@haynesboone.com<br>hughesp@haynesboone.com |
| Bob Glug<br>Suncoast Post Tension, Ltd.<br>509 N Sam Houston Pkwy, Ste. 300<br>Houston, TX 77060 | Trent Kerr<br>Builders mechanical, Inc.<br>11143 Spring Cypress Road<br>Tomball, TX 77375 | Texas Attorney Generalo<br>808 Travis, Suite 300<br>Houston, TX 77002 |
| Office of the United States Trustee<br>stephen.statham@usdoj.gov<br>USTPRegion07.HU.ECF@USDOJ.GOV<br>diane.g.livingstone@usdoj.gov | Harris County Tax Assessor-Collector<br>1001 Preston, Ste. 100<br>Houston, TX 77002 | Rodney Tow, Trustee<br>*Via Electronically*<br>rtow@towkoenig.com<br>jwarren@towkoenig.com |
| Internal Revnue Service<br>PO Box 660406<br>Dallas, TX 75266 | Decker Oaks Development II<br>C/O Margaret McClure<br>909 Fannin, Ste. 1580<br>Houston, TX 77010 | Terri King<br>PO Box 40010<br>Houston, TX 77240 |
| Monica Pedrosa<br>PO Box 40010<br>Houston, TX 77240 | Action Gypsum<br>PO Box 40010<br>Houston, TX 77240 | Lisa Childress<br>PO Box 19849<br>Houston, TX 77224 |
| Bison Building<br>PO Box 19849<br>Houston, TX 77224 | Perfection Fireplace & Supply<br>6742 N Eldridge Pkwy<br>Houston, TX 77041 | Wachovia Bank<br>C/O Christina M. Putman<br>Seyforth Shaw<br>700 Louisiana St., Ste. 3700<br>Houston, TX 77002-2797 |

| | | |
|---|---|---|
| George Kopecky<br>C/O Scott D. Cunningham<br>The Cunningham Law Firm<br>7500 San Felipe, Ste. 1010<br>Houston, TX 77063 | John Speer<br>C/O Michael Wilk<br>Hirsch & Westheimer, PC<br>700 Louisiana,Ste. 2550<br>Houston, TX 77002-2772 | Hammersmith Group, Inc.<br>C/O Michael Wilk<br>Hirsch & Westheimer, PC<br>700 Louisiana,Ste. 2550<br>Houston, TX 77002-2772 |
| Royce Homes, LP<br>C/O Michael Wilk<br>Hirsch & Westheimer, PC<br>700 Louisiana,Ste. 2550<br>Houston, TX 77002-2772 | Kyung S. Lee<br>Diamond McCarthy, LLP<br>909 Fannin Street, Ste. 1500<br>Houston, TX 77010 | Texas Capital Bank, NA<br>C/O Richard A. McKinney<br>**ViaElectronically**<br>rmckinney@higierallen.com<br>keisma@higierallen.com |
| Texas Capital Bank, NA<br>C/O Daniel Paz<br>Higier Allen & Lautin, PC<br>5057 Keller Springs Rd., Ste. 600<br>Addison, TX 75001-6231 | David Showalter<br>Showalter Law Firm<br>**Via Electronically** mail@showalterlaw.com | Joshua Leal<br>Showalter Law Firm<br>joshua@showalterlaw.com |
| SouthFork Community Association<br>C/O Gregory Crinion<br>Ashby Crinion LLP<br>**Via Electronically** jklebo@ashbycrinion.com | LinGo SouthFork, Ltd.<br>C/O Gregory Crinion<br>Ashby Crinion LLP<br>**Via Electronically** jklebo@ashbycrinion.com | Mozley Acquistion and Development Partners, LP<br>C/O W. Steven Bryant<br>**Via Electronically** hobankecf@locklord.com |
| Wachovia Bank, NA<br>Walter J. Cicak<br>Seyfarth Shaw LLP<br>**Via Electronically** wcicack@seyfarth.com<br>**Via Electronically** kbaldwin@seyfarth.com<br>**Via Electronically** mallen@seyfarth.com | Cypress-Fairbanks ISD<br>C/O John P. Dillman<br>**Via Electronically**<br> Houston_bankruptcy@publicans.com | Fort Bend County<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064<br>**Via Electronically**<br> Houston_bankruptcy@publicans.com |
| Galveston County<br>C/O John P. Dillman<br>**Via Electronically**<br> Houston_bankruptcy@publicans.com | Harris County<br>C/O John P. Dillman<br>**Via Electronically**<br> Houston_bankruptcy@publicans.com | Katy ISD<br>C/O John P. Dillman<br>**Via Electronically**<br> Houston_bankruptcy@publicans.com |
| Montgomery County<br>C/O John P. Dillman<br>**Via Electronically**<br> Houston_bankruptcy@publicans.com | Decker Oaks Development II<br>C/O Dennis Dylewski<br>**Via Electronically**<br> dmdylewski@sbcglobal.net<br> jktreadway@sbcglobal.net<br> Inwhittredge@sbcglobal.net | Decker Oaks Development II Ltd.<br>617 West Main<br>Tomball, TX 77375 |
| Hodges Ready Mix Company, Inc.<br>C/O Himesh M. Ghandi<br>**Via Electronically** hgandhi@hrbacel.com | House of Electric, LC<br>C/O Himesh M. Ghandi<br>**Via Electronically** hgandhi@hrbacel.com | Sandtrap Grill<br>C/O Edgar A. Goldberg<br>**Via Electronically** egold56@sbcglobal.net |
| Patricia Hair<br>Phelps Dunbar LLP<br>**Via Electronically** patricia.hair@phelps.com<br>**Via Electronically** terri.hodo@phelps.com | Nancy Hamren<br>Coats Rose Yale Ryman & Lee PC<br>**Via Electronically** nhamren@coatsrose.com<br>**Via Electronically** tfritsche@coatrose.com | Builder Mechanical, Inc.<br>11143 Spring Cypress Road<br>Tomball, TX 77375 |
| Martha Vasquez<br>Luxury Baths by Arrow<br>5855 Cunningham<br>Houston, TX 77041 | Wisenbaker Builder Services, Inc.<br>1703 Westfield Loop<br>Houston, TX 77073 | Hanson Brick & Tile<br>C/O Bell Nunnally & Martin<br>Attn: Heather H. Jobe<br>**Via Electronically**<br> heatherj@bellnunnally.com |

| | | |
|---|---|---|
| Deborah F. Bates<br>C/O Henry J. Kaim<br>King & Spalding, LLP<br>*Via Electronically* hkaim@kslaw.com | Masco Builder Cabinet Group, Inc.<br>C/O Jason Kennedy<br>Thomas Feldman Et Al<br>*Via Electronically* jkennedy@tfandw.com<br>*Via Electronically* cschaller@tfandw.com | Julie Mitchell Koenig<br>Tow Koenig, PLLC<br>*Via Electronically*<br>jmkoenig@towkoenig.com |
| Dina Wooldridge<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>**Via Electronically**<br>joshua@showalterlaw.com | Patrick Matula<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>*Via Electronically*<br>joshua@showalterlaw.com | Richard Wooldridge<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>*Via Electronically*<br>joshua@showalterlaw.com |
| Sharon Matula<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>*Via Electronically*<br>joshua@showalterlaw.com | Valerie Sankey<br>C/O Joshua R. Leal<br>*Via Electronically*<br>joshua@showalterlaw.com | Diane G. Livingstone<br>Office of US Trustee<br>*Via Electronically*<br>diane.g.livingstone@usdoj.gov |
| Jason Rudd<br>Diamond McCarthy Taylor & Finley<br>*Via Electronically*<br>jrudd@diamondmccarthy.com<br>*Via Electronically*<br>kspeedy@diamondmaccarthy.com | Klein ISD<br>C/O Carl O Sandin<br>Perdue Brandon Fielder Et Al<br>*Via Electronically* csandin@pbfcm.com<br>*Via Electronically* tpope@pbfcm.com | Tri-Tech Surveying Company, LP<br>C/O Robert C. Vilt<br>*Via Electronically* cvilt@sbcglobal.net |
| Pasadena ISD<br>C/O Dexter D. Joyner<br>*Via Electronically* caaustin@comcast.net<br>*Via Electronically* joyneratty@comcast.net | House of Power Electric, LC<br>C/O Himesh M. Ghandi<br>130 Industrial Blvd., Ste. 110<br>Sugar Land, TX 77478 | Bruce J. Ruzinsky<br>Jackson Walker, LLP<br>*Via Electronically* bruzinsky@jw.com |
| P.Michael Bowdin<br>Robert R. Martin<br>Brown Sims, PC<br>1177 West Loop South, 10th<br>Houston, Texas 77027-9007<br>*Via Electronically* **mbowdoin@brownsims.com** | Westlake/LaSalle Crossing Homeowners<br>Association, Inc.<br>Bryan Patrick Fowler<br>300 West Davis, Ste. 510<br>Conroe, TX 77301<br>*Via Electronically* bfowler@consolidated.net | Phil F. Snow<br>Snow Fogel Spence, LLP<br>*Via Electronically* philsnow@snowfogel.com<br>*Via Electronically* janissherrill@snowfogel.com<br>*Via Electronically* lauraterrell@snowfogel.com |
| Eva S. Engelhart<br>City of League City<br>*Via Electronically*<br>eengelhart@rossbanks.com | Amegy Bank<br>Attn: Susan J. Brandt<br>Nathan Sommers Jacobs<br>sbrandt@nathansommers.com | Lighthouse Energy Service Co.<br>C/O David A. Chaumette<br>dchaumette@delchaum.com |
| Aldine ISD<br>C/O Susan Rae Fuertes<br>bnkatty@aldine.k.12.tx.us | 2009 Texas Capital Fund, LLC<br>c/o Eileen M. Hohlt<br>ehohlt@mcdanielfirm.com | Rose<br>Ranch Homeowners Association,<br>Inc. And Fieldstone Community Assc.<br>C/O Fredreck Hudgens<br>hudgenbk@hooverslovacek.com |
| John Speer<br>C/O Wayne Kitchens<br>jwk@hwallp.com | David Wesley Showalter<br>david@showalterlaw.com | Stephen Shurn<br>sdsecf@hwallp.com |
| Regions Bank<br>C/O Michael J. Smith<br>msmith@csrslaw.com | Phil Snow<br>philsnow@snowfogel.com | Mark W Brooks<br>Young & Brooks<br>1415 Louisiana, 5th Floor<br>Houston, Texas 77002<br><br>Peter Johnson |

Law Offices of Peter Johnson
pjlawecf@pjlaw.com

Mansfield ISD
c/o Elizabeth Banda Calvo
PO Box 13430
Arlington, TX 76094

Hoover Slovacek LLP
c/o T. Josh Judd
5847 San Felipe, Suite 2200
Houston, TX 77057

| | | |
|---|---|---|
| Royce Homes, LP<br>7850 N Sam Houston Pkwy W<br>Houston, TX 77064 | Hammersmith Group, Inc.<br>7850 N Sam Houston Pkwy W<br>Houston, TX 77064 | John Speer<br>Registered Agent for Royce Homes, LP<br>16427 Telge Road<br>Cypress, TX 77429 |
| Hammersmith Group, Inc.<br>C/O David Jones<br>Porter & Hedges, LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | Royce Homes, LP<br>C/O David Jones<br>Porter & Hedges, LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | John Speer<br>Registered Agent for Royce Homes, LP<br>7850 N Sam Houston Pkwy W<br>Houston, TX 77064 |
| John Speer<br>Registered Agent for Royce Homes, LP<br>16427 Telge Road<br>Cypress, TX 77429 | John Speer<br>Registered Agent for Hammersmith Group, Inc.<br>7850 N Sam Houston Pkwy W<br>Houston, TX 77064 | John Speer<br>Registered Agent for Hammersmith Group, Inc.<br>16427 Telge Road<br>Cypress, TX 77429 |
| Joe Chiavone<br>Wisebaker Builder Services<br>1703 Westfield Loop<br>Houston, TX 77073 | Martha Vasquez<br>Luxury Baths by Arrow<br>5855 Cunningham<br>Houston, TX 77041 | Wisenbaker Builder Services, Inc.<br>C/O Patrick Hughes<br>*Via Electronically* hughesp@haynesboone.com<br>*Via Electronically*<br>peter.ruggero@haynesboone.com |
| Suncoast Post Tension, Ltd.<br>C/O Patrick Hughes<br>Haynes & Boone, LLP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 | Luxury Baths by Arrow<br>C/O Patrick Hughes<br>Haynes & Boone, LLP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 | Builders Mechanical, Inc.<br>C/O Patrick Hughes<br>Haynes & Boone, LLP<br>1221 McKinney, Ste. 2100<br>Houston, TX 77010 |
| Bob Glug<br>Suncoast Post Tension, Ltd.<br>509 N Sam Houston Pkwy, Ste. 300<br>Houston, TX 77060 | Trent Kerr<br>Builders mechanical, Inc.<br>11143 Spring Cypress Road<br>Tomball, TX 77375 | Texas Attorney Generalo<br>808 Travis, Suite 300<br>Houston, TX 77002 |
| Office of the United States Trustee<br>*Via Electronically*<br>stephen.statham@usdoj.gov<br>*Via Electronically*<br>USTPRegion07.HU.ECF@USDOJ.GOV | Harris County Tax Assessor-Collector<br>1001 Preston, Ste. 100<br>Houston, TX 77002 | Rodney Tow, Trustee<br>*Via Electronically* rtow@towkoenig.com<br>*Via Electronically* jwarren@towkoenig.com |
| Internal Revnue Service<br>PO Box 660406<br>Dallas, TX 75266 | Decker Oaks Development II<br>C/O Margaret McClure<br>909 Fannin, Ste. 1580<br>Houston, TX 77010 | Terri King<br>PO Box 40010<br>Houston, TX 77240 |
| Monica Pedrosa<br>PO Box 40010<br>Houston, TX 77240 | Action Gypsum<br>PO Box 40010<br>Houston, TX 77240 | Lisa Childress<br>PO Box 19849<br>Houston, TX 77224 |
| Bison Building<br>PO Box 19849<br>Houston, TX 77224 | Perfection Fireplace & Supply<br>6742 N Eldridge Pkwy<br>Houston, TX 77041 | Wachovia Bank<br>C/O Christina M. Putman<br>Seyforth Shaw<br>700 Louisiana St., Ste. 3700<br>Houston, TX 77002-2797 |

| | | |
|---|---|---|
| George Kopecky<br>C/O Scott D. Cunningham<br>The Cunningham Law Firm<br>7500 San Felipe, Ste. 1010<br>Houston, TX 77063 | John Speer<br>C/O Michael Wilk<br>Hirsch & Westheimer, PC<br>700 Louisiana,Ste. 2550<br>Houston, TX 77002-2772 | Hammersmith Group, Inc.<br>C/O Michael Wilk<br>Hirsch & Westheimer, PC<br>700 Louisiana,Ste. 2550<br>Houston, TX 77002-2772 |
| Royce Homes, LP<br>C/O Michael Wilk<br>Hirsch & Westheimer, PC<br>700 Louisiana,Ste. 2550<br>Houston, TX 77002-2772 | Kyung S. Lee<br>Diamond McCarthy, LLP<br>909 Fannin Street, Ste. 1500<br>Houston, TX 77010 | Texas Capital Bank, NA<br>C/O Richard A. McKinney<br>*Via Electronically* rmckinney@higierallen.com<br>*Via Electronically* keisma@higierallen.com |
| Texas Capital Bank, NA<br>C/O Daniel Paz<br>Higier Allen & Lautin, PC<br>5057 Keller Springs Rd., Ste. 600<br>Addison, TX 75001-6231 | David Showalter<br>Showalter Law Firm<br>*Via Electronically* mail@showalterlaw.com | Joshua Leal<br>Showalter Law Firm<br>1117 FM 359, Ste. 200<br>Houston, TX 77406-2013 |
| SouthFork Community Association<br>C/O Gregory Crinion<br>Ashby Crinion LLP<br>*Via Electronically* jklebo@ashbycrinion.com | LinGo SouthFork, Ltd.<br>C/O Gregory Crinion<br>Ashby Crinion LLP<br>*Via Electronically* jklebo@ashbycrinion.com | Mozley Acquistion and Development Partners, LP<br>C/O W. Steven Bryant<br>*Via Electronically* hobankecf@locklord.com |
| Wachovia Bank, NA<br>Walter J. Cicak<br>Seyfarth Shaw LLP<br>*Via Electronically* wcicack@seyfarth.com<br>*Via Electronically* kbaldwin@seyfarth.com<br>*Via Electronically* mallen@seyfarth.com | Cypress-Fairbanks ISD<br>C/O John P. Dillman<br>*Via Electronically*<br>Houston_bankruptcy@publicans.com | Fort Bend County<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064<br>*Via Electronically*<br>Houston_bankruptcy@publicans.com |
| Galveston County<br>C/O John P. Dillman<br>*Via Electronically*<br>Houston_bankruptcy@publicans.com | Harris County<br>C/O John P. Dillman<br>*Via Electronically*<br>Houston_bankruptcy@publicans.com | Katy ISD<br>C/O John P. Dillman<br>*Via Electronically*<br>Houston_bankruptcy@publicans.com |
| Montgomery County<br>C/O John P. Dillman<br>*Via Electronically*<br>Houston_bankruptcy@publicans.com | Decker Oaks Development II<br>C/O Dennis Dylewski<br>*Via Electronically* dmdylewski@sbcglobal.net<br>jktreadway@sbcglobal.net<br>Inwhittredge@sbcglobal.net | Decker Oaks Development II Ltd.<br>617 West Main<br>Tomball, TX 77375 |
| Hodges Ready Mix Company, Inc.<br>C/O Himesh M. Ghandi<br>*Via Electronically* hgandhi@hrbacel.com | House of Electric, LC<br>C/O Himesh M. Ghandi<br>*Via Electronically* hgandhi@hrbacel.com | Sandtrap Grill<br>C/O Edgar A. Goldberg<br>*Via Electronically* egold56@sbcglobal.net |
| Patricia Hair<br>Phelps Dunbar LLP<br>*Via Electronically* patricia.hair@phelps.com<br>*Via Electronically* terri.hodo@phelps.com | Nancy Hamren<br>Coats Rose Yale Ryman & Lee PC<br>*Via Electronically* nhamren@coatsrose.com<br>*Via Electronically* tfritsche@coatrose.com | Builder Mechanical, Inc.<br>11143 Spring Cypress Road<br>Tomball, TX 77375 |
| Martha Vasquez<br>Luxury Baths by Arrow<br>5855 Cunningham<br>Houston, TX 77041 | Wisenbaker Builder Services, Inc.<br>1703 Westfield Loop<br>Houston, TX 77073 | Hanson Brick & Tile<br>C/O Bell Nunnally & Martin<br>Attn: Heather H. Jobe<br>*Via Electronically* heatherj@bellnunnally.com |

| | | |
|---|---|---|
| Deborah F. Bates<br>C/O Henry J. Kaim<br>King & Spalding, LLP<br>*Via Electronically* hkaim@kslaw.com | Masco Builder Cabinet Group, Inc.<br>C/O Jason Kennedy<br>Thomas Feldman Et Al<br>*Via Electronically* jkennedy@tfandw.com<br>*Via Electronically* cschaller@tfandw.com | Julie Mitchell Koenig<br>Tow Koenig, PLLC<br>*Via Electronically* jmkoenig@towkoenig.com |
| Dina Wooldridge<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>*Via Electronically* joshua@showalterlaw.com | Patrick Matula<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>*Via Electronically* joshua@showalterlaw.com | Richard Wooldridge<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>*Via Electronically* joshua@showalterlaw.com |
| Sharon Matula<br>C/O Joshua R. Leal<br>Showalter Law Firm<br>*Via Electronically* joshua@showalterlaw.com | Valerie Sankey<br>C/O Joshua R. Leal<br>*Via Electronically* joshua@showalterlaw.com | Diane G. Livingstone<br>Office of US Trustee<br>*Via Electronically*<br>diane.g.livingstone@usdoj.gov |
| Jason Rudd<br>Diamond McCarthy Taylor & Finley<br>*Via Electronically*<br>jrudd@diamondmccarthy.com<br>*Via Electronically*<br>kspeedy@diamondmaccarthy.com | Klein ISD<br>C/O Carl O Sandin<br>Perdue Brandon Fielder Et Al<br>*Via Electronically* csandin@pbfcm.com<br>*Via Electronically* tpope@pbfcm.com | Tri-Tech Surveying Company, LP<br>C/O Robert C. Vilt<br>*Via Electronically* cvilt@sbcglobal.net |
| RBC Builder Finance<br>11011 Richmond Avenue, Ste. 850<br>Houston, Texas 77042 | UPS<br>5552 E. Inverness Avenue<br>Mesa, AZ 85206 | Paul Bettencourt<br>Tax Assessor-Collector<br>Harris County<br>PO Box 3547<br>Houston, TX 77253-3547 |
| HC Glen Abbey Residential Association, Inc.<br>PO Box 219223<br>Houston, TX 77218-9223 | City of Charlotte<br>Billing Center<br>PO Box 33831<br>Charlotte, NC 28233-3831 | McCarthy, Burgess & Wolff<br>The MB&W Building<br>26000 Cannon Road<br>Cleveland, OH 44146 |
| American Express<br>Membership Rewards<br>PO Box 297813<br>Ft. Lauderdale, FL 33329-9785 | Willams Mullens<br>Attn: Ronald R. Rogers<br>PO Box 19764<br>Raleigh, NC 27619-9764 | Greenwood Insurance Company<br>3934 FM 1960 west, Ste. 240<br>Houston, TX 77068 |
| Texas Insurance Group, Inc.<br>428 Harwood Road<br>Bedford, TX 76201 | City of McKinney<br>Alarm Program<br>PO Box 140549<br>Irving, TX 75014-0549 | Centerpoint Energy<br>PO Box 4981<br>Houston, TX 77210 |
| Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265 | Harris County MUD #154<br>PO Box 4245<br>Houston, TX 77210-4245 | Lake MUD<br>PO Box 3038<br>Houston, TX 77253 |
| Malcomson Road UD<br>PO Box 3030<br>Houston, TX 77253-3030 | Fort Bend County MUD #165<br>PO Box 3033<br>Houston, TX 77253-3033 | Fort Bend County MUD #50<br>PO Box 4322<br>Houston, TX 77210-4322 |

| | | |
|---|---|---|
| Fort Bend County MUD #24<br>PO Box 3037<br>Houston, TX 77253-3037 | Cypress Forest Public Utility District<br>PO Box 3036<br>Houston, TX 77253-3036 | Comerica Bank<br>PO Box 75000<br>Detroit, MI 48275 |
| Northwest Service Center<br>2324 LaSalle Street<br>Charlotte, NC 28216 | Pasadena ISD<br>Tax Office<br>PO Box 1318<br>Pasadena, TX 77501 | City of Gastonia<br>Customer Service Division<br>PO Box 1748<br>Gatonia, NC 28053-1748 |
| Williams Mullen<br>PO Box 19764<br>Raleigh, NC 27619-9764 | Harris County MUD #397<br>PO Box 218025<br>Houston, TX 77218-8025 | Paul Bettencourt Tax Assessor<br>Harris County<br>PO Box 3547<br>Houston, TX 77253-3547 |
| IRS<br>Memphis, TN 37501-0250 | IRS<br>PO Box 57<br>Bensalem, PA  19020-0057 | Fulton County Tax Commissioner<br>PO Box 105052<br>Atlanta, GA 30348-5052 |
| Fulton County Board of Assessors<br>Fulton County Government Center<br>141 Pryor Street SW, Ste. 1056<br>Atlanta, GA 30303 | Jackson County Board of Assessors<br>67 Athens Street<br>Jefferson, GA 30549 | Leo Vasquez<br>Tax Assessor-Collector<br>PO Box 4622<br>Houston, TX 77210-4622 |
| Texas Workforce Commissions<br>Benefits-Chargebacks<br>101 E 15th Street Room 354<br>Austin, TX 78778-0001 | Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265-0475 | Duke Energy<br>PO Box 70515<br>Charlotte, NC 28272-0515 |
| Aztec<br>Tents and Events<br>601 W. 6th Street<br>Houston, TX 77007 | Northwest Service Center<br>2324 LaSalle Street<br>Charlotte, NC 28216 | Builder Sales<br>38 W. Neopolitan Lane<br>Long Beach, CA 90803 |
| Rymer, Moore, Jackson & Echols<br>Attn: Michael Dunnahoo<br>2801 Post Oak Blvd., Ste. 250<br>Houston, TX 77056 | Cisco, Inc.<br>PO Box 801088<br>Houston, TX 77280-1088 | Villages of Woodland Springs<br>C/O SBB Processing Center<br>PO Box 60875<br>Phoenix, AZ 85082-0875 |
| Hc Glen Abbey Residential Association, Inc.<br>Attn: Khara Mathews<br>PO Box 219223<br>Houston, TX 77218-9223 | Attn: Corporate Secretary<br>National Home insurance Company<br>One Denver Highlands<br>10375 E. Havard Avenue, Ste. 100<br>Denver, CO 80231 | Willow Forest<br>C/O RealManage<br>2633 McKinney Avenue #130-502<br>Dallas, TX 75204-2581 |
| Amerisure Insurance<br>PO Box 2060<br>Farmington Hills, MI 48333-2060 | Amerisure Mutual Insurance<br>PO Box 78000<br>Detroit, MI 48278-0226 | Texas Residential Commission<br>PO Box 13509<br>Austin, TX 78711 |

| | | |
|---|---|---|
| Monarch Village Community Assc.<br>PO Box 1677<br>Stockbridge, GA 30281 | Brunswick Lakes Homeowners Assc.<br>C/O Principal Management Group<br>11000 Corporate Centre Drive, Ste. 150<br>Houston, TX 77041 | Marsh USA, Inc.<br>Two Logan Square<br>Philadelphia, PA 19103-2797 |
| Metlife Small Market<br>SBC Master Tax Expert<br>18210 Crane Nest Drive<br>Tampa, FL 33647 | State Farm Insurance Companies<br>PO Box 799100<br>Dallas, TX 75379 | Arizona Water Company<br>220 East 2nd Street<br>Casa Grnde, AZ 85222 |
| RMS<br>305 Fellowship Road, Ste. 100<br>Mount Laurel, NJ 08054 | Harris County Permit Office<br>Attn: Cashier<br>105555 NW Freeway, Ste. 146<br>Houston, TX 77092 | Fairburn Ready Mix, Inc.<br>PO Box 459<br>Tyrone, GA 30290 |
| BB&T- Reese Insurance<br>350 Brandywine Blvd., Ste. 200<br>Fayetteville, GA 30214-1562 | Willis HRH<br>PO Box 305191<br>Nashville, TN 37230-5191 | BMC West<br>PO Box 690968<br>Houston, TX 77269 |
| Highland Creek Ranch Homeowners Assc.<br>C/O Community Asset Management, Inc.<br>9802 FM 1960 Bypass, Ste. 210<br>Humble, TX 77338 | RBC Builder Finance<br>11011 Richmond Ave., Ste. 850<br>Houston, TX 77042 | Northgreen MUD<br>PO Box 218025<br>Houston, TX 77218-8025 |
| Atmos Energy<br>PO Box 78108<br>Phoenix, AZ 85062-8108 | TXU Energy<br>PO Box 650638<br>Dallas, TX 75265-0638 | ISB Insurance Services, Inc.<br>7600 West Tidwell, Ste. 808<br>Houston, TX 77040 |
| Friendswood Firewood Company<br>Attn: Brady Mora<br>505 Williamsburg Circle<br>Friendswood, Texas 77546 | Texas Workforce Commission<br>PO Box 149037<br>Austin, TX 78714-9037 | City of Pasadena, Texas<br>PO Box 672<br>Pasadena, TX 77501-0672 |
| Centerpoint Energy<br>PO Box 2628<br>Houston, TX 77252 | Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265-0475 | SCF Arizona<br>3030 N 3rd Street<br>Phoenix, AZ 85012 |
| Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265-0475 | Centerpoint Energy<br>PO Box 4981<br>Houston, TX 77210-4981 | Brevard County Sheriff's Office<br>C/O Career Development<br>700 Park Avenue<br>Titusville, FL 32780 |
| Northwest Service Center<br>2624 LaSalle Street<br>Charlotte, NC 28216 | Harris County MUD #157<br>PO Box 3035<br>Houston, TX 77253-3035 | The Honorable Eddward P. Ballinger, Jr.<br>Maricopa County Syperior Court<br>Northeast Facility<br>18380 N 40th Street<br>Phoenix, AZ 85032 |

| | | |
|---|---|---|
| John F. McGuire, Jr.<br>Thorsnes Bartolotta McGuire<br>2550 Fifth Avenue, 11th Floor<br>San Diego, CA 92103 | James F. Atkins, Esq.<br>Thorsnes Bartolotta McGuire<br>2550 Fifth Avenue, 11th Floor<br>San Diego, CA 92103 | Thomas J. Shorall<br>Shorall McGoldrick Brinkmann<br>1232 E. Missouri Avenue<br>Phoenix, AZ 85014-2912 |
| Scott Zerlaut<br>Shorall McGoldrick Brinkmann<br>1232 E. Missouri Avenue<br>Phoenix, AZ 85014-2912 | Paulson Reporting<br>3550 N Central Avenue, Ste. 102<br>Phoenix, AZ 85012 | Bradley J. Biggs<br>C/O Eric Smith/Case Manager<br>Thorsnes Bartolotta McGuire<br>14545 N Frank Lloyd Wright, Ste. 1047<br>Scottsdale, AZ 85260 |
| Christopher J. Wilson<br>Ricki Cohen<br>Struckmeyer & Wilson<br>910 E. Osborn Road<br>Phoenix, AZ 85014 | Deirdre Carey Brown<br>McGinnis Lochridge Kilgore<br>3200 One Houston Center<br>1221 McKinney Street<br>Houston, TX 77010 | Margaret Maxwell McClure<br>McGinnis Lochridge Kilgore<br>3200 One Houston Center<br>1221 McKinney Street<br>Houston, TX 77010 |
| City of Grand Prairie Water Utilities<br>PO Box 660814<br>Dallas, TX 75266-0814 | Harris County Water Control #109<br>11302 Tanner Road<br>Houston, TX 77041 | Pickard Insurance Agency<br>PO Box 13499<br>Arlington, TX 76094 |
| C/O RealManage<br>PO Box 803555<br>Dallas, TX 75380-3555 | Gulf & Basco, LP<br>PO Box 445<br>Houston, TX 77001-0445 | Willow Forest Homes Assc., Inc.<br>Mitel Leasing<br>PO Box 972870<br>Dallas, TX 75397 |
| PO Box 11728<br>Newark, NJ 07101-4728 | Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | State of Delaware<br>Division of Corporations<br>246 Arnold Mill Road<br>Woodstock, GA 30188 |
| The Corporation Trust Company<br>Duluth, GA 30097 | Twin Oaks Landscape Services, Inc. | J. Smith Lanier and Co Atlanta<br>11330 Lakefield Drive<br>Bldg 1, Ste. 100 |
| D and M Powerwashing<br>5905 CR 1008<br>Godley, TX 76044 | Upshaw Insurance Agency, Inc.<br>PO Box 1299<br>Amarillo, TX 79105 | Employment Security Commission of North Carolina<br>PO Box 25903<br>Raleigh, NC 27611-5903 |
| Employment Security Commission of North Carolina<br>PO Box 25904<br>Raleigh, NC 27611-5904 | City of Concord<br>PO Box 308<br>Concord, NC 28026-0308 | West Asset Management, Inc.<br>PO Box 956842<br>St. Louis, MO 63195 |
| West Asset Management, Inc.<br>Dept. 11576<br>PO Box 1259<br>Oaks, PA 19456 | Bay Colony CIA<br>PO Box 219320<br>Houston, TX 77218-9320 | Bay Colony Community Improvement Association, Inc.<br>C/O Crest Management Company<br>PO Box 219320<br>Houston, TX 77218-9320 |
| Fieldstone CA, Inc.<br>C/O Principal Management Group<br>11000 Corporate Centre Drive, Ste. 150<br>Houston, TX 77041 | Gulf Coast Concrete & Shell<br>4713 Ransom Road<br>Richmond, TX 77469 | Ofelia A Lira<br>2611 Daryns Landing Drive<br>Houston, TX 77038 |

| | | |
|---|---|---|
| Donna J. Comer<br>108 Forest Wind Circle<br>Montgomery, TX 77316 | Victoria Rosella<br>5627 Manor Forest Drive<br>Kingwood, TX 7739 | M.L. Rendleman Co, Inc.<br>c/o Baldwyn R. English, Jr.<br>Andrews Kurth LLP<br>600 Travis, Ste. 4200<br>Houston, TX 77002 |
| Cory R. Ormsby<br>11007 Blue Feather Drive<br>Houston, TX 77064 | Greensheet<br>Attn: Noel Bushu<br>2601 Main Street<br>Houston, TX 77002 | Cast Fireplaces, Inc.<br>C/O Robert Miller<br>10425 Tanner Road<br>Houston, TX 77041 |
| BMP & Associates, Inc.<br>1707 Hartwick<br>Houston, TX 77093 | Burgess Construction, Consultants<br>1255 West 15th Street #1000<br>Plano, TX 75075 | Signtex Outdoor<br>1225 Alma, Suite D<br>Tomball. TX 77375 |
| Pasadena ISD<br>C/O Dexter D. Joyner<br>*Via Electronically* caaustin@comcast.net<br>*Via Electronically* joyneratty@comcast.net | RME Equipment Inc.<br>PO Box 486<br>Pine Hurst, TX 77362 | Leaman Building Materials Inc. d/b/a Allied Concrete<br>PO Box 80<br>Thompsons, TX 77481 |
| David Patterson<br>16530 Pilgrims Cr<br>Spring, TX 77379 | Southwest Office Systems Inc.<br>PO Box 612248<br>DFW, TX 75261 | Fashion Glass and Mirror, Inc.<br>Attn: Cory Hoggman<br>585 S 135 E<br>Desoto, TX 75115 |
| Kronberg's Flags and Flagpoles<br>7106 Mapleridge<br>Houston, TX 77081 | Houston eflyer<br>5680 Hwy 6 #330<br>Missouri City, TX 77459 | Kevin Duffy AIA, Inc.<br>3101 Richmond Ste. 211<br>Houston, TX 77098 |
| Andre Reynolds<br>827 Victoria Lakes Dr.<br>Katy, TX 77493 | Nancy Schuler<br>17327 Heath Grove Lane<br>Richmond, TX 77469 | Target Realty<br>1710 FM 1960 W<br>Houston, TX 77090 |
| Skelton Business Equipment<br>Dept #720 901 W. Main<br>Houston, TX   77253 | Alderete Photography<br>Raymond Alderete<br>7351 Cayton<br>Houston, TX 77061 | Forest Hills MUD<br>Bacon & Wallace<br>6363 Woodway, Ste. 800<br>Houston, TX 77057 |
| Lake MUD<br>Bacon & Wallace<br>6363 Woodway, Ste. 800<br>Houston, TX 77057 | Michael O. Leader<br>17606 Ginger Ridge Lane<br>Tomball, TX 77377 | Ramiro Orozco-Macias<br>3702 Beau Lane<br>Houston, TX 77039 |
| Houston Chronicle<br>801 Texas Avenue<br>Houston, TX 77002 | House of Power Electric, LC<br>C/O Himesh M. Ghandi<br>130 Industrial Blvd., Ste. 110<br>Sugar Land, TX 77478 | Bruce J. Ruzinsky<br>Jackson Walker, LLP<br>*Via Electronically* bruzinsky@jw.com |

| | | |
|---|---|---|
| P.Michael Bowdin<br>Robert R. Martin<br>Brown Sims, PC<br>1177 West Loop South, 10th<br>Houston, Texas 77027-9007<br>*Via Electronically* mbowdoin@brownsims.com | Westlake/LaSalle Crossing Homeowners Association, Inc.<br>Bryan Patrick Fowler<br>300 West Davis, Ste. 510<br>Conroe, TX 77301<br>*Via Electronically* bfowler@consolidated.net | Phil F. Snow<br>Snow Fogel Spence, LLP<br>*Via Electronically* philsnow@snowfogel.com<br>*Via Electronically* janissherrill@snowfogel.com<br>*Via Electronically* lauraterrell@snowfogel.com |
| Kenneth P. Green<br>2929 Allen Parkway, Ste. 4100<br>Houston, TX 77019 | Eva S. Engelhart<br>City of League City<br>*Via Electronically* eengelhart@rossbanks.com | Masterbrand Cabinets, Inc.<br>One Masterbrand Cabinets Drive<br>Jasper, IN 47546 |
| Meghan Hayes<br>7619 Old Hwy 11<br>Memphis, IN 47143 | Ad Valorem Advisers<br>C/O Robert Beasley<br>11 Greenway Plaza, Ste. 1400<br>Houston, TX 77046 | Dallas County<br>C/O Elizabeth Weller<br>2323 Bryan Street, Ste. 1600<br>Dallas, TX 75201 |
| Harris County Municipal Utility #410<br>Dowdell Public Utility District<br>1100 Louisiana Street, Ste. 400<br>Houston, TX 77002 | Mavro Pena<br>8407 Schuller Street<br>Houston, Texas 77093 | City of League City water<br>300 West Walker<br>League City, Texas 77573 |
| Perfection Fireplace & Supply<br>6742 N Elridge Pkwy<br>Houston, TX 77041 | Wright Express Financial Services<br>PO Box 639<br>Portland, ME 04103 | Aldine ISD<br>14909 Aldine-Westfield Road<br>Houston, TX 77032 |
| Michael B. Back<br>11256 Cornell Park Drive, Ste. 500<br>Cincinnati, OH 45242 | San Jacinto Community College District<br>C/O Daniel J. Snooks<br>11550 Fuqua, Ste. 370<br>Houston, TX 77034 | Action Landscaping, Inc.<br>830 Merrick Drive<br>Sugarland, TX 77478 |
| Highlands (Garth) Ranch HOA, Inc.<br>1601 Elm Street, Ste. 300<br>Dallas, TX 75201 | Trademark Plumbing, Inc.<br>PO BOX 129<br>Cypress, TX 77410-0129 | Pamela and James Woods<br>6714 Windy River Lane<br>Katy, TX 77449 |
| Information Research Services<br>PO Box 890833<br>Houston, TX 77289 | Collins Tractor<br>C/O Richard Collins<br>5934 Theall<br>Houston, TX 77066 | TXU Energy Retail Company LLC<br>C/O Bankruptcy Department<br>PO Box 650393<br>Dallas, TX 75265-0393 |
| Consolidated Communication<br>121 S. 17th Street<br>Mattoon, IL 61938 | Farmer Bros. Co.<br>PO Box 2959<br>Torrance, CA 90509-2959 | LaQuita Small<br>1819 Flycaster Drive<br>Spring, TX 77388 |
| Marvin Johnson<br>1914 Emerald Pathway Drive<br>Spring, Texas 77388 | City of Gaston<br>Tax Department<br>128 West Main Avenue<br>PO Box 1578<br>Gastonia, NC 28053 | Mecklenburg County Tax Collector<br>PO Box 71063<br>Charlotte, NC 28272 |

| | | |
|---|---|---|
| Cheryl E. Johnson, TAC<br>PO Box 1169<br>Galveston, TX 77553-1169 | Bonded Builders<br>Warranty Group<br>PO Box 810245<br>Boca Raton, FL 33481-0245 | Giammarco Law Office<br>3910 S. Alma School Road, Ste. 5<br>Chandler, AZ 85248 |
| Property Tax Department<br>722 Moody<br>Galveston, TX 77550 | | |