Exhibit "A"

| Claimant | Claim Number | Amount |
| --- | --- | --- |
| Cory R. Ormsby<br>11007 Blue Feather Drive<br>Houston, TX 77064 | 13 | $495.24 |
| Burgess Construction Company<br>1255 West 15th Street #1000<br>Plano, TX 75075 | 18 | $14.86 |
| RME Equipment, Inc.<br>PO Box 486<br>Pine Hurst, TX 77362 | 21 | $67.75 |
| Houston eflyer<br>5680 Hwy 6 #330<br>Missouri City, TX 77459 | 27 | $232.91 |
| Skelton Business Equipment<br>901 West Main Dept. #720<br>Houston, TX 77253 | 32 | $455.02 |
| Michael O. Leader<br>17606 Ginger Ridge Lane<br>Tomball, TX 77377 | 37 | $194.52 |
| Harris County Municipal<br>1100 Louisiana Street, Ste. 400<br>Houston, TX 77002 | 55 | $44.00 |
| Dowdell Public Utility District<br>1100 Louisiana Street, Ste. 400<br>Houston, TX 77002 | 56 | $398.75 |
| Mavro Pena<br>8407 Schuller Street<br>Houston, TX 77093 | 57 | $104.32 |
| Action Landscaping, Inc.<br>830 Merrick Drive<br>Sugar Land, TX 77478 | 65 | $645.18 |
| Pamela and James Wood | 68 | $100.88 |

| Name/Address | # | Amount |
|---|---|---|
| 19742 Buckland Park Drive<br>Katy, TX 77449 | | |
| Information Research Services<br>PO Box 890833<br>Houston, TX 77289 | 69 | $48.29 |
| Collins Tractor<br>C/O Richard Collins<br>5934 Theall<br>Houston, TX 77066 | 70 | $56.46 |
| Chas P. Young Company<br>1616 McGowen<br>Houston, TX 77004 | 95 | $193.12 |
| Builders Maintenance, Inc.<br>6608 Brittmoore Road, Ste. 700<br>Houston, TX 77041 | 109 | $3,264.33 |
| Kent Hoang<br>2618 Elder Park Court<br>Katy, TX 77449 | 110 | $127.94 |
| Lawn Tex, Inc.<br>10777 FM 1464<br>Richmond, TX  77406 | 111 | $311.63 |
| Lighthouse Energy Service Co.<br>PO Box 0938<br>Manvel, TX 77578 | 112 | $2,500.16 |
| Annie Trang Nguyen<br>3815 Elkins Road<br>Sugar Land, TX 77479 | 114 | $71.32 |
| Mozley Acquisition and Development Partners, LP<br>Hanover Property Company<br>Attn: Dick LeBlanc<br>5950 Berkshire Lane, Ste. 1200<br>Dallas, TX 75225 | 124 | $102,867.93 |
| Octoplant, Inc.<br>8213 N. Tahoe Drive | 126 | $85.00 |

| | | |
|---|---|---|
| Houston, TX 77040 | | |
| Hodges Ready Mix Co.<br>C/O Himesh Gandhi<br>130 Industrial Blvd., Ste. 110<br>Sugar Land, TX 77478 | 264 | $1,550.99 |
| House of Power Electric<br>4260 Clark Road<br>Houston, TX 77040 | 311 | $107.72 |
| All Covered, Inc.<br>101 Redwood Shores Pkwy<br>Suite 110<br>Redwood City, CA 94065 | 324 | $41.79 |
| Forest Colony Property<br>9802 FM 1960 W, Ste. 210<br>Humble, TX 77338 | 327 | $9.29 |
| Conkir Electric<br>C/O R Tate Young<br>4615 SW Freeway, Ste. 600<br>Houston, TX 77027 | 328 | $7,558.63 |
| Fidelity and Deposit Co. Of MD<br>Attn: Patricia Schroeder<br>PO Box 968036<br>Schumburg, IL 60196 | 150 | $1,389.16 |