**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ROYCE HOMES, LP** | § | **CASE NO.  09-32467-H4-7** |
| | § | |
| **DEBTOR(S)** | § | |
| | § | **(Chapter 7)** |
| | § | |
| | § | |

**Notice to Withdraw Docket Entry No. 763**

TO THE HONORABLE JEFF BOHM UNITED STATES BANKRUPTCY JUDGE:

Rodney Tow, Trustee files this Motion to Withdraw Trustee's Application to Deposit

Unclaimed Funds and would show the Court as follows:

1.      On or about February 25, 2015  Rodney Tow, Trustee filed an Application to Deposit

Unclaimed Funds.

2.      The trustee has located a claimant and is going to send funds directly to claimant.

Wherefore premises considered, the Trustee withdraws his Application to Deposit

Unclaimed Funds (Docket Entry No. 763) .

SIGNED:  February 26, 2015                              Respectfully Submitted,

*/s/ Rodney Tow*
Rodney Tow
Tex. Bar No. 20152500
Federal ID# 3196
Rodney Tow, PLLC
26219 Oak Ridge Drive
The Woodlands, Texas 77380
281-681-9100
832-482-3979 (fax)
rtow@towkoenig.com

CERTIFICATE OF SERVICE

This is to certify that Nicole Oakley, an assistant in the office of RODNEY TOW, PLLC has sent a copy of the foregoing notice by first class mail, postage prepaid on this the 26th day of February,  2015, to the following parties:

/s/ Rodney Tow
Rodney Tow, Trustee

Royce Homes, LP
7850 N Sam Houston Pkwy W
Houston, TX 77064

Hammersmith Group, Inc.
7850 N Sam Houston Pkwy W
Houston, TX 77064

John Speer
Registered Agent for Royce Homes, LP
16427 Telge Road
Cypress, TX 77429

Hammersmith Group, Inc.
C/O David Jones
Porter & Hedges, LLP
1000 Main Street, 36th Floor
Houston, TX 77002

Royce Homes, LP
C/O David Jones
Porter & Hedges, LLP
djones@porterhedges.com

John Speer
Registered Agent for Royce Homes, LP
7850 N Sam Houston Pkwy W
Houston, TX 77064

John Speer
Registered Agent for Royce Homes, LP
16427 Telge Road
Cypress, TX 77429

John Speer
Registered Agent for
Hammersmith Group, Inc.
7850 N Sam Houston Pkwy W
Houston, TX 77064

John Speer
Registered Agent for
Hammersmith Group, Inc.
16427 Telge Road
Cypress, TX 77429

Joe Chiavone
Wisebaker Builder Services
1703 Westfield Loop
Houston, TX 77073

Martha Vasquez
Luxury Baths by Arrow
5855 Cunningham
Houston, TX 77041

Wisenbaker Builder Services, Inc.
C/O Patrick Hughes
*Via Electronically*
 hughesp@haynesboone.com
 peter.ruggero@haynesboone.com

Suncoast Post Tension, Ltd.
C/O Patrick Hughes
Haynes & Boone, LLP
1221 McKinney, Ste. 2100
Houston, TX 77010

Luxury Baths by Arrow
C/O Christopher Castillo and Patrick Hughes
Haynes & Boone, LLP
*Via Electronically*
 christopher.castillo@haynesboone.com

Builders Mechanical, Inc.
C/O Christopher Castillo & Patrick
Hughes Haynes & Boone, LLP
 christopher.castillo@haynesboone.com
hughesp@haynesboone.com

Bob Glug
Suncoast Post Tension, Ltd.
509 N Sam Houston Pkwy, Ste. 300
Houston, TX 77060

Trent Kerr
Builders mechanical, Inc.
11143 Spring Cypress Road
Tomball, TX 77375

Texas Attorney Generalo
808 Travis, Suite 300
Houston, TX 77002

Office of the United States Trustee
stephen.statham@usdoj.gov
USTPRegion07.HU.ECF@USDOJ.GOV
diane.g.livingstone@usdoj.gov

Harris County Tax Assessor-Collector
1001 Preston, Ste. 100
Houston, TX 77002

Rodney Tow, Trustee
*Via Electronically*
 rtow@towkoenig.com
 jwarren@towkoenig.com

Internal Revnue Service
PO Box 660406
Dallas, TX 75266

Decker Oaks Development II
C/O Margaret McClure
909 Fannin, Ste. 1580
Houston, TX 77010

Terri King
PO Box 40010
Houston, TX 77240

Monica Pedrosa
PO Box 40010
Houston, TX 77240

Action Gypsum
PO Box 40010
Houston, TX 77240

Lisa Childress
PO Box 19849
Houston, TX 77224

Bison Building
PO Box 19849
Houston, TX 77224

Perfection Fireplace & Supply
6742 N Eldridge Pkwy
Houston, TX 77041

Wachovia Bank
C/O Christina M. Putman
Seyforth Shaw
700 Louisiana St., Ste. 3700
Houston, TX 77002-2797

George Kopecky
C/O Scott D. Cunningham
The Cunningham Law Firm
7500 San Felipe, Ste. 1010
Houston, TX 77063

John Speer
C/O Michael Wilk
Hirsch & Westheimer, PC
700 Louisiana,Ste. 2550
Houston, TX 77002-2772

Hammersmith Group, Inc.
C/O Michael Wilk
Hirsch & Westheimer, PC
700 Louisiana,Ste. 2550
Houston, TX 77002-2772

Royce Homes, LP
C/O Michael Wilk
Hirsch & Westheimer, PC
700 Louisiana,Ste. 2550
Houston, TX 77002-2772

Kyung S. Lee
Diamond McCarthy, LLP
909 Fannin Street, Ste. 1500
Houston, TX 77010

Texas Capital Bank, NA
C/O Richard A. McKinney
**ViaElectronically**
rmckinney@higierallen.com
keisma@higierallen.com

Texas Capital Bank, NA
C/O Daniel Paz
Higier Allen & Lautin, PC
5057 Keller Springs Rd., Ste. 600
Addison, TX 75001-6231

David Showalter
Showalter Law Firm
*Via Electronically* mail@showalterlaw.com

Joshua Leal
Showalter Law Firm
joshua@showalterlaw.com

SouthFork Community Association
C/O Gregory Crinion
Ashby Crinion LLP
*Via Electronically* jklebo@ashbycrinion.com

LinGo SouthFork, Ltd.
C/O Gregory Crinion
Ashby Crinion LLP
*Via Electronically* jklebo@ashbycrinion.com

Mozley Acquistion and Development
Partners, LP
C/O W. Steven Bryant
*Via Electronically* hobankecf@locklord.com

Wachovia Bank, NA
Walter J. Cicak
Seyfarth Shaw LLP
*Via Electronically* wcicack@seyfarth.com
*Via Electronically* kbaldwin@seyfarth.com
*Via Electronically* mallen@seyfarth.com

Cypress-Fairbanks ISD
C/O John P. Dillman
*Via Electronically*
 Houston_bankruptcy@publicans.com

Fort Bend County
C/O John P. Dillman
PO Box 3064
Houston, TX 77253-3064
**Via Electronically**
 Houston_bankruptcy@publicans.com

Galveston County
C/O John P. Dillman
**Via Electronically**
 Houston_bankruptcy@publicans.com

Harris County
C/O John P. Dillman
**Via Electronically**
 Houston_bankruptcy@publicans.com

Katy ISD
C/O John P. Dillman
**Via Electronically**
 Houston_bankruptcy@publicans.com

Montgomery County
C/O John P. Dillman
*Via Electronically*
 Houston_bankruptcy@publicans.com

Decker Oaks Development II
C/O Dennis Dylewski
*Via Electronically*
 dmdylewski@sbcglobal.net
 jktreadway@sbcglobal.net
 Inwhittredge@sbcglobal.net

Decker Oaks Development II Ltd.
617 West Main
Tomball, TX 77375

Hodges Ready Mix Company, Inc.
C/O Himesh M. Ghandi
*Via Electronically* hgandhi@hrbacel.com

House of Electric, LC
C/O Himesh M. Ghandi
*Via Electronically* hgandhi@hrbacel.com

Sandtrap Grill
C/O Edgar A. Goldberg
*Via Electronically* egold56@sbcglobal.net

Patricia Hair
Phelps Dunbar LLP
*Via Electronically* patricia.hair@phelps.com
*Via Electronically* terri.hodo@phelps.com

Nancy Hamren
Coats Rose Yale Ryman & Lee PC
*Via Electronically* nhamren@coatsrose.com
*Via Electronically* tfritsche@coatrose.com

Builder Mechanical, Inc.
11143 Spring Cypress Road
Tomball, TX 77375

Martha Vasquez
Luxury Baths by Arrow
5855 Cunningham
Houston, TX 77041

Wisenbaker Builder Services, Inc.
1703 Westfield Loop
Houston, TX 77073

Wilshire & Scott
One Chasewood, Suite 310
20333 State Highway 249
Houston, Texas 77070

Hanson Brick & Tile
C/O Bell Nunnally & Martin
Attn: Heather H. Jobe
*Via Electronically*
heatherj@bellnunnally.com

Deborah F. Bates
C/O Henry J. Kaim
King & Spalding, LLP
*Via Electronically* hkaim@kslaw.com

Masco Builder Cabinet Group, Inc.
C/O Jason Kennedy
Thomas Feldman Et Al
*Via Electronically* jkennedy@tfandw.com
*Via Electronically* cschaller@tfandw.com

Julie Mitchell Koenig
Tow Koenig, PLLC
*Via Electronically*
jmkoenig@towkoenig.com

Dina Wooldridge
C/O Joshua R. Leal
Showalter Law Firm
**Via Electronically**
joshua@showalterlaw.com

Patrick Matula
C/O Joshua R. Leal
Showalter Law Firm
*Via Electronically*
joshua@showalterlaw.com

Richard Wooldridge
C/O Joshua R. Leal
Showalter Law Firm
*Via Electronically*
joshua@showalterlaw.com

Sharon Matula
C/O Joshua R. Leal
Showalter Law Firm
*Via Electronically*
joshua@showalterlaw.com

Valerie Sankey
C/O Joshua R. Leal
*Via Electronically*
joshua@showalterlaw.com

Diane G. Livingstone
Office of US Trustee
*Via Electronically*
diane.g.livingstone@usdoj.gov

Jason Rudd
Diamond McCarthy Taylor & Finley
*Via Electronically*
jrudd@diamondmccarthy.com
*Via Electronically*
kspeedy@diamondmaccarthy.com

Klein ISD
C/O Carl O Sandin
Perdue Brandon Fielder Et Al
*Via Electronically* csandin@pbfcm.com
*Via Electronically* tpope@pbfcm.com

Tri-Tech Surveying Company, LP
C/O Robert C. Vilt
*Via Electronically* cvilt@sbcglobal.net

Pasadena ISD
C/O Dexter D. Joyner
*Via Electronically* caaustin@comcast.net
*Via Electronically* joyneratty@comcast.net

Bruce J. Ruzinsky
Jackson Walker, LLP
*Via Electronically* bruzinsky@jw.com

P.Michael Bowdin
Robert R. Martin
Brown Sims, PC
1177 West Loop South, 10th
Houston, Texas 77027-9007
*Via Electronically* **mbowdoin@brownsims.com**

Westlake/LaSalle Crossing Homeowners
Association, Inc.
Bryan Patrick Fowler
300 West Davis, Ste. 510
Conroe, TX 77301
*Via Electronically* bfowler@consolidated.net

Phil F. Snow
Snow Fogel Spence, LLP
*Via Electronically* philsnow@snowfogel.com
*Via Electronically* janissherrill@snowfogel.com
*Via Electronically* lauraterrell@snowfogel.com

Eva S. Engelhart
City of League City
*Via Electronically*
eengelhart@rossbanks.com

Amegy Bank
Attn:  Susan J. Brandt
Nathan Sommers Jacobs
sbrandt@nathansommers.com

Lighthouse Energy Service Co.
C/O David A. Chaumette
dchaumette@delchaum.com

Aldine ISD
C/O Susan Rae Fuertes
bnkatty@aldine.k.12.tx.us

2009 Texas Capital Fund, LLC
c/o Eileen M. Hohlt
ehohlt@mcdanielfirm.com

Rose
Ranch Homeowners Association,
 Inc. And Fieldstone Community Assc.
C/O Fredreck Hudgens
hudgenbk@hooverslovacek.com

John Speer
C/O Wayne Kitchens
jwk@hwallp.com

David Wesley Showalter
david@showalterlaw.com

Stephen Shurn
sdsecf@hwallp.com

Regions Bank
C/O Michael J. Smith
msmith@csrslaw.com

George R Gibson
ggibson@nathansommers.com

Stephen H. DonCarlos
sdoncarlos@rsg-llp.com

Louis Angel Alvarez, Jr.
c/o Katherine Taylor Mize
katherine.mize@mizeminces.com

Phil Snow
philsnow@snowfogel.com

Mark W Brooks
Young & Brooks
1415 Louisiana, 5th Floor
Houston, Texas 77002

Peter Johnson
Law Offices of Peter Johnson
pjlawecf@pjlaw.com

Mansfield ISD
c/o Elizabeth Banda Calvo
PO Box 13430
Arlington, TX 76094

Hoover Slovacek  LLP
c/o T. Josh Judd
5847 San Felipe, Suite 2200
Houston, TX 77057

Allard Investment Company, LLC
c/o Eugene B. Wilshire, Jr.
Ewilshire@wsd-law.com