**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**ENTERED**
**03/04/2015**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.  09-32467 |
| ROYCE HOMES, LP | § | JUDGE BOHM |
| DEBTOR | § | (CHAPTER 7) |
| | § | |

## Order

CAME ON FOR CONSIDERATION, Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §347(a), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of said Motion is not required, it is therefore,

ORDERED that Rodney Tow, Trustee is authorized to pay the funds in the amount of $122,937.19 now held by him in the above styled and numbered case, together with any accrued interest thereon, into the registry of the Court.

SIGNED this the _____ 4th _____ day of _____ March _____ 2015.

_____
DEPUTY CLERK

This order is signed for the Court by
the clerk under authority of 28 U.S.C.
§ 956 and General Order 2000-3.
DAVID J. BRADLEY, CLERK
By: _____
Deputy Clerk

Exhibit "A"

| Claimant | Claim Number | Amount |
|---|---|---|
| Cory R. Ormsby<br>11007 Blue Feather Drive<br>Houston, TX 77064 | 13 | $495.24 |
| Burgess Construction Company<br>1255 West 15th Street #1000<br>Plano, TX 75075 | 18 | $14.86 |
| RME Equipment, Inc.<br>PO Box 486<br>Pine Hurst, TX 77362 | 21 | $67.75 |
| Houston eflyer<br>5680 Hwy 6 #330<br>Missouri City, TX 77459 | 27 | $232.91 |
| Skelton Business Equipment<br>901 West Main Dept. #720<br>Houston, TX 77253 | 32 | $455.02 |
| Michael O. Leader<br>17606 Ginger Ridge Lane<br>Tomball, TX 77377 | 37 | $194.52 |
| Harris County Municipal<br>1100 Louisiana Street, Ste. 400<br>Houston, TX 77002 | 55 | $44.00 |
| Dowdell Public Utility District<br>1100 Louisiana Street, Ste. 400<br>Houston, TX 77002 | 56 | $398.75 |
| Mavro Pena<br>8407 Schuller Street<br>Houston, TX 77093 | 57 | $104.32 |
| Action Landscaping, Inc.<br>830 Merrick Drive<br>Sugar Land, TX 77478 | 65 | $645.18 |
| Pamela and James Wood | 68 | $100.88 |

19742 Buckland Park Drive
Katy, TX 77449

| | | |
|---|---|---|
| Information Research Services<br>PO Box 890833<br>Houston, TX 77289 | 69 | $48.29 |
| Collins Tractor<br>C/O Richard Collins<br>5934 Theall<br>Houston, TX 77066 | 70 | $56.46 |
| Chas P. Young Company<br>1616 McGowen<br>Houston, TX 77004 | 95 | $193.12 |
| Builders Maintenance, Inc.<br>6608 Brittmoore Road, Ste. 700<br>Houston, TX 77041 | 109 | $3,264.33 |
| Kent Hoang<br>2618 Elder Park Court<br>Katy, TX 77449 | 110 | $127.94 |
| Lawn Tex, Inc.<br>10777 FM 1464<br>Richmond, TX 77406 | 111 | $311.63 |
| Lighthouse Energy Service Co.<br>PO Box 0938<br>Manvel, TX 77578 | 112 | $2,500.16 |
| Annie Trang Nguyen<br>3815 Elkins Road<br>Sugar Land, TX 77479 | 114 | $71.32 |
| Mozley Acquisition and<br>Development Partners, LP<br>Hanover Property Company<br>Attn: Dick LeBlanc<br>5950 Berkshire Lane, Ste. 1200<br>Dallas, TX 75225 | 124 | $102,867.93 |
| Octoplant, Inc.<br>8213 N. Tahoe Drive | 126 | $85.00 |

Houston, TX 77040

| | | |
|---|---|---|
| Hodges Ready Mix Co.<br>C/O Himesh Gandhi<br>130 Industrial Blvd., Ste. 110<br>Sugar Land, TX 77478 | 264 | $1,550.99 |
| House of Power Electric<br>4260 Clark Road<br>Houston, TX 77040 | 311 | $107.72 |
| All Covered, Inc.<br>101 Redwood Shores Pkwy<br>Suite 110<br>Redwood City, CA 94065 | 324 | $41.79 |
| Forest Colony Property<br>9802 FM 1960 W, Ste. 210<br>Humble, TX 77338 | 327 | $9.29 |
| Conkir Electric<br>C/O R Tate Young<br>4615 SW Freeway, Ste. 600<br>Houston, TX 77027 | 328 | $7,558.63 |
| Fidelity and Deposit Co. Of MD<br>Attn: Patricia Schroeder<br>PO Box 968036<br>Schumburg, IL 60196 | 150 | $1,389.16 |