

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/09/2015

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| ROYCE HOMES, LP | § | 09-32467 |
| | § | |
| Debtor | § | Chapter 7 |

## ORDER VACATING ORDER

It is ORDERED that the Order Granting Trustee's Motion to Pay Funds into the Court Registry entered by this Court on March 4, 2015 (docket entry #769) was entered in error and is hereby VACATED..

Signed this __6th__ day of March, 2015.

Jeff Bohm
United States Bankruptcy Judge