**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ROYCE HOMES, L.P. | § | CASE NO.  09-32467-H4-7 |
| DEBTOR | § | CHAPTER 7 |
| | § | JUDGE BOHM |
| | § | |

### Trustee's Motion to Authorize
### Second Interim Distribution to Unsecured Creditors
### and to Pay Interim Trustee Fees

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This motion seeks an order that may adversely affect you.  If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party.   You must file and serve your response within 21 days of the date this was served on you.   Your response must state why the motion should not be granted.   If you do not file a timely response, the relief may be granted without further notice to you.   If you oppose the motion and have not reached an agreement, you must attend the hearing.    Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**
**Represented parties should act through their attorney.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:**

This Motion seeks authorization to make a second interim distribution to certain unsecured creditors of this bankruptcy estate. **Every creditor and party in interest of this estate should read and understand this motion.  The Motion requests authorization to distribute money to some but not all creditors.  Every creditor of this estate will be impacted by this distribution.**

Motion to Authorize Second Interim Distributions                                    Page 1

R:\Rodney Tow PLLC\R\Royce Homes - T\Claims\Interim Distributions\Motion to Authorize Second Interim Distribution to Unsecured Creditors and Trustee JW.wpd

**Jurisdiction and Venue**

This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b).  Venue is proper pursuant to 28 U.S.C. §§1408 & 1409.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (B), (K) & (O).

**How Creditors are Affected by This Motion**

1.      "Exhibit A" is an alphabetized list of all creditors who filed a proof of claim.  If your name is not on the list, you did not file a proof of claim and will not receive a distribution.

2.      "Exhibit B" is an alphabetized list of all creditors who filed secured claims.  There will be no interim distribution to secured claims in this estate.  If, as a result of future claim reviews it is determined that some secured claims are actually unsecured, then it is possible a distribution will be made on those claims at a later date.

3.      "Exhibit C" is an alphabetized list of all priority unsecured and general unsecured creditors who will NOT receive a payment from the second interim distribution because the Trustee is in the process of reviewing these claims.  In the first interim distribution the Trustee reserved money to pay these claims in the event the Trustee's review shows the claims should be paid or, the Trustee objects to the claim and the creditor obtains an order for the claim to be paid. The second interim distribution also reserves money in case some of these claims are allowed.

4.      "Exhibit D" is an alphabetized list of General Unsecured Creditors who will receive  a distribution from this second interim distribution.  It shows the first interim distribution and the proposed second interim distribution.

## Background

5.      On April 7, 2009 (the "Petition Date"), four of Royce Homes's creditors, Wisenbaker Builder Services, Inc., Suncoast Post Tension, Ltd., Builders Mechanical, Inc., and Luxury Baths by Arrow (collectively, the "Petitioning Creditors") filed a chapter 7 involuntary petition against Royce Homes, L.P. (the "Debtor"). On April 30, 2009, the Court entered the Order for Relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court"). The Bankruptcy Case is pending as Case No. 09-32467 before this Court.

6.      Rodney D. Tow serves as the duly qualified and acting Chapter 7 trustee of the Debtor's estate (the "Estate").

7.      As of the Petition Date, the Debtor listed no significant assets and more than $33 million in liabilities. To date, the claims register reflects approximately $40 million in claims against the estate.

8.      The Debtor stopped operating in July 2008 and the involuntary petition was filed against the Debtor on April 7, 2009. In the waning 22 months of the Debtor's operations, approximately $40,000,000 was either transferred to various insiders, equity interest holders, or Amegy Bank. N.A. Without these transfers, the estate's $40,000,000 in claims filed in the Bankruptcy Case could likely be paid in full.

9.      On April 28, 2011, the Trustee initiated an adversary proceeding against several defendants to avoid and recover claims asserted against the Defendants.   (the "Adversary"). That case was pending as Adversary Proceeding Case No. 11-03191, until

the reference was withdrawn to the Federal District Court. That Adversary is now pending before the Honorable Lee Rosenthal as Civil Case No. 4:11-cv-03700 ("District Court Case").

10.   The Defendants filed an answer denying liability and asserting numerous affirmative defenses to the Trustee's claims. The District Court entered a scheduling order in the District Court Case, requiring the parties to mediate before November 2012. As a result, the Trustee and the Defendants mediated in November 2012. No agreement was reached at that time.

11.   After the November 2012 mediation, the Trustee and the Defendants engaged in substantial discovery, including: (i) conducting numerous fact witness depositions; (ii) exchanging documents and written discovery; (iii) designating experts; and (iv) conducting expert witness depositions. Additionally, the Trustee has filed and responded to many motions for summary judgment as well as motions regarding the exclusion of experts and/or their testimony.

12.   The District Court has now entered judgment in favor of the estate and against John Speer.  The damage award is over $12,000,000.00.  These funds have not been collected at this time but collection efforts will begin soon.

13.   This motion proposes to distribute $1.2 million was derived from  proceeds received from settlements but held back during the first interim distribution in case the estate had a tax liability.  The Bankruptcy Court has now determined that the estate does not have tax liability.

**Important Information Regarding**
**the Second Interim Distribution and the Estate**

14.     **Justification for an Interim Report as opposed to a Final Report:**  It will be years

before a final report can be filed in this case.  This bankruptcy was originally filed in

April 2009.  Since that time the estate's litigation has resulted in recoveries in excess of

$10 million.  The bulk of the funds, $9.3 million, were received in February 2014.  The

creditors can benefit from a partial distribution of the funds on hand. There is no benefit

to the creditors to let this money sit in an estate.  There are additional sources of funds.

The estate obtained a judgment against John Speer.  It could take years to collect the

judgment. The estate cannot be closed until collection efforts against John Speer are

resolved and a tract of land the estate owns in Galveston County is liquidated,.  The

estate currently has a contract on that tract for $1,000,000.00. Once due diligence is

completed, which is estimated to be mid May, the estate can close on that sale.

However, an adversary proceeding was filed by Decker Oaks claiming a lien against the

property.  A settlement between the estate and Decker Oaks is being discussed in which

Decker Oaks will receive $500,000 as a settlement of its entire claim against the Royce

Homes estate.  Attorney fees for the recovery of the property will also be deducted from

the proceeds of the sale.  The estate may not realize much beyond the payment of Decker

and the attorney fees but creditors will benefit in that a multimillion potential unsecured

claim will be resolved and not compete for distribution funds for unsecured creditors.

15.     After this distribution, the estate will retain $1,098,906.91 which includes anticipated

costs of the estate and funds reserved for unsecured and priority creditors not paid

through the first interim distribution nor this interim distribution.

16.    **Final Distribution and Case Closure:** A final distribution and case closing cannot occur until the estate completes:

    a.    The collection actions against John Speer.

    b.    The estate closes the sale on the Galveston property.

    c.    All administrative matters of the estate are resolved including claim objections and any other litigation that is required to fully liquidate assets.

## Analysis of the Distributions

| | | |
|---|---|---|
| 17. | **Receipts to Date:** | $10,682,146.90 |
| 18. | **Disbursements:** | |
| | a.    **Prior to the Second Interim Distribution:** | $8,386,879.67 |
| | b.    **From the second interim Distribution:** | $  868,805.31 |
| | **TOTAL DISTRIBUTIONS:** | **$9,255,684.98** |
| 19. | **Trustee Compensation:** | |
| | a.    **From Total Distributions through 4/13/15:** | $  300,920.55 |
| | b.    **Paid for first interim Distribution:** | $  262,521.79 |
| | c.    **Net Compensation remaining:** | $    38,398.79 |
| | d.    **Plus Expenses (See Exhibit E):** | $      2,372.23 |
| | e.    **Total Compensation and Expenses:** | $    40,770.99 |

20.     **Projection of Future Receipts and Expenses:**

    a.     **Receipts:**

        i.     John Speer                 Unknown

        ii.     Galveston Property       $1,000,000.00[1]

    b.     **Estimated Expenses:**

        i.     Other Admin Expenses    $  Unknown

        ii.     Additional Expert Fees    $  500,000.00

        iii.     Additional Hold Back     $   503,677.90

21.     **Proposed Second Interim Distribution:** See Exhibit D

    The Trustee will distribute $1,164,000.00 to timely filed general unsecured claims representing a 3.78% distribution. This is in addition to the previous 7.43% distribution from the first interim distribution. This makes a total distribution of 11.21%.

### Miscellaneous Provisions

22.     Information regarding these distributions can be obtained by contacting the Trustee, Rodney Tow, 26219 Oak Ridge Drive, The Woodlands, Texas 77380; (281)681-9100; rtow@towkoenig.com.

23.     Objections and requests for hearing before the Bankruptcy Judge, if any, as to the above distributions, shall be in writing and filed with the clerk of the Bankruptcy Court and

---

[1]The contract on this property is for $1,000,000.00. Even if it closes, the Trustee anticipates minimal funds will be available after the payment of the proposed settlement to Decker Oaks and attorney fees.

served upon the Trustee.  Any objections not timely filed and served may be deemed waived.

Rodney Tow, Trustee, moves this Court to grant this Trustee's Second Motion to Authorize Interim Distribution to Unsecured Creditors, and for such other and further relief that he may be justly entitled.

Respectfully submitted this 13th day of April, 2015.

**Rodney Tow, PLLC.**

By:_____/s/   Rodney Tow_____
        Rodney Tow
        SBA# 20152500
        Fed. ID 3196
        26219 Oak Ridge Drive
        The Woodlands, Texas 77380
        281/681-9100 (Telephone)

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and correct copy of the foregoing was served by CertificateofService.com, upon all of the parties on the attached service list via either ECF Notification or by first class mail, proper postage affixed, on this the 13th  day of April, 2015.

_____/s/   Rodney Tow_____
Rodney Tow

Gulf Coast Concrete & Shell
4713 Ransom Rd
Richmond, TX 77469

Ofelia A Lira
2611 Daryns Landing Dr.
Houston, TX 77038

Comer, Donna J.
108 Forest Wind Circle
Montgomery, TX 77316

Victoria Rosella
5627 Manor Forest Drive
Kingwood, Tx 77339

Cypress Fairbanks ISD
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Galveston County
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Harris County et al
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Katy ISD
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

Fort Bend County
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Montgomery County
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

M.L. Rendleman Co., Inc. d/b/a Fiberglass Insulato
c/o Baldwyn R. English, Jr.
Andrews Kurth, LLP
600 Travis, Suite 4200
Houston, Texas 77002

Cory R. Ormsby
11007 Blue Feather Dr.
Houston TX 77064

Greensheet
Attn: Noel Bushu
2601 Main Street
Houston, TX 77002

Tri-Tech Surveying Company, L.P.
c/o Robert C. Vilt
Vilt and Associates, P.C.
5177 Richmond Ave., Suite 1230
Houston, TX 77056

Cast Fireplaces Inc.
Attn: Robert Milner
10425 Tanner Rd.
Houston, Tx 77041

BMP & Associates, Inc.
1707 Hartwick
Houston, TX 77093

Burgess Construction. Consultants
1255 West 15th Street #1000
Plano, TX 75075

Signtex Outdoor
1225 Alma, Suite D
Tomball, TX 77375

Pasadena Independent School District
c/o Dexter D. Joyner
Law Office of Dexter D. Joyner
4701 Preston Avenue
Pasadena, Texas 77505

RME Equipment Inc.
PO Box 486
Pine Hurst, TX 77362

Leaman Building Materials Inc. dba Allied Concrete
P.O. Box 80
Thompsons, TX 77481

David Patterson
16530 Pilgrims Cr
Spring, TX 77379

Southwest Office Systems Inc
P O Box 612248
DFW, TX 75261

Fashion Glass & Mirror Inc
Attn: Cory Hoggman
585 S I35 E
Desoto, TX 75115

Kronberg's Flags & Flagpoles
7106 Mapleridge
Houston, TX 77081

Houston eflyer
5680 Hwy 6 #330
Missouri City, TX 77459

Kevin Duffy A.I.A., Inc.
3101 Richmond Suite 211
Houston, TX 77098

Andre Reynolds
827 Victoria Lakes Dr
Katy, TX 77493

Nancy Schuler
17327 Heath Grove Lane
Richmond, TX 77469

Target Realty
1710 FM 1960 W.
Houston, TX 77090

Skelton Business Equipment
Dept #720 901 W. Main
Houston, TX 77253

Alderete Photography
Raymond Alderete
7351 Cayton
Houston, TX 77061

Forest Hills MUD
Bacon & Wallace
6363 Woodway Ste 800
Houston TX 77057-1762

Lake MUD
Bacon & Wallace LLP
6363 Woodway Ste 800
Houston TX 77057-1762

Michael O. Leader
17606 Ginger Ridge Ln
Tomball TX 77377

Bacon & Wallace LLP
6363 Woodway Ste 800
Houston, TX 77057

Ramiro Orozco-Macias
3702 Beau Ln
Houston, TX 77039

Houston Chronicle
801 Texas Ave
Houston, TX 77002

Truclean Homes, Inc.
2119 Laurel Hill Dr.
Kingwood, TX 77339

Universal Forest Products Western Div
2801 E Beltline NE
Grand Rapids, MI 49525

Fedex Customer Information Services
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd Module G 3rd Flr
Memphis TN 38116

Acme Brick Co
Attn: Darlene Enfield
3024 Acme Brick Plaza
Fort Worth TX 76109

Highlands (Garth) Ranch HOA, Inc.
1601 Elm Street Suite 300
Dallas, TX 75201

The Fowler LAw Firm
300 West Davis, Ste 510
Conroe, TX 77304

West Harris County Municipal Unility District No.
1415 Lousiana, Fifth Floor
Houston, TX 77002

Rolando Altamirano
Neat & Tidy Maid Services
3302 Lengends Mill Drive
Spring, TX 77386

Fulton County Tax Commissioner
141 Pryor Street - Ste. 1113
Atlanta, GA 30303

Burk's Water Service & Utility Co
235 Adams
Houston, TX 77011

Masterbrand Cabinets Inc
One Masterbrand Cabinets Drive
Jasper, IN 47546

Meghan Hayes
7619 Old Hwy 11
Memphis, IN 47143

Ad Valorem Advisers
c/o Robert Beasley
Weycer Kaplan Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, TX 77046

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2323 Bryan Street Suite 1600
Dallas, Texas 75201

Harris County Municipal Utility District No.410
Smith, Murdaugh, Little & Bonham, LLP
1100 Louisiana Street, Suite 400
Houston, Texas 77002

Dowdell Public Utility District
Smith, Murdaugh, Little & Bonham
1100 Louisiana Street, Suite 400
Houston, Texas 77002

Mavro Pena
8407 Schuller St
Houston, TX 77093

City Of League City Water
300 West Walker
League City, TX 77573

Perfection Fireplace & Supply
6742 N Eldridge Pkwy
Houston, TX 77041

Wright Express Financial Services
P O Box 639
Portland ME 04103

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2323 Bryan Street Suite 1600
Dallas, Texas 75201

Aldine I. S. D.-Tax Office
14909 Aldine-Westfield Rd
Houston, TX 77032

Michael B. Bach, Authorized Agent
General Electric Company
c/o DeHaan & Bach, LPA
25 Whitney Drive, Suite 106
Milford, Ohio 45150

San Jacinto Community College District
c/o Daniel J. Snooks
11550 Fuqua, Suite 370
Houston, TX 77034

Action Landscaping, Inc.
830 Merrick Dr.
Sugarland, TX 77478

Highlands (Garth) Ranch HOA, Inc.
1601 Elm Street Suite 300
Dallas, TX 75201

Trademark Plumbing, Inc.
P O Box 129
Cypress, TX 77410-0129

Pamela Woods and James Woods
6714 Windy River Ln
Katy TX 77449

Information Research Services
P O Box 890833
Houston, TX 77289

Collins Tractor
c/o Richard Collins
5934 Theall
Houston, TX 77066

TXU Energy Retail Company LLC
CO Bankruptcy Department
PO Box 650393
Dallas TX 75265-0393

Showalter Law Firm
1117 FM 359, Suite 200
Richmond, Texas 77406

Consolidated Communications
121 S. 17th Street
Mattoon IL 61938

Farmer Bros. Co.
21333 So. Normandie Avenue
P.O. Box 2959
Torrance, CA 90509-2959

Small, LaQuita
1819 Flycaster Drive
Spring, TX 77388

Marvin Johnson
1914 Emerald Pathway Dr.
Spring, TX 77388

Aprile's Marble & Granite
P O Box 842328
Houston, TX 77284

David Angel Palacios
1621 Roxella St
Houston, TX 77093

Florez, Cesar
1111 Richards Drive
Friendswood, TX 77546

Citibank, N.A.
c/o Winstead PC
Attn: Frasher Murphy & Laura Schultz
1201 Elm Street, Suite 5400
Dallas, TX 75270

Ruben O. Manalansan
15211 Heather Mist Court
Cypress, Texas 77433

Harris Cnty Municipal Utility District No. 1
c/o Smith, Murdaugh, Little & Bonham LLP
1100 Louisiana St, Ste 400
Houston TX 77002

Dolphin World, Inc.
2902 Seawall Blvd
Galveston, TX 77550

William & Marilyn Hamrick
23122 Broad Springs Ct.
Richmond, TX 77407

Jake B. O'Brien
2551 Rusk St
Houston, TX 77003

Corey C. Jones
12030 Green Butte CT
Houston, TX 77044

Williams, Gerald
4419 West Maple Drive
Friendswood, TX 77546

Love Advertising, Inc.
770 South Post Oak Lane Suite 101
Houston, TX 77056

City of Gastonia
P O Box 8600
Gastonia, NC 28053

Beltre, Geovanny
2607 Floral Bloom Way
Fresno, TX 77545

Nicholas Howard II
3114 Texas Trail Lane
Manvel, TX 77578

Sandtrap Grill
7900 N. Sam Houston Pkwy West
Houston, TX 77064

Chas. P. Young Company
1616 McGowen
Houston, TX 77004

Kent H Landsberg Co
c/o AMCOR Sunclipse North America
600 Valley View St
Buena Park CA 90620

Robert Faerman
1546 FM 949
Sealy, TX 77474

Christopher R Maddux

Phelps Dunbar LLP
PO Box 23066
Jackson, MS 39225-3066

Theron W Flora
3425 County Rd 755
Alvin, TX 77511

Rose Ranch Homeowners Association, Inc.
c/o Fredreck S. "Field" Hudgens
Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057

Fieldstone Community Association, Inc.
c/o Fredreck S. "Field" Hudgens
Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057

Builder Homesite, Inc.
11900 RR 620 N
Austin, TX 78750

Kosh's Restaurant Inc. dba Amerigo's Grill
25250 Grogan's Park Dr.
The Woodlands, TX 77380

Galveston County MUD #14
c/o Ted A. Cox PC
4910 Dacoma Ste 100
Houston, TX 77092

National Home Insurance Co.
One Denver Highlands 10375 E. Harvard Av
Denver, CO 80231

CallSource
31280 Oak Crest Drive Suite 3
Westlake Village, CA 91361

Entergy Texas, Inc
MAil Unit L JEF 359
PO Box 6008
New Orleans, LA 70174

Texas General Security
20535 Hwy. 6
Manvel, TX 77578

Builders Maintenance Inc.
6608 Brittmoore Rd., Suite 700
Houston, TX 77041

Kent Hoang
2618 Elder Park Court
Katy, TX 77449

Lawn Tex, Inc.
10777 FM 1464
Richmond, TX 77469

Lighthouse Energy Service Co.
P. O. Box 0938
Manvel, TX 77578

Fulton County Tax Commissioner
141 Pryor Street - Ste. 1113
Atlanta, GA 30303

Annie Trang Nguyen
3815 Elkins Rd
Sugar Land, TX 77479

The Ark
713 Lehman
Houston, TX 77018

Wells Fargo Bank, N.A.
c/o Christina M. Putman
Seyfarth Shaw, LLP
700 Louisiana, Suite 3700
Houston, Texas 77002

My Thi Bui
17503 Glenwolf Dr
Houston, TX 77084

National Home Insurance Co.
(A Risk Retention Group)
10375 E. Harvard Avenue
Denver, CO 80237

Wisenbaker Builder Services Inc
J Chiavone
1703 Westfield Loop
Houston, TX 77073

A.H.I.
P O Box 884
Friendswood, TX 77546

Rose Ranch Homeowners Association, Inc.
c/o Fredreck S. "Field" Hudgens
Hoover Slovacek LLP
5847 San Felipe, Suite 2200
Houston, Texas 77057

IRS
P O BOX 21126
PHILADELPHIA  PA 19114

DPIS Engineering, LLC
1600 E Hufsmith
Tomball, TX 77375

Mozley Acquisition and Development Partners, L.P.
Hanover Property Company
Attn: Dick LeBlanc
5950 Berkshire Lane, Suite 1200
Dallas, Texas 75225

Amerisure Insurance
26777 Halstead Rd.
Farmington Hills, MI 48331

Octoplant Inc
8213 N. Tahoe Drive
Houston, TX 77040

Luxury Baths by Arrow
dba Arrow Mirror & Glass, Inc.
P O Box 40592
Houston, TX 77240

Stewart Title Guaranty Company
c/o Victor A. Davis
4700 W. Sam Houston Pkwy North, Ste. 100
Houston, TX 77047

Probuild South LLC
C/O Richard L. Petronella
8 Greenway, Ste 606
Houston, Texas 77046

Suncoast Post Tension
P O Box 951146
Dallas, TX 75395

2009 Texas Capital Fund LLC
c/o Eileen M. Hohlt
McDaniel Hohlt, PC
3555 Timmons, Suite 1225
Houston, Texas 77027

Town & Country Brick & Supply, Inc.
P.O. Box 406
Tomball, TX 77377-0406

JAMES GRUDUS, ESQ.
AT&T SERVICES, INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, N.J. 07921

Decker Oaks Development II, Ltd.
617 W. Main
Tomball, Texas 77375

Hour Messenger, Inc.
11757 Katy Freeway, Suite 900
Houston, TX 77079

Southway Business Park, Ltd.
109 N. Post Oak Ln., Ste 400
Houston, TX 77024

Jason Pham
2630 Daryns Landing Dr
Houston, TX 77038

.

Builder's Mechanical Inc
11143 Spring Cypress
Tomball, TX 77375

Armando Rios
617 Cty. Rd. 99
Alvin, TX 77511

Harris Co. MUD # 14 tax
6935 Barney Rd. Suite 110
Houston, TX 77092

Alief I.S.D. Tax Office
P.O. Box 368
Alief, TX 77411

West Keegans Bayou I.D.-taxes
11111 Katy Freeway #725
Houston, TX 77079

Clear Creek I.S.D.
P.O. Box 799
League City, TX 77574

Harris Co. MUD #276 Tax
6935 Barney Dr. Suite 110
Houston, TX 77092

Harris Co. MUD #397 tax
11111 Katy Frwy #725
Houston, TX 77079

North Green MUD Tax
P O Box 73109
Houston, TX 77273

Humble ISD
P.O. Box 4020
Humble, TX 77210

Harris Co. Mud #152 Tax
6935 Barney Rd Suite 110
Houston, TX 77092

Spring West M.U.D. Tax
11111 Katy Freeway #725
Houston, TX 77079

Fidelity National Property and
PO Box 33003
St. Petersburg, FL 33003

Jason Pham
2630 Daryns Landing Dr
Houston, TX 77038

Mestemaker & Straub
3355 W. Alabama Suite 1100
Houston, TX 77098

Compass Bank
Successor in Interest to Guaranty Bank
83333 Douglass Avenue
Dallas, TX 75225

Parkway UD MUD
PO Box 3150
Houston, TX 77253

Hanson Brick East, L.L.C.
Heather H. Jobe
Bell Nunnally & Martin LLP
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204-2429

Spring ISD Tax Office
P.O. Box 90458
Houston, TX 77290

Harris Co. MUD #082 Tax
P.O. Box 73109
Houston, TX 77273

Yasmeen Basit
c/o Mestemaker & Straub
3355 W Alabama Suite 1100
Houston, Texas 77098

Harris Co. Mud #157 Tax
11111 Katy Freeway #725
Houston, TX 77079

Harris County W.C.I.D. #136
P.O. Box 1368
Friendswood, TX 77549

Sheldon ISD
11411 C.E. King Pkwy
Houston, TX 77044

Commercial Alliance Insurance Co.
c/o Nancy H. Hamren
Coats, Rose, Yale, Ryman & Lee, P.C.
3 E. Greenway Plaza, Suite 2000
Houston, TX 77046

Harris Co. WCID #155 tax
11111 Katy Frwy #725
Houston, TX 77079

Harris County W.C.I.D. #110
P.O. Box 73109
Houston, TX 77273

Tomball I.S.D.
PO Box 276
Tomball, TX 77377

City of Tomball Tax
401 W. Market
Tomball, TX 77375

Malcomson Road UD tax
Barbara Wheeler, TAX A/C 6935 Barney Roa
Houston, TX 77092

Rickie E. Horsford and Glenneth Carr
PO Box 1641
Spring, TX 77383

Hodges Ready Mix Co., Inc.
P O Box 1625 3002 FM 2977
Richmond, TX 77406

Brazoria County Tax Office
111 E. Locust
Angleton, TX 77515

Capital One
5718 Westheimer, Suite 600
Houston, TX 77057

Brazoria County Mud #25 Taxes
PO Box 1368
Friendswood, TX 77549

Luis Cano
c/o Jesus G. Davila
6611 North Main St
Houston, TX 77009

L&W Weatherstripping, LLC
3421 N. U.S. Hwy 77
Schulenburg, Texas 78956

De Lage Landen Financial Service Inc.
1111 Old Eagle School Road
Wayne, PA 19087

Texas Capital Bank
2100 McKinney Ave, Suite 900
Dallas, TX 75201

House of Power Electric
4260 Clark Rd
Houston, TX 77040

Walker County Appraisal Dist.
P.O. Box 1798
Huntsville, TX 77342

Montgomery Co. Mud # 15 Tax
1621 Milam 3rd Floor
Houston, TX 77002

Masco Builder Cabinet Group, Inc.
5353 W. US Highway 223
Adrian, MI 49221

Magnolia ISD
400 North San Jacinto
Conroe, TX 77301

Magnolia I.S.D. Rendition Penalty
400 North San Jacinto
Conroe, TX 77301

Dickinson I.S.D.
Tax Office Po Drawer 1386
Dickinson, TX 77539

Galveston Co. MUD #44 tax
P.O. Box 1368
Friendswood, TX 77549

Galveston Co. MUD #68 tax
11111 Katy Frwy Suite 725
Houston, TX 7707

Maintenance Builders Supply, Ltd.
W. Jason Walker
Andrews Myers Coulter & Hayes, PC
3900 Essex Lane, Suite 800
Houston, TX 77027

Pecan Grove M.U.D.
873 Dulles Ave #A
Stafford, TX 77477

Fort Bend MUD # 144 tap
P.O. Box 631
Rosenberg, TX 77471

City of Rosenberg

C/O Yolanda Humphrey

1235 N Loop W, Ste. 600

Houston, TX 77008

All Covered, Inc.
101 Redwood Shores Pkwy, Ste 110
Redwood City, CA 94065

Bison Building Materials, LLC
W. Jason Walker
Andrews Myers Coulter & Hayes, LP
3900 Essex Lane, Suite 800
Houston, TX 77027

Chaparral Plumbing Co. Inc.
18901 Turnip
Spring, TX 77379

Forest Colony Property Owners Association

9802 F.M. 1960 BYPASS WEST SUITE 210
HUMBLE, TX 77338

Conkir Electric
c/o R Tate Young
4615 Southwest Frwy Ste 600
Houston, TX 77027

Trinett Plumbing LP
18901 Turnip St
Spring, TX 77373

Action Gypsum Supply LP
P.O. Box 40010
Houston, TX 77240

Oscar Gonzalez
d/b/a Aqua Gutters
8206 Cienna Drive
Houston, TX 77040

Scholl Forest Industries, Inc.
c/o Goodwin & Harrison, LLP.
PO Box 8278
The Woodlands, TX 77387

Johnson, Spencer
1814 Adobe Falls Dr
Spring, TX 77388

Johnny Giles
13919 Crestbourne Court
Houston, Texas 77014

Ms Donya Mackey
PO Box 73864
Houston, TX 77202

Porter Ready Mix, Inc.
P.O. Box 981
Porter, TX 77365

+

DPIS Engineering, LLC
1600 E Hufsmith
Tomball, TX 77375

Esqueda, Juan M.
9218 Camelia Crest Lane
Houston, TX 77064

Fund for Builders III Lp
400 Skokie Blvd. Suite 580
Northbrook, IL 6006

Relaint Reaources
Olga Cantu-Smith
1218 Voss Road, Apt 10
Houston, TX 77055-6676

Jerry and Sally Litjer
1113 Richards Dr
Friendswood, TX 77546

Kent H Landsverg Co.
c/o Amcor Sunclipse North American d/b/a
6600 Valley View Street
Buena Park, CA 90620

Ricardo McDonald
23002 Prairie Lake Ct.
Richmond, Tx 77407

KeyBank National Association
c/o Jeffrey G. Hamilton
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

National Home Insurance Co.
(A Risk Retention Group)
10375 E. Harvard Avenue
Denver, CO 80237

Aldine I. S. D.-Tax Office
14909 Aldine-Westfield Rd
Houston, TX 77032

Santiago Jaimes
c/o Katherine Mize
Mize, Minces & Clark, PC
808 Travis St, Ste 453
Houston, TX 77002

Royce Homes Foundation for Youth
c/o Law Offices of John C. Osborne P.L.L
5065 Westheimer
Suite 722
Houston, Texas 77056

Shibili Chacko
827 Tiger Lily
San Antonio, TX 78260

Alief I.S.D. Tax Office
P.O. Box 368
Alief, TX 77411

SBC Global Services, Inc.
c/o James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921

Office of the Tax Collector
Tax Bankruptcy Section
P.O. Box 31637
Charlotte, NC 28231-1637

Spring West M.U.D. Tax
11111 Katy Freeway #725
Houston, TX 77079

Spring ISD Tax Office
P.O. Box 90458
Houston, TX 77290

Galveston Co. MUD #68 tax
11111 Katy Frwy Suite 725
Houston, TX 77079

JAIME CURTEZ
16722 DELLWOOD SPRINGS DRIVE
HOUSTON TX 77095

Decker Oaks Development II, Ltd.
Eva S. Engelhart, Chapter 7 Trustee
2 Riverway, Suite 700
Houston, Texas 770576

National Home Insurance Co.
(A Risk Retention Group)
10375 E. Harvard Avenue
Denver, CO 80237

Fort Bend M.U.D. No. 30
c/o Hal R. Gordon
5075 Westheimer, Ste 1190
Houston, TX 77056

MANSFIELD I.S.D.
C/O PERDUE, BRANDON, FIELDER, ET AL
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Tracy Clemens
70375 E. Harvard Avenue
Denver CO 80237

Goose Creek CISD and Lee College District
Reid, Strickland & Gillette, LLP
P.O. Box 809
Baytown, Texas 77522-0809

Gusman, Joseph
6022 Yorktown Meadow Lane
Houston, TX 77084

Whitlock M. Green
1979 Sugar Pine Circle
Houston, TX 77090

Royce Homes, LP
C/O Michael Wilk
Hirsch & Westheimer, PC
700 Louisiana,Ste. 2550
Houston, TX 77002-2772

John Speer
Registered Agent for Royce Homes, LP
16427 Telge Road
Cypress, TX 77429

John Speer
Registered Agent for
Hammersmith Group, Inc.
16427 Telge Road
Cypress, TX 77429

Joe Chiavone
Wisebaker Builder Services
1703 Westfield Loop
Houston, TX 77073

David Mattka
Frost Bank Tower
401 Congress Ave., Suite 3050
Austin, TX 78701

Suncoast Post Tension, Ltd.
C/O Patrick Hughes
Haynes & Boone, LLP
1221 McKinney, Ste. 2100
Houston, TX 77010

Kyung S. Lee
Diamond McCarthy, LLP
909 Fannin Street, Ste. 1500
Houston, TX 77010

Bob Glug
Suncoast Post Tension, Ltd.
509 N Sam Houston Pkwy, Ste. 300
Houston, TX 77060

Trent Kerr
Builders mechanical, Inc.
11143 Spring Cypress Road
Tomball, TX 77375

Texas Attorney General
808 Travis, Suite 300
Houston, TX 77002

Texas Capital Bank, NA
C/O Daniel Paz
Higier Allen & Lautin, PC
5057 Keller Springs Rd., Ste. 600
Addison, TX 75001-6231

Harris County Tax Assessor-Collector
1001 Preston, Ste. 100
Houston, TX 77002

Wisenbaker Builder Services, Inc.
1703 Westfield Loop
Houston, TX 77073

Internal Revnue Service
PO Box 660406
Dallas, TX 75266

Decker Oaks Development II
C/O Margaret McClure
909 Fannin, Ste. 1580
Houston, TX 77010

Terri King
PO Box 40010
Houston, TX 77240

Monica Pedrosa
PO Box 40010
Houston, TX 77240

Action Gypsum
PO Box 40010
Houston, TX 77240

Lisa Childress
PO Box 19849
Houston, TX 77224

Bison Building
PO Box 19849
Houston, TX 77224

Perfection Fireplace & Supply
6742 N Eldridge Pkwy
Houston, TX 77041

Wachovia Bank
C/O Christina M. Putman
Seyforth Shaw
700 Louisiana St., Ste. 3700
Houston, TX 77002-2797

George Kopecky
C/O Scott D. Cunningham
The Cunningham Law Firm
7500 San Felipe, Ste. 1010
Houston, TX 77063

John Speer
C/O Michael Wilk
Hirsch & Westheimer, PC
700 Louisiana,Ste. 2550
Houston, TX 77002-2772

Hammersmith Group, Inc.
C/O Michael Wilk
Hirsch & Westheimer, PC
700 Louisiana,Ste. 2550
Houston, TX 77002-2772

Marc J Magids, David Martin and
Pascal Piazza
1177 West Loop South, Suite 1100
Houston, TX 77027

C Ed Harrell
Steven Douglas Shurn
Three Allen Center
333 Clay, 29th Floor
Houston, TX 77002

Mansfield ISD
c/o Elizabeth Banda Calvo
PO Box 13430
Arlington, TX 76094

Mark W Brooks
Young & Brooks
10000 Memorial Dr.,Ste. 260
Houston, Texas 77002

Hoover Slovacek  LLP
c/o T. Josh Judd
5847 San Felipe, Suite 2200
Houston, TX 77057

Office of the United States Trustee
stephen.statham@usdoj.gov
USTPRegion07.HU.ECF@USDOJ.GOV
diane.g.livingstone@usdoj.gov

Texas Capital Bank, NA
C/O Richard A. McKinney
**ViaElectronically**
rmckinney@higierallen.com
keisma@higierallen.com

Allard Investment Company, LLC
c/o Eugene B. Wilshire, Jr.
Ewilshire@wsd-law.com

*David Showalter*
*Showalter Law Firm*
*Via Electronically*
mail@showalterlaw.com

Joshua Leal
Showalter Law Firm
*Via Electronically*
joshua@showalterlaw.com

SouthFork Community Association
C/O Gregory Crinion
Ashby Crinion LLP
Via Electronically
 jklebo@ashbycrinion.com

LinGo SouthFork, Ltd.
C/O Gregory Crinion
Ashby Crinion LLP
Via Electronically
 jklebo@ashbycrinion.com

Mozley Acquistion and Development
    Partners, LP
C/O W. Steven Bryant
Via Electronically hobankecf@locklord.com

Wachovia Bank, NA
Walter J. Cicak
Seyfarth Shaw LLP
Via Electronically wcicack@seyfarth.com
Via Electronically kbaldwin@seyfarth.com
Via Electronically mallen@seyfarth.com

Cypress-Fairbanks ISD
C/O John P. Dillman
Via Electronically
 Houston_bankruptcy@publicans.com

Fort Bend County
C/O John P. Dillman
PO Box 3064
Houston, TX 77253-3064
Via Electronically
 Houston_bankruptcy@publicans.com

Galveston County
C/O John P. Dillman
Via Electronically
 Houston_bankruptcy@publicans.com

Harris County
C/O John P. Dillman
Via Electronically
 Houston_bankruptcy@publicans.com

Katy ISD
C/O John P. Dillman
Via Electronically
 Houston_bankruptcy@publicans.com

Montgomery County
C/O John P. Dillman
Via Electronically
 Houston_bankruptcy@publicans.com

Decker Oaks Development II
C/O Dennis Dylewski
Via Electronically
 dmdylewski@sbcglobal.net
 jktreadway@sbcglobal.net
 Inwhittredge@sbcglobal.net

Louis Angel Alvarez, Jr.
c/o Katherine Taylor Mize
katherine.mize@mizeminces.com

Hodges Ready Mix Company, Inc.
C/O Himesh M. Ghandi
Via Electronically hgandhi@hrbacel.com

House of Electric, LC
C/O Himesh M. Ghandi
Via Electronically hgandhi@hrbacel.com

Sandtrap Grill
C/O Edgar A. Goldberg
Via Electronically egold56@sbcglobal.net

Patricia Hair
Phelps Dunbar LLP
Via Electronically patricia.hair@phelps.com
Via Electronically terri.hodo@phelps.com

Nancy Hamren
Coats Rose Yale Ryman & Lee PC
Via Electronically nhamren@coatsrose.com
Via Electronically tfritsche@coatrose.com

Peter Johnson
Eleven Greenway Plaza
Suite 2820
Houston, TX 77046
pjlawecf@pjlaw.com

Builders Mechanical, Inc.
C/O Christopher Castillo & Patrick
    Hughes Haynes & Boone, LLP
christopher.castillo@haynesboone.com
hughesp@haynesboone.com

Phil Snow
philsnow@snowfogel.com

Hanson Brick & Tile
C/O Bell Nunnally & Martin
Attn: Heather H. Jobe
Via Electronically
 heatherj@bellnunnally.com

Deborah F. Bates
C/O Henry J. Kaim
King & Spalding, LLP
Via Electronically hkaim@kslaw.com

Masco Builder Cabinet Group, Inc.
C/O Jason Kennedy
Thomas Feldman Et Al
Via Electronically jkennedy@tfandw.com
Via Electronically cschaller@tfandw.com

Julie Mitchell Koenig
Tow Koenig, PLLC
Via Electronically
 jmkoenig@towkoenig.com

Dina Wooldridge
C/O Joshua R. Leal
Showalter Law Firm
Via Electronically
 joshua@showalterlaw.com

Patrick Matula
C/O Joshua R. Leal
Showalter Law Firm
Via Electronically
 joshua@showalterlaw.com

Richard Wooldridge
C/O Joshua R. Leal
Showalter Law Firm
Via Electronically
 joshua@showalterlaw.com

Sharon Matula
C/O Joshua R. Leal
Showalter Law Firm
Via Electronically
 joshua@showalterlaw.com

Valerie Sankey
C/O Joshua R. Leal
Via Electronically
 joshua@showalterlaw.com

Diane G. Livingstone
Office of US Trustee
Via Electronically
 diane.g.livingstone@usdoj.gov

Jason Rudd
Diamond McCarthy Taylor & Finley
Via Electronically
 jrudd@diamondmccarthy.com
Via Electronically
 kspeedy@diamondmccarthy.com

Klein ISD
C/O Carl O Sandin
Perdue Brandon Fielder Et Al
Via Electronically  csandin@pbfcm.com
Via Electronically  tpope@pbfcm.com

Tri-Tech Surveying Company, LP
C/O Robert C. Vilt
Via Electronically  cvilt@sbcglobal.net

Pasadena ISD
C/O Dexter D. Joyner
Via Electronically  caaustin@comcast.net
Via Electronically  joyneratty@comcast.net

Bruce J. Ruzinsky
Jackson Walker, LLP
Via Electronically  bruzinsky@jw.com

P.Michael Bowdin
Robert R. Martin
Brown Sims, PC
1177 West Loop South, 10th
Houston, Texas 77027-9007
Via Electronically  mbowdoin@brownsims.com

Westlake/LaSalle Crossing Homeowners
Association, Inc.
Bryan Patrick Fowler
300 West Davis, Ste. 510
Conroe, TX 77301
Via Electronically  bfowler@consolidated.net

Phil F. Snow
Snow Fogel Spence, LLP
Via Electronically  philsnow@snowfogel.com
Via Electronically  janissherrill@snowfogel.com
Via Electronically  lauraterrell@snowfogel.com

Eva S. Engelhart
City of League City
Via Electronically
 eengelhart@rossbanks.com

Amegy Bank
Attn:  Susan J. Brandt
Nathan Sommers Jacobs
 sbrandt@nathansommers.com

Lighthouse Energy Service Co.
C/O David A. Chaumette
 dchaumette@delchaum.com

Aldine ISD
C/O Susan Rae Fuertes
 bnkatty@aldine.k.12.tx.us

2009 Texas Capital Fund, LLC
c/o Eileen M. Hohlt
 ehohlt@mcdanielfirm.com

Rose Ranch Homeowners Association,
 Inc. And Fieldstone Community Assc.
C/O Fredreck Hudgens
 hudgenbk@hooverslovacek.com

John Speer
C/O Wayne Kitchens
 jwk@hwallp.com

David Wesley Showalter
 david@showalterlaw.com

Stephen Shurn
 sdsecf@hwallp.com

Regions Bank
C/O Michael J. Smith
 msmith@csrslaw.com

George R Gibson
2800 Post Oak Blvd, 61st Flr
Houston, TX 77002
 ggibson@nathansommers.com

Stephen H. DonCarlos
 sdoncarlos@rsg-llp.com

Luxury Baths by Arrow
Attn: Joe Kinsella
P.O. Box 40592
 jkinsella@arrow-companies.com

Rodney Tow, Trustee
*Via Electronically*
 rtow@towkoenig.com
 jwarren@towkoenig.com

Wisenbaker Builder Services, Inc.
C/O Patrick Hughes
*Via Electronically*
 hughesp@haynesboone.com
 peter.ruggero@haynesboone.com

Decker Oaks Development II Ltd.
617 West Main
Tomball, TX 77375
**Returned by Post Office**

Martha Vasquez
Luxury Baths by Arrow
5855 Cunningham
Houston, TX 77041
**Returned by Post Office**

Jeffery G Hamilton
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75020
Atty : Key Bank

Builder Mechanical, Inc.
11143 Spring Cypress Road
Tomball, TX 77375

Randall A, Rios,
Timothy Millon
700 Louisiana, 46th Floor
Houston, TX 77002

Eugene B Wilshire
One Chasewood, Suite 310
20333 State Highway 249
Houston, Texas 77070

William C Ferebee
450 Gears Rd. Ste 800
Houston, TX 77067

**Patricia Hair**
Phelps Dunbar LLP
Email: patricia.hair@phelps.com

**Julie Mitchell Koenig**
Cooper & Scully, PC
Email: julie.koenig@cooperscully.com

**Christopher L Castillo**
Haynes Boone LLP
Email:
christopher.castillo@haynesboone.com

**Patrick L Hughes**
Haynes & Boone LLP
Email: hughesp@haynesboone.com

**Marc J Magids**
Zukowski, Bresenhan & Sinex, L.L.P.
Email: mail@zbllp.com

**Timothy Micah Dortch**
Cooper & Scully, P.C.
Email: micah.dortch@cooperscully.com

**Erin E Jones**
Jones Morris Klevenhagen, LLP
6363 Woodway Suite 300
Email: erin@jmkllp.com

**Jason M Rudd**
Diamond McCarthy L.L.P.
Email: jrudd@diamondmccarthy.com

**Rodney Dwayne Tow**
Rodney Tow, PLLC
Email:  rtow@towkoenig.com

**Nancy Lynne Holley**
U S Trustee
Email: nancy.holley@usdoj.gov

**Diane G Livingstone**
Office of U S Trustee
Email: diane.g.livingstone@usdoj.gov

**Stephen Douglas Statham**
Office of US Trustee
Email: stephen.statham@usdoj.gov

**Elizabeth Banda Calvo**
Perdue Brandon et al
arlbank@pbfcm.com

**Susan J Brandt**
susanandtombrandt@gmail.com

**William Steven Bryant**
sbryant@lockelord.com

**David A Chaumette**
Chaumette PLLC
dchaumette@delchaum.com

**Walter J Cicack**
Hawash Meade Gaston Neese & Cicack
LLP
wcicack@hmgnc.com

**Adam P Criaco**
Criaco and Associates
ldavidson@criacolaw.com

**Gregory Paul Crinion**
Crinion Davis & Richardson LLP
jklebo@cdrlegal.com

**John P Dillman**
Linebarger Goggan et al
Houston_bankruptcy@publicans.com

**Stephen H DonCarlos**
Reid Strickland & Gillette LLP
sdoncarlos@rsg-llp.com

**Dennis M Dylewski**
Dylewski & Associates, PC
dmdylewski@sbcglobal.net

**Eva S Engelhart**
Ross Banks May Cron and Cavin PC
eengelhart@rossbanks.com

**Bryan Patrick Fowler**
The Fowler Law Firm
bfowler@consolidated.net

**Susan Rae Fuertes**
Aldine Indepdent School District
bnkatty@aldine.k12.tx.us

**Himesh M Gandhi**
Roberts Markel Weinberg
hgandhi@robertsmarkel.com

**David W Ghisalbert**
The Azem Firm
dghisalbert@earthlink.net

**George R Gibson**
Nathan Sommers Jacobs PC
ggibson@nathansommers.com

**Edgar Ahron Goldberg**
Attorney at Law
egold56@sbcglobal.net

**Allan David Goldstein**
Morris Lendais Hollrah and Snowden
allang@mlhs.net

**Preston C Goodwin**
Goodwin and Harrison
preston@goodwin-harrison.com

**Diane G Livingstone**
Office of U S Trustee
diane.g.livingstone@usdoj.gov

**Robert G Miller**
O'Donnell Ferebee et al
rmiller@ofmklaw.com