**Alphabetized List of All Claims Filed**

**If your name is not on this list you did not file a proof of claim**

**The fact that your name is on this list does NOT mean you will receive a distribution**

| # | Claim Class | Claimant | Claimed |
|---|---|---|---|
| 131 | UNSECURED | 2009 Texas Capital Fund LLC | $1,139,135.82 |
| 120 | SECURED | A.H.I. | $71,981.13 |
| 218 | UNSECURED | Abdul Badat | $35,000.00 |
| 44 | UNSECURED | Acme Brick Co | $81,546.40 |
| 330 | UNSECURED | Action Gypsum Supply LP | $265,390.81 |
| 65 | UNSECURED | Action Landscaping, Inc. | $8,685.00 |
| 53 | UNSECURED | Ad Valorem Advisers | $160,549.79 |
| 241 | UNSECURED | Adreanna Ruiz | $35,000.00 |
| 282 | UNSECURED | Agostino Misuraca | $35,000.00 |
| 33 | UNSECURED | Alderete Photography | $2,787.46 |
| 34 | UNSECURED | Alderete Photography | $454.65 |
| 62 | SECURED | Aldine I. S. D.-Tax Office | $15,150.11 |
| 346 | SECURED | Aldine I. S. D.-Tax Office | $13,948.81 |
| 141 | SECURED | Alief I.S.D. Tax Office | $375.94 |
| 350 | SECURED | Alief I.S.D. Tax Office | $6,097.06 |
| 324 | UNSECURED | All Covered, Inc. | $562.50 |
| 184 | UNSECURED | Alton Dunbar | $35,000.00 |
| 125 | UNSECURED | Amerisure Insurance | $9,561.60 |
| 29 | UNSECURED | Andre Reynolds | $0.00 |
| 189 | UNSECURED | Andrea Dominguez | $35,000.00 |
| 159 | UNSECURED | Anh Bui | $35,000.00 |
| 200 | UNSECURED | Anna Hollar | $35,000.00 |
| 290 | UNSECURED | Annette King | $35,000.00 |
| 114 | UNSECURED | Annie Trang Nguyen | $960.00 |
| 177 | UNSECURED | Antione Gaona | $35,000.00 |
| 79 | UNSECURED | Aprile's Marble & Granite | $9,861.96 |
| 139 | OTHER PRIORITY | Armando Rios | $4,991.25 |
| 275 | UNSECURED | Arnette Morrison | $35,000.00 |
| 183 | UNSECURED | Arturo Duque | $35,000.00 |
| 38 | SECURED | Bacon & Wallace LLP | $34.98 |
| 92 | UNSECURED | Beltre, Geovanny | $152,000.00 |
| 325 | SECURED | Bison Building Materials, LLC | $219,495.39 |
| 17 | SECURED | BMP & Associates, Inc. | $3,520.00 |
| 298 | UNSECURED | Bozorgmehr Tehrani | $35,000.00 |
| 297 | SECURED | Brazoria County Mud #25 Taxes | $13,351.62 |
| 295 | SECURED | Brazoria County Tax Office | $23,530.18 |
| 230 | UNSECURED | Bridgette Portes | $35,000.00 |
| 102 | UNSECURED | Builder Homesite, Inc. | $18,000.00 |
| 109 | UNSECURED | Builders Maintenance Inc. | $43,942.50 |
| 138 | UNSECURED | Builder's Mechanical Inc | $96,423.98 |
| 18 | UNSECURED | Burgess Construction. Consultants | $200.00 |

Motion For Interim Distribution

EXHIBIT A

**Alphabetized List of All Claims Filed**

| # | Claim Class | Claimant | Claimed |
|---:|---|---|---:|
| 50 | UNSECURED | Burk's Water Service & Utility Co | $6,750.00 |
| 106 | UNSECURED | CallSource | $403.38 |
| 152 | UNSECURED | Candida Cervantes | $35,000.00 |
| 296 | UNSECURED | Capital One | $3,714,462.00 |
| 156 | UNSECURED | Caroline Cadogen | $35,000.00 |
| 191 | UNSECURED | Carolyn Crump | $35,000.00 |
| 16 | UNSECURED | Cast Fireplaces Inc. | $11,643.62 |
| 326 | UNSECURED | Chaparral Plumbing Co. Inc. | $1,265.00 |
| 305 | UNSECURED | Charles Omozore | $35,000.00 |
| 95 | UNSECURED | Chas. P. Young Company | $2,599.72 |
| 98 | UNSECURED | Christopher R Maddux, Phelps Dunbar LLP | $85,389.02 |
| 98a | SECURED | Christopher R Maddux, Phelps Dunbar LLP | $158,435.94 |
| 82 | SECURED | Citibank, N.A. | $1,786,078.15 |
| 91 | UNSECURED | City of Gastonia | $6,716.73 |
| 58 | UNSECURED | City Of League City     Water | $2,443.74 |
| 323 | SECURED | City of Rosenberg      permit | $341.25 |
| 245 | SECURED | City of Tomball         Tax | $18.28 |
| 143 | SECURED | Clear Creek I.S.D. | $709.07 |
| 70 | UNSECURED | Collins Tractor | $760.00 |
| 3 | UNSECURED | Comer, Donna J. | $4,618.61 |
| 239 | UNSECURED | Commercial Alliance Insurance Co. | $10,000.00 |
| 239a | SECURED | Commercial Alliance Insurance Co. | $410,887.22 |
| 186 | UNSECURED | Compass Bank | $1,403,049.82 |
| 328 | UNSECURED | Conkir Electric | $101,749.76 |
| 75 | UNSECURED | Consolidated Communications | $23.27 |
| 88 | UNSECURED | Corey C. Jones | $1,000.00 |
| 13 | UNSECURED | Cory R. Ormsby | $6,666.68 |
| 5 | SECURED | Cypress Fairbanks ISD | $18,189.54 |
| 54 | SECURED | Dallas County | $9,285.53 |
| 80 | UNSECURED | David Angel Palacios | $4,500.00 |
| 23 | UNSECURED | David Patterson | $2,237.00 |
| 309 | UNSECURED | De Lage Landen Financial Service Inc. | $42,593.89 |
| 134 | SECURED | Decker Oaks Development II, Ltd. | $2,309,500.00 |
| 357 | SECURED | Decker Oaks Development II, Ltd. | $1,300,000.00 |
| 271 | UNSECURED | Della Moy | $0.00 |
| 178 | UNSECURED | Denis Fuentes | $35,000.00 |
| 161 | UNSECURED | Derrick Bradley | $35,000.00 |
| 221 | UNSECURED | Diane O'Neill | $35,000.00 |
| 317 | SECURED | Dickinson I.S.D. | $6,316.36 |
| 85 | UNSECURED | Dolphin World, Inc. | $31,875.00 |
| 158 | UNSECURED | Donald Byrum | $35,000.00 |
| 56 | UNSECURED | Dowdell Public Utility District | $5,367.74 |
| 123 | UNSECURED | DPIS Engineering, LLC | $118,335.00 |
| 337 | UNSECURED | DPIS Engineering, LLC | $118,335.00 |
| 202 | UNSECURED | Dung Ho | $35,000.00 |
| 169 | UNSECURED | Edgardo Jardin | $35,000.00 |

Motion For Interim Distribution

EXHIBIT A

## Alphabetized List of All Claims Filed

| # | Claim Class | Claimant | Claimed |
|---|---|---|---|
| 194 | UNSECURED | Edmund Apitz | $35,000.00 |
| 231 | UNSECURED | Eira Raper | $35,000.00 |
| 203 | UNSECURED | Ekpeno Isaiah | $35,000.00 |
| 228 | UNSECURED | Eliett Poo | $35,000.00 |
| 107 | UNSECURED | Entergy Texas, Inc | $751.84 |
| 165 | UNSECURED | Ernesto Garza | $35,000.00 |
| 338 | UNSECURED | Esqueda, Juan M. | $360.00 |
| 210 | UNSECURED | Eve Bonin | $35,000.00 |
| 306 | UNSECURED | Fareeda Mohiuddin | $35,000.00 |
| 168 | UNSECURED | Fariha Khan | $35,000.00 |
| 76 | UNSECURED | Farmer Bros. Co. | $390.48 |
| 25 | UNSECURED | Fashion Glass & Mirror Inc | $10,578.40 |
| 43 | UNSECURED | Fedex Customer Information Services | $3,464.70 |
| 188 | UNSECURED | Fernando Dominguez | $35,000.00 |
| 286 | UNSECURED | Fernando Lozano | $35,000.00 |
| 162 | UNSECURED | Ferney Gomez | $35,000.00 |
| 150 | UNSECURED | Fidelity National Property and | $18,700.00 |
| 101 | SECURED | Fieldstone Community Association, Inc. | $906.75 |
| 81 | UNSECURED | Florez, Cesar | $380.00 |
| 327 | UNSECURED | Forest Colony Property Owners Association c/o CAM | $125.00 |
| 327a | SECURED | Forest Colony Property Owners Association c/o CAM | $515.25 |
| 35 | SECURED | Forest Hills MUD | $39.56 |
| 10 | SECURED | Fort Bend County | $2,124.79 |
| 360 | SECURED | Fort Bend M.U.D. No. 30 | $765.97 |
| 322 | SECURED | Fort Bend MUD # 144     tap | $1,152.06 |
| 179 | UNSECURED | Francia Gomez | $35,000.00 |
| 192 | UNSECURED | Frank Baarah | $35,000.00 |
| 49 | OTHER PRIORITY | Fulton County Tax Commissioner | $76,637.18 |
| 113 | OTHER PRIORITY | Fulton County Tax Commissioner | $72,613.50 |
| 339 | UNSECURED | Fund for Builders III Lp | $256,361.00 |
| 318 | SECURED | Galveston Co. MUD #44     tax | $448.60 |
| 319 | SECURED | Galveston Co. MUD #68     tax | $707.44 |
| 355 | SECURED | Galveston Co. MUD #68     tax | $505.31 |
| 6 | SECURED | Galveston County | $4,929.64 |
| 7 | SECURED | Galveston County | $16,099.52 |
| 104 | SECURED | Galveston County MUD #14 | $442.02 |
| 276 | UNSECURED | Gity Monfared | $35,000.00 |
| 222 | UNSECURED | Gloria Oyibe-Lawal | $35,000.00 |
| 363 | SECURED | Goose Creek CISD and Lee College District | $130.34 |
| 363a | OTHER PRIORITY | Goose Creek CISD and Lee College District | $130.34 |
| 14 | UNSECURED | Greensheet | $3,482.80 |
| 301 | UNSECURED | Guadalupe Ricardo Sanchez | $35,000.00 |
| 1 | SECURED | Gulf Coast Concrete & Shell | $95,714.51 |
| 365 | UNSECURED | Gusman, Joseph | $0.00 |
| 207 | UNSECURED | Hana Abusnineh | $35,000.00 |
| 214 | UNSECURED | Hanson Brick East, L.L.C. | $79,882.04 |

Motion For Interim Distribution

EXHIBIT A

## Alphabetized List of All Claims Filed

| # | Claim Class | Claimant | Claimed |
|---|---|---|---|
| 214a | SECURED | Hanson Brick East, L.L.C. | $128,358.49 |
| 84 | SECURED | Harris Cnty Municipal Utility District No. 1 | $1,075.02 |
| 216 | SECURED | Harris Co. MUD #082    Tax | $34.14 |
| 164 | SECURED | Harris Co. MUD #148    Tax | $831.27 |
| 148 | SECURED | Harris Co. Mud #152    Tax | $925.68 |
| 219 | SECURED | Harris Co. Mud #157    Tax | $1,035.81 |
| 144 | SECURED | Harris Co. MUD #276    Tax | $830.10 |
| 145 | SECURED | Harris Co. MUD #397    tax | $262.08 |
| 140 | SECURED | Harris Co. UD # 14    tax | $420.13 |
| 240 | SECURED | Harris Co. WCID #155    tax | $47.76 |
| 8 | SECURED | Harris County et al | $29,184.53 |
| 55 | UNSECURED | Harris County Municipal Utility District No.410 | $592.32 |
| 242 | SECURED | Harris County W.C.I.D. #110 | $89.02 |
| 233 | SECURED | Harris County W.C.I.D. #136 | $166.36 |
| 227 | UNSECURED | Hieu Phan | $35,000.00 |
| 45 | SECURED | Highlands (Garth) Ranch HOA, Inc. | $75.00 |
| 66 | UNSECURED | Highlands (Garth) Ranch HOA, Inc. | $0.00 |
| 264 | UNSECURED | Hodges Ready Mix Co., Inc. | $20,878.44 |
| 264a | SECURED | Hodges Ready Mix Co., Inc. | $1,777.90 |
| 135 | UNSECURED | Hour Messenger, Inc. | $2,918.14 |
| 311 | UNSECURED | House of Power Electric | $1,450.00 |
| 311a | SECURED | House of Power Electric | $28,036.33 |
| 40 | UNSECURED | Houston Chronicle | $1,212.15 |
| 27 | UNSECURED | Houston eflyer | $3,135.30 |
| 147 | SECURED | Humble ISD | $3,558.70 |
| 69 | UNSECURED | Information Research Services | $650.00 |
| 167 | UNSECURED | Iris Garay | $35,000.00 |
| 122 | UNSECURED | IRS | $1,020.00 |
| 176 | UNSECURED | Ismaela Gutierrez | $35,000.00 |
| 199 | UNSECURED | Itoro Isaiah | $35,000.00 |
| 229 | UNSECURED | Ivan Poo | $35,000.00 |
| 299 | UNSECURED | Jacky Tean | $35,000.00 |
| 198 | UNSECURED | Jacque Coffman | $35,000.00 |
| 356 | SECURED | JAIME CURTEZ | $10,578.38 |
| 87 | UNSECURED | Jake B. O'Brien | $2,453.19 |
| 195 | UNSECURED | James Coffman | $35,000.00 |
| 181 | UNSECURED | James Freiler | $35,000.00 |
| 133 | UNSECURED | JAMES GRUDUS, ESQ. | $28,011.02 |
| 137 | UNSECURED | Jason Pham | $30,000.00 |
| 151 | UNSECURED | Jason Pham | $30,000.00 |
| 341 | UNSECURED | Jerry and Sally Litjer | $3,500.00 |
| 206 | UNSECURED | Joe Holland | $35,000.00 |
| 155 | UNSECURED | John Cadegen | $35,000.00 |
| 334 | UNSECURED | Johnny Giles | $7,352.38 |
| 333 | UNSECURED | Johnson, Spencer | $244.00 |
| 175 | UNSECURED | Jose Gutierrez | $35,000.00 |

**Alphabetized List of All Claims Filed**

| # | Claim Class | Claimant | Claimed |
|---|---|---|---|
| 277 | UNSECURED | Jose Moreno | $35,000.00 |
| 280 | UNSECURED | Juliana Mensah | $35,000.00 |
| 234 | UNSECURED | Julio Rivera | $35,000.00 |
| 9 | SECURED | Katy ISD | $1,978.48 |
| 96 | UNSECURED | Kent H Landsberg Co | $691.60 |
| 342 | UNSECURED | Kent H Landsverg Co. | $691.60 |
| 110 | UNSECURED | Kent Hoang | $1,722.30 |
| 28 | UNSECURED | Kevin Duffy A.I.A., Inc. | $11,870.00 |
| 344 | UNSECURED | KeyBank National Association | $570,016.05 |
| 201 | UNSECURED | Kholoud Ahmad | $35,000.00 |
| 285 | UNSECURED | Kiet Hoang Ly | $35,000.00 |
| 103 | UNSECURED | Kosh's Restaurant Inc. dba Amerigo's Grill | $4,973.46 |
| 26 | UNSECURED | Kronberg'S Flags & Flagpoles | $3,936.80 |
| 308 | UNSECURED | L&W Weatherstripping, LLC | $3,455.00 |
| 36 | SECURED | Lake MUD | $36.85 |
| 111 | UNSECURED | Lawn Tex, Inc. | $4,195.00 |
| 22 | SECURED | Leaman Building Materials Inc. dba Allied Concrete | $55,411.06 |
| 300 | UNSECURED | Leon Thibodeaux | $35,000.00 |
| 172 | UNSECURED | Leona Harrison | $35,000.00 |
| 112 | UNSECURED | Lighthouse Energy Service Co. | $33,655.65 |
| 190 | UNSECURED | Long Do | $35,000.00 |
| 90 | UNSECURED | Love Advertising, Inc. | $9,500.00 |
| 187 | UNSECURED | Lucia Dubon | $35,000.00 |
| 307 | UNSECURED | Luis Cano | $15,000.00 |
| 127 | SECURED | Luxury Baths by Arrow | $45,406.00 |
| 283 | UNSECURED | Lynse Jones McLean | $35,000.00 |
| 12 | SECURED | M.L. Rendleman Co., Inc. d/b/a Fiberglass Insulato | $120,676.67 |
| 316 | SECURED | Magnolia I.S.D. Rendition Penalty | $13.85 |
| 315 | SECURED | Magnolia Independent School District | $11,548.60 |
| 320 | UNSECURED | Maintenance Builders Supply, Ltd. | $1,402.12 |
| 320a | SECURED | Maintenance Builders Supply, Ltd. | $26,920.21 |
| 249 | SECURED | Malcomson Road UD      tax | $54.94 |
| 291 | UNSECURED | Manouchehr Khavarian | $35,000.00 |
| 361 | SECURED | MANSFIELD I.S.D. | $7,879.35 |
| 224 | UNSECURED | Margaret Peabody | $35,000.00 |
| 185 | UNSECURED | Maria Dubon | $35,000.00 |
| 163 | UNSECURED | Maria Garza | $35,000.00 |
| 166 | UNSECURED | Maria Jardin | $35,000.00 |
| 232 | UNSECURED | Mark Raper | $35,000.00 |
| 279 | UNSECURED | Marlene Misurala | $35,000.00 |
| 208 | UNSECURED | Marleny Acevedo | $35,000.00 |
| 289 | UNSECURED | Martha Lozano | $35,000.00 |
| 78 | UNSECURED | Marvin Johnson | $120,000.00 |
| 314 | UNSECURED | Masco Builder Cabinet Group, Inc. | $89,650.02 |
| 314a | SECURED | Masco Builder Cabinet Group, Inc. | $295,913.53 |
| 51 | UNSECURED | Masterbrand Cabinets Inc | $19,076.98 |

**Alphabetized List of All Claims Filed**

| # | Claim Class | Claimant | Claimed |
|---:|---|---|---:|
| 57 | UNSECURED | Mavro Pena | $1,404.32 |
| 52 | OTHER PRIORITY | Meghan Hayes | $600.00 |
| 223 | UNSECURED | Mehmaz Pashootanizadeh | $35,000.00 |
| 205 | UNSECURED | Mestemaker & Straub | $1,220,000.00 |
| 246 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 247 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 248 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 250 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 252 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 253 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 254 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 255 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 256 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 257 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 258 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 259 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 260 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 261 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 262 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 263 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 265 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 266 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 267 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 268 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 269 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 270 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 272 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 273 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 274 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 281 | UNSECURED | Mestemaker & Straub | $35,000.00 |
| 63 | UNSECURED | Michael B. Bach, Authorized Agent | $110,372.75 |
| 37 | UNSECURED | Michael O. Leader | $2,618.57 |
| 313 | SECURED | Montgomery Co. Mud # 15   Tax | $433.16 |
| 11 | SECURED | Montgomery County | $9,689.07 |
| 182 | UNSECURED | Mouhammed El'Ibraham | $35,000.00 |
| 124 | UNSECURED | Mozley Acquisition and Development Partners, L.P. | $1,384,746.45 |
| 124a | SECURED | Mozley Acquisition and Development Partners, L.P. | $54,500.00 |
| 335 | UNSECURED | Ms Donya Mackey | $375.00 |
| 117 | UNSECURED | My Thi Bui | $170.00 |
| 153 | UNSECURED | Myriam Ceron | $35,000.00 |
| 294 | UNSECURED | Nadezhda Lukina | $35,000.00 |
| 174 | UNSECURED | Nahid Habibi | $35,000.00 |
| 30 | UNSECURED | Nancy Schuler | $1,500.00 |
| 105 | UNSECURED | National Home Insurance Co. | $9,335.00 |
| 118 | UNSECURED | National Home Insurance Co. | $217,317.57 |
| 345 | UNSECURED | National Home Insurance Co. | $223,112.70 |

**Alphabetized List of All Claims Filed**

| # | Claim Class | Claimant | Claimed |
|---|---|---|---|
| 358 | UNSECURED | National Home Insurance Co. | $106,990.06 |
| 359 | UNSECURED | National Home Insurance Co. | $256,008.98 |
| 364 | UNSECURED | National Home Insurance Co. | $280,644.98 |
| 93 | UNSECURED | Nicholas Howard II | $24,000.00 |
| 160 | UNSECURED | Nokia Bradley | $35,000.00 |
| 146 | SECURED | North Green MUD         Tax | $399.28 |
| 126 | UNSECURED | Octoplant Inc | $1,144.21 |
| 2 | OTHER PRIORITY | Ofelia A Lira | $3,544.58 |
| 352 | UNSECURED | Office of the Tax Collector | $9,564.57 |
| 278 | UNSECURED | Oheneba Mensah | $35,000.00 |
| 331 | UNSECURED | Oscar Gonzalez | $11,982.71 |
| 68 | UNSECURED | Pamela Woods and James Woods | $1,358.00 |
| 68a | SECURED | Pamela Woods and James Woods | $3,000.00 |
| 68b | OTHER PRIORITY | Pamela Woods and James Woods | $2,425.00 |
| 212 | SECURED | Parkway UD         MUD | $161.01 |
| 20 | SECURED | Pasadena Independent School District | $5,479.56 |
| 154 | UNSECURED | Patricia Castillo | $35,000.00 |
| 73 | UNSECURED | Patrick Matula and Sharon Matula | $150,000.00 |
| 236 | UNSECURED | Paula Rivera | $35,000.00 |
| 321 | SECURED | Pecan Grove M.U.D. | $51.94 |
| 59 | SECURED | Perfection Fireplace & Supply | $20,018.00 |
| 284 | UNSECURED | Phung Ly | $35,000.00 |
| 303 | UNSECURED | Phung Tran | $35,000.00 |
| 204 | UNSECURED | Phuong Huynh | $35,000.00 |
| 336 | UNSECURED | Porter Ready Mix, Inc. | $305,000.00 |
| 129 | SECURED | Probuild South LLC | $444,061.34 |
| 238 | UNSECURED | Rachel Roffe | $35,000.00 |
| 39 | UNSECURED | Ramiro Orozco-Macias | $7,887.58 |
| 340 | UNSECURED | Relaint Reaources | $460.00 |
| 193 | UNSECURED | Resita Apitz | $35,000.00 |
| 173 | UNSECURED | Reza Habibi | $35,000.00 |
| 343 | UNSECURED | Ricardo McDonald | $10,000.00 |
| 74 | UNSECURED | Richard Wooldridge and Dina Wooldridge | $150,000.00 |
| 251 | OTHER PRIORITY | Rickie E. Horsford and Glenneth Carr | $2,000.00 |
| 21 | UNSECURED | RME Equipment Inc. | $912.00 |
| 209 | UNSECURED | Robert Benin | $35,000.00 |
| 97 | UNSECURED | Robert Faerman | $8,053.30 |
| 225 | UNSECURED | Roberto Pezet | $35,000.00 |
| 196 | UNSECURED | Rodney Aird | $35,000.00 |
| 48 | UNSECURED | Rolando Altamirano | $615.00 |
| 100 | SECURED | Rose Ranch Homeowners Association, Inc. | $1,739.40 |
| 121 | SECURED | Rose Ranch Homeowners Association, Inc. | $906.75 |
| 348 | UNSECURED | Royce Homes Foundation for Youth | $400,000.00 |
| 83 | UNSECURED | Ruben O. Manalansan | $1,265.00 |
| 293 | UNSECURED | Sajid Khan | $35,000.00 |
| 64 | SECURED | San Jacinto Community College District | $3,497.60 |

Motion For Interim Distribution

EXHIBIT A

**Alphabetized List of All Claims Filed**

| # | Claim Class | Claimant | Claimed |
|---|---|---|---|
| 171 | UNSECURED | Sandra Goana | $35,000.00 |
| 94 | UNSECURED | Sandtrap Grill | $600.00 |
| 347 | UNSECURED | Santiago Jaimes | $7,200.00 |
| 180 | UNSECURED | Sarah Freiler | $35,000.00 |
| 351 | UNSECURED | SBC Global Services, Inc. | $25,972.14 |
| 332 | UNSECURED | Scholl Forest Industries, Inc. | $428,820.10 |
| 287 | UNSECURED | Sergei Lukin | $35,000.00 |
| 244 | UNSECURED | Sergio Ruiz | $35,000.00 |
| 237 | SECURED | Sheldon ISD | $1,190.50 |
| 349 | OTHER PRIORITY | Shibili Chacko | $2,552.00 |
| 19 | UNSECURED | Signtex Outdoor | $9,935.30 |
| 288 | UNSECURED | Silvia Lopez | $35,000.00 |
| 32 | UNSECURED | Skelton Business Equipment | $6,125.22 |
| 77 | SECURED | Small, LaQuita | $139,000.00 |
| 157 | UNSECURED | Sonia Byrum | $35,000.00 |
| 136 | UNSECURED | Southway Business Park, Ltd. | $49,000.00 |
| 24 | UNSECURED | Southwest Office Systems Inc | $362.29 |
| 215 | SECURED | Spring ISD Tax Office | $1,833.39 |
| 354 | SECURED | Spring ISD Tax Office | $411.31 |
| 149 | SECURED | Spring West M.U.D.     Tax | $60.50 |
| 353 | SECURED | Spring West M.U.D.     Tax | $307.07 |
| 170 | UNSECURED | Steve Harrison | $35,000.00 |
| 128 | UNSECURED | Stewart Title Guaranty Company | $918,010.21 |
| 235 | UNSECURED | Stuart Roffe | $35,000.00 |
| 130 | SECURED | Suncoast Post Tension | $167,835.15 |
| 302 | UNSECURED | Susanna Sanchez | $35,000.00 |
| 213 | UNSECURED | Sushil Bhambri | $35,000.00 |
| 292 | UNSECURED | Syed Mohiuddin | $35,000.00 |
| 31 | UNSECURED | Target Realty | $10,000.00 |
| 61 | SECURED | Tarrant County | $3,210.23 |
| 310 | UNSECURED | Texas Capital Bank | $1,116,115.00 |
| 108 | UNSECURED | Texas General Security | $9,306.81 |
| 115 | UNSECURED | The Ark | $6,559.02 |
| 46 | SECURED | The Fowler LAw Firm | $1,470.84 |
| 99 | OTHER PRIORITY | Theron W Flora | $4,720.00 |
| 220 | UNSECURED | Thomas O'Neill | $35,000.00 |
| 243 | SECURED | Tomball I.S.D. | $313.85 |
| 132 | SECURED | Town & Country Brick & Supply, Inc. | $15,404.52 |
| 362 | UNSECURED | Tracy Clemens | $266,008.98 |
| 67 | UNSECURED | Trademark Plumbing, Inc. | $3,400.72 |
| 67a | SECURED | Trademark Plumbing, Inc. | $159,184.62 |
| 304 | UNSECURED | Tran Thi | $35,000.00 |
| 329 | UNSECURED | Trinett Plumbing LP | $14,811.60 |
| 329a | SECURED | Trinett Plumbing LP | $26,835.00 |
| 15 | UNSECURED | Tri-Tech Surveying Company, L.P. | $165,573.31 |
| 41 | UNSECURED | Truclean Homes, Inc. | $2,058.54 |

Motion For Interim Distribution

EXHIBIT A

**Alphabetized List of All Claims Filed**

| # | Claim Class | Claimant | Claimed |
|---:|---|---|---:|
| 71 | UNSECURED | TXU Energy Retail Company LLC | $2,216.36 |
| 42 | UNSECURED | Universal Forest Products Western Div | $3,840.37 |
| 211 | UNSECURED | Usha Bhambri | $35,000.00 |
| 72 | UNSECURED | Valerie Sankey, Individually and as Next Friend of | $300,000.00 |
| 226 | UNSECURED | Van Pham | $35,000.00 |
| 4 | OTHER PRIORITY | Victoria Rosella | $4,620.84 |
| 116 | UNSECURED | Wachovia Bank, National Association | $9,793,895.84 |
| 312 | SECURED | Walker County Appraisal Dist. | $498.34 |
| 47 | UNSECURED | West Harris County Municipal Unility District No. | $2,253.01 |
| 142 | SECURED | West Keegans Bayou I.D.-taxes | $4.62 |
| 366 | UNSECURED | Whitlock M. Green | $8,000.00 |
| 86 | UNSECURED | William & Marilyn Hamrick | $4,700.00 |
| 89 | UNSECURED | Williams, Gerald | $0.00 |
| 119 | UNSECURED | Wisenbaker Builder Services Inc | $623,632.45 |
| 60 | UNSECURED | Wright Express Financial Services | $24,009.18 |
| 217 | UNSECURED | Yasmeen Basit | $35,000.00 |

Motion For Interim Distribution

EXHIBIT A