Alphabetized List of Secured Creditors

**Secured claims are NOT paid by a bankruptcy estate unless the Trustee has administered the collateral securing the claim.**

| # | Claim Class | Claimant | Claimed |
|---:|---|---|---:|
| 120 | SECURED | A.H.I. | $71,981.13 |
| 62 | SECURED | Aldine I. S. D.-Tax Office | $15,150.11 |
| 346 | SECURED | Aldine I. S. D.-Tax Office | $13,948.81 |
| 141 | SECURED | Alief I.S.D. Tax Office | $375.94 |
| 350 | SECURED | Alief I.S.D. Tax Office | $6,097.06 |
| 38 | SECURED | Bacon & Wallace LLP | $34.98 |
| 325 | SECURED | Bison Building Materials, LLC | $219,495.39 |
| 17 | SECURED | BMP & Associates, Inc. | $3,520.00 |
| 297 | SECURED | Brazoria County Mud #25  Taxes | $13,351.62 |
| 295 | SECURED | Brazoria County Tax Office | $23,530.18 |
| 98a | SECURED | Christopher R Maddux, Phelps Dunbar LLP | $158,435.94 |
| 82 | SECURED | Citibank, N.A. | $1,786,078.15 |
| 323 | SECURED | City of Rosenberg     permit | $341.25 |
| 245 | SECURED | City of Tomball      Tax | $18.28 |
| 143 | SECURED | Clear Creek I.S.D. | $709.07 |
| 239a | SECURED | Commercial Alliance Insurance Co. | $410,887.22 |
| 5 | SECURED | Cypress Fairbanks ISD | $18,189.54 |
| 54 | SECURED | Dallas County | $9,285.53 |
| 134 | SECURED | Decker Oaks Development II, Ltd. | $2,309,500.00 |
| 357 | SECURED | Decker Oaks Development II, Ltd. | $1,300,000.00 |
| 317 | SECURED | Dickinson I.S.D. | $6,316.36 |
| 101 | SECURED | Fieldstone Community Association, Inc. | $906.75 |
| 327a | SECURED | Forest Colony Property Owners Association c/o CAM | $515.25 |
| 35 | SECURED | Forest Hills MUD | $39.56 |
| 10 | SECURED | Fort Bend County | $2,124.79 |
| 360 | SECURED | Fort Bend M.U.D. No. 30 | $765.97 |
| 322 | SECURED | Fort Bend MUD # 144     tap | $1,152.06 |
| 318 | SECURED | Galveston Co. MUD #44    tax | $448.60 |
| 319 | SECURED | Galveston Co. MUD #68    tax | $707.44 |
| 355 | SECURED | Galveston Co. MUD #68    tax | $505.31 |
| 6 | SECURED | Galveston County | $4,929.64 |
| 7 | SECURED | Galveston County | $16,099.52 |
| 104 | SECURED | Galveston County MUD #14 | $442.02 |
| 363 | SECURED | Goose Creek CISD and Lee College District | $130.34 |
| 1 | SECURED | Gulf Coast Concrete & Shell | $95,714.51 |
| 214a | SECURED | Hanson Brick East, L.L.C. | $128,358.49 |
| 84 | SECURED | Harris Cnty Municipal Utility District No. 1 | $1,075.02 |
| 216 | SECURED | Harris Co. MUD #082     Tax | $34.14 |
| 164 | SECURED | Harris Co. MUD #148     Tax | $831.27 |
| 148 | SECURED | Harris Co. Mud #152     Tax | $925.68 |
| 219 | SECURED | Harris Co. Mud #157     Tax | $1,035.81 |
| 144 | SECURED | Harris Co. MUD #276     Tax | $830.10 |

Alphabetized List of Secured Creditors

| ID | Status | Creditor | Amount |
|---:|---|---|---:|
| 145 | SECURED | Harris Co. MUD #397     tax | $262.08 |
| 140 | SECURED | Harris Co. UD # 14     tax | $420.13 |
| 240 | SECURED | Harris Co. WCID #155     tax | $47.76 |
| 8 | SECURED | Harris County et al | $29,184.53 |
| 242 | SECURED | Harris County W.C.I.D. #110 | $89.02 |
| 233 | SECURED | Harris County W.C.I.D. #136 | $166.36 |
| 45 | SECURED | Highlands (Garth) Ranch HOA, Inc. | $75.00 |
| 264a | SECURED | Hodges Ready Mix Co., Inc. | $1,777.90 |
| 311a | SECURED | House of Power Electric | $28,036.33 |
| 147 | SECURED | Humble ISD | $3,558.70 |
| 356 | SECURED | JAIME CURTEZ | $10,578.38 |
| 9 | SECURED | Katy ISD | $1,978.48 |
| 36 | SECURED | Lake MUD | $36.85 |
| 22 | SECURED | Leaman Building Materials Inc. dba Allied Concrete | $55,411.06 |
| 127 | SECURED | Luxury Baths by Arrow | $45,406.00 |
| 12 | SECURED | M.L. Rendleman Co., Inc. d/b/a Fiberglass Insulato | $120,676.67 |
| 316 | SECURED | Magnolia I.S.D. Rendition Penalty | $13.85 |
| 315 | SECURED | Magnolia Independent School District | $11,548.60 |
| 320a | SECURED | Maintenance Builders Supply, Ltd. | $26,920.21 |
| 249 | SECURED | Malcomson Road UD     tax | $54.94 |
| 361 | SECURED | MANSFIELD I.S.D. | $7,879.35 |
| 314a | SECURED | Masco Builder Cabinet Group, Inc. | $295,913.53 |
| 313 | SECURED | Montgomery Co. Mud # 15   Tax | $433.16 |
| 11 | SECURED | Montgomery County | $9,689.07 |
| 124a | SECURED | Mozley Acquisition and Development Partners, L.P. | $54,500.00 |
| 146 | SECURED | North Green MUD     Tax | $399.28 |
| 68a | SECURED | Pamela Woods and James Woods | $3,000.00 |
| 212 | SECURED | Parkway UD         MUD | $161.01 |
| 20 | SECURED | Pasadena Independent School District | $5,479.56 |
| 321 | SECURED | Pecan Grove M.U.D. | $51.94 |
| 59 | SECURED | Perfection Fireplace & Supply | $20,018.00 |
| 129 | SECURED | Probuild South LLC | $444,061.34 |
| 100 | SECURED | Rose Ranch Homeowners Association, Inc. | $1,739.40 |
| 121 | SECURED | Rose Ranch Homeowners Association, Inc. | $906.75 |
| 64 | SECURED | San Jacinto Community College District | $3,497.60 |
| 237 | SECURED | Sheldon ISD | $1,190.50 |
| 77 | SECURED | Small, LaQuita | $139,000.00 |
| 215 | SECURED | Spring ISD Tax Office | $1,833.39 |
| 354 | SECURED | Spring ISD Tax Office | $411.31 |
| 149 | SECURED | Spring West M.U.D.     Tax | $60.50 |
| 353 | SECURED | Spring West M.U.D.     Tax | $307.07 |
| 130 | SECURED | Suncoast Post Tension | $167,835.15 |
| 61 | SECURED | Tarrant County | $3,210.23 |
| 46 | SECURED | The Fowler LAw Firm | $1,470.84 |
| 243 | SECURED | Tomball I.S.D. | $313.85 |
| 132 | SECURED | Town & Country Brick & Supply, Inc. | $15,404.52 |
| 67a | SECURED | Trademark Plumbing, Inc. | $159,184.62 |

Motion For Interim Distribution

EXHIBIT B

Alphabetized List of Secured Creditors

| | | | |
|---|---|---|---:|
| 329a | SECURED | Trinett Plumbing LP | $26,835.00 |
| 312 | SECURED | Walker County Appraisal Dist. | $498.34 |
| 142 | SECURED | West Keegans Bayou I.D.-taxes | $4.62 |
| | | | $8,326,351.61 |

Motion For Interim Distribution
EXHIBIT B