Alphabetized List of Priority and Unsecured Creditor Not Receiving a Distribution but Whose Funds are Reserved

|  |  |  | **1st Interim Distribution** | | **2d Interim Distribution** | |
|---|---|---|---|---|---|---|
| **Priority Claim Payments to be Reserved** | | | **% Reserved** | | | |
| 68b | Pamela Woods and James W | $ 2,425.00 | 100% | $ 2,425.00 | Fully Reserved, no more $ needed | |
| 363a | Goose Creek CISD and Lee C | $ 130.34 | 100% | $ 130.34 | Fully Reserved, no more $ needed | |
| 99 | Theron W Flora | $ 4,720.00 | 100% | $ 4,720.00 | Fully Reserved, no more $ needed | |
| 349 | Shibili Chacko | $ 2,552.00 | 100% | $ 2,552.00 | Fully Reserved, no more $ needed | |
| 139 | Armando Rios | $ 4,991.25 | 100% | $ 4,991.25 | Fully Reserved, no more $ needed | |
|  |  |  |  | $ 14,818.59 | | |
| **Unsecured Claim Payments to be Reserved** | | | **%** | **Distribution** | **%** | **Distribution** |
| 366 | Whitlock M. Green | $ 8,000.00 | 7.43% | $ 594.29 | 3.78% | $ 302.35 |
| 218 | Abdul Badat | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 241 | Adreanna Ruiz | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 282 | Agostino Misuraca | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 184 | Alton Dunbar | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 189 | Andrea Dominguez | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 159 | Anh Bui | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 200 | Anna Hollar | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 290 | Annette King | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 177 | Antione Gaona | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 275 | Arnette Morrison | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 183 | Arturo Duque | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 298 | Bozorgmehr Tehrani | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 230 | Bridgette Portes | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 152 | Candida Cervantes | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 156 | Caroline Cadogen | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 191 | Carolyn Crump | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 305 | Charles Omozore | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 178 | Denis Fuentes | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 161 | Derrick Bradley | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 221 | Diane O'Neill | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 158 | Donald Byrum | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 202 | Dung Ho | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 169 | Edgardo Jardin | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 194 | Edmund Apitz | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 231 | Eira Raper | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 203 | Ekpeno Isaiah | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 228 | Eliett Poo | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 165 | Ernesto Garza | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |

Motion For Interim Distribution
EXHIBIT C

Alphabetized List of Priority and Unsecured Creditor Not Receiving a Distribution but Whose Funds are Reserved

| Unsecured Claim Payments to be Reserved | | % | Distribution | % | Distribution |
|---|---|---|---|---|---|
| 210 Eve Bonin | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 306 Fareeda Mohiuddin | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 168 Fariha Khan | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 188 Fernando Dominguez | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 286 Fernando Lozano | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 162 Ferney Gomez | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 179 Francia Gomez | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 192 Frank Baarah | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 276 Gity Monfared | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 222 Gloria Oyibe-Lawal | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 301 Guadalupe Ricardo Sanchez | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 207 Hana Abusnineh | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 227 Hieu Phan | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 167 Iris Garay | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 176 Ismaela Gutierrez | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 199 Itoro Isaiah | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 229 Ivan Poo | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 299 Jacky Tean | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 198 Jacque Coffman | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 195 James Coffman | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 181 James Freiler | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 206 Joe Holland | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 155 John Cadegen | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 175 Jose Gutierrez | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 277 Jose Moreno | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 280 Juliana Mensah | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 234 Julio Rivera | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 201 Kholoud Ahmad | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 285 Kiet Hoang Ly | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 300 Leon Thibodeaux | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 172 Leona Harrison | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 190 Long Do | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 187 Lucia Dubon | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 283 Lynse Jones McLean | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 291 Manouchehr Khavarian | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 224 Margaret Peabody | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 185 Maria Dubon | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 163 Maria Garza | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 166 Maria Jardin | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 232 Mark Raper | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 279 Marlene Misurala | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 208 Marleny Acevedo | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 289 Martha Lozano | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 223 Mehmaz Pashootanizadeh | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 246 Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 247 Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |

Motion For Interim Distribution
EXHIBIT C

Alphabetized List of Priority and Unsecured Creditor Not Receiving a Distribution but Whose Funds are Reserved

| # | Unsecured Claim Payments to be Reserved | Amount | % | Distribution | % | Distribution |
|---|---|---|---|---|---|---|
| 248 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 250 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 252 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 253 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 254 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 255 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 256 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 257 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 258 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 259 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 260 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 261 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 262 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 263 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 265 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 266 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 267 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 268 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 269 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 270 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 272 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 273 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 274 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 281 | Mestemaker & Straub | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 182 | Mouhammed El'Ibraham | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 153 | Myriam Ceron | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 294 | Nadezhda Lukina | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 174 | Nahid Habibi | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 160 | Nokia Bradley | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 278 | Oheneba Mensah | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 154 | Patricia Castillo | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 236 | Paula Rivera | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 284 | Phung Ly | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 303 | Phung Tran | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 204 | Phuong Huynh | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 238 | Rachel Roffe | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 193 | Resita Apitz | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 173 | Reza Habibi | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 209 | Robert Benin | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 225 | Roberto Pezet | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 196 | Rodney Aird | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 293 | Sajid Khan | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 171 | Sandra Goana | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 180 | Sarah Freiler | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 287 | Sergei Lukin | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 244 | Sergio Ruiz | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |

Alphabetized List of Priority and Unsecured Creditor Not Receiving a Distribution but Whose Funds are Reserved

| | Unsecured Claim Payments to be Reserved | | % | Distribution | % | Distribution |
|---|---|---|---|---|---|---|
| 288 | Silvia Lopez | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 157 | Sonia Byrum | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 170 | Steve Harrison | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 235 | Stuart Roffe | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 302 | Susanna Sanchez | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 213 | Sushil Bhambri | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 292 | Syed Mohiuddin | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 220 | Thomas O'Neill | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 304 | Tran Thi | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 211 | Usha Bhambri | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 226 | Van Pham | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 217 | Yasmeen Basit | $ 35,000.00 | 7.43% | $ 2,600.03 | 3.78% | $ 1,322.79 |
| 205 | Mestemaker & Straub | $ 1,220,000.00 | 7.43% | $ 90,629.49 | 3.78% | $ 46,108.63 |
| 137 | Jason Pham | $ 30,000.00 | 7.43% | $ 2,228.59 | 3.78% | $ 1,133.82 |
| 151 | Jason Pham | $ 30,000.00 | 7.43% | $ 2,228.59 | 3.78% | $ 1,133.82 |
| 86 | William & Marilyn Hamrick | $ 4,700.00 | 7.43% | $ 349.15 | 3.78% | $ 177.63 |
| 347 | Santiago Jaimes | $ 7,200.00 | 7.43% | $ 534.86 | 3.78% | $ 272.12 |
| 80 | David Angel Palacios | $ 4,500.00 | 7.43% | $ 334.29 | 3.78% | $ 170.07 |
| 343 | Ricardo McDonald | $ 10,000.00 | 7.43% | $ 742.86 | 3.78% | $ 377.94 |
| 92 | Beltre, Geovanny | $ 152,000.00 | 7.43% | $ 11,291.54 | 3.78% | $ 5,744.68 |
| 307 | Luis Cano | $ 15,000.00 | 7.43% | $ 1,114.30 | 3.78% | $ 566.91 |
| 78 | Marvin Johnson | $ 120,000.00 | 7.43% | $ 8,914.38 | 3.78% | $ 4,535.27 |
| 365 | Gusman, Joseph | $ - | 7.43% | $ - | 3.78% | $ - |
| 333 | Johnson, Spencer | $ 244.00 | 7.43% | $ 18.13 | 3.78% | $ 9.22 |
| 338 | Esqueda, Juan M. | $ 360.00 | 7.43% | $ 26.74 | 3.78% | $ 13.61 |
| 335 | Ms Donya Mackey | $ 375.00 | 7.43% | $ 27.86 | 3.78% | $ 14.17 |
| 340 | Relaint Reaources | $ 460.00 | 7.43% | $ 34.17 | 3.78% | $ 17.39 |
| 342 | Kent H Landsverg Co. | $ 691.60 | 7.43% | $ 51.38 | 3.78% | $ 26.14 |
| 341 | Jerry and Sally Litjer | $ 3,500.00 | 7.43% | $ 260.00 | 3.78% | $ 132.28 |
| 334 | Johnny Giles | $ 7,352.38 | 7.43% | $ 546.18 | 3.78% | $ 277.88 |
| 352 | Office of the Tax Collector | $ 9,564.57 | 7.43% | $ 710.52 | 3.78% | $ 361.48 |
| 351 | SBC Global Services, Inc. | $ 25,972.14 | 7.43% | $ 1,929.38 | 3.78% | $ 981.59 |
| 339 | Fund for Builders III Lp | $ 256,361.00 | 7.43% | $ 19,044.15 | 3.78% | $ 9,688.90 |
| 336 | Porter Ready Mix, Inc. | $ 305,000.00 | 7.43% | $ 22,657.37 | 3.78% | $ 11,527.16 |
| 348 | Royce Homes Foundation fo | $ 400,000.00 | 7.43% | $ 29,714.59 | 3.78% | $ 15,117.58 |
| 344 | KeyBank National Associatic | $ 570,016.05 | 7.43% | $ 42,344.48 | 3.78% | $ 21,543.16 |
| 105 | National Home Insurance Co | $ 9,335.00 | 7.43% | $ 693.46 | 3.78% | $ 352.81 |
| | | $ 7,810,631.74 | 7.43% | $ 580,224.26 | | $ 295,194.69 |

Motion For Interim Distribution
EXHIBIT C