| # | Claimant | Claimed | % Pay | Distribution | | |
|---|---|---|---|---|---|---|
| | | | | 1st Interim Distribution | 2d Interim Distribution | |
| | | | % | Distribution | % | Distribution |
| 133 | &#037; JAMES GRUDUS, ESQ. | $ 28,011.02 | 7.43% | $ 2,080.84 | 3.78% | $ 1,058.65 |
| 131 | 2009 Texas Capital Fund LLC | $ 1,139,135.82 | 7.43% | $ 84,622.38 | 3.78% | $ 43,052.45 |
| 44 | Acme Brick Co | $ 81,546.40 | 7.43% | $ 6,057.79 | 3.78% | $ 3,081.96 |
| 330 | Action Gypsum Supply LP | $ 265,390.81 | 7.43% | $ 19,714.95 | 3.78% | $ 10,030.17 |
| 65 | Action Landscaping, Inc. | $ 8,685.00 | 7.43% | $ 645.18 | 3.78% | $ 328.24 |
| 53 | Ad Valorem Advisers | $ 160,549.79 | 7.43% | $ 11,926.68 | 3.78% | $ 6,067.81 |
| 34 | Alderete Photography | $ 454.65 | 7.43% | $ 33.77 | 3.78% | $ 17.18 |
| 33 | Alderete Photography | $ 2,787.46 | 7.43% | $ 207.07 | 3.78% | $ 105.35 |
| 324 | All Covered, Inc. | $ 562.50 | 7.43% | $ 41.79 | 3.78% | $ 21.26 |
| 125 | Amerisure Insurance | $ 9,561.60 | 7.43% | $ 710.30 | 3.78% | $ 361.37 |
| 29 | Andre Reynolds | $ - | 7.43% | $ - | 3.78% | $ - |
| 114 | Annie Trang Nguyen | $ 960.00 | 7.43% | $ 71.32 | 3.78% | $ 36.28 |
| 79 | Aprile's Marble & Granite | $ 9,861.96 | 7.43% | $ 732.61 | 3.78% | $ 372.72 |
| 102 | Builder Homesite, Inc. | $ 18,000.00 | 7.43% | $ 1,337.16 | 3.78% | $ 680.29 |
| 109 | Builders Maintenance Inc. | $ 43,942.50 | 7.43% | $ 3,264.33 | 3.78% | $ 1,660.76 |
| 138 | Builder's Mechanical Inc | $ 96,423.98 | 7.43% | $ 7,163.00 | 3.78% | $ 3,644.24 |
| 18 | Burgess Construction. Consultants | $ 200.00 | 7.43% | $ 14.86 | 3.78% | $ 7.56 |
| 50 | Burk's Water Service & Utility Co | $ 6,750.00 | 7.43% | $ 501.43 | 3.78% | $ 255.11 |
| 106 | CallSource | $ 403.38 | 7.43% | $ 29.97 | 3.78% | $ 15.25 |
| 296 | Capital One | $ 3,714,462.00 | 7.43% | $ 275,934.27 | 3.78% | $ 140,384.22 |
| 16 | Cast Fireplaces Inc. | $ 11,643.62 | 7.43% | $ 864.96 | 3.78% | $ 440.06 |
| 326 | Chaparral Plumbing Co. Inc. | $ 1,265.00 | 7.43% | $ 93.97 | 3.78% | $ 47.81 |
| 95 | Chas. P. Young Company | $ 2,599.72 | 7.43% | $ 193.12 | 3.78% | $ 98.25 |
| 98 | Phelps Dunbar LLP | $ 85,389.02 | 7.43% | $ 6,343.25 | 3.78% | $ 3,227.19 |
| 58 | City Of League City    Water | $ 2,443.74 | 7.43% | $ 181.54 | 3.78% | $ 92.36 |
| 70 | Collins Tractor | $ 760.00 | 7.43% | $ 56.46 | 3.78% | $ 28.72 |
| 3 | Comer, Donna J. | $ 4,618.61 | 7.43% | $ 343.10 | 3.78% | $ 174.56 |
| 186 | Compass Bank | $ 1,403,049.82 | 7.43% | $ 104,227.62 | 3.78% | $ 53,026.81 |
| 328 | Conkir Electric | $ 101,749.76 | 7.43% | $ 7,558.63 | 3.78% | $ 3,845.53 |
| 75 | Consolidated Communications | $ 23.27 | 7.43% | $ 1.73 | 3.78% | $ 0.88 |
| 88 | Corey C. Jones | $ 1,000.00 | 7.43% | $ 74.29 | 3.78% | $ 37.79 |
| 13 | Cory R. Ormsby | $ 6,666.68 | 7.43% | $ 495.24 | 3.78% | $ 251.96 |
| 23 | David Patterson | $ 2,237.00 | 7.43% | $ 166.18 | 3.78% | $ 84.55 |
| 309 | De Lage Landen Financial Service Inc. | $ 42,593.89 | 7.43% | $ 3,164.15 | 3.78% | $ 1,609.79 |
| 271 | Della Moy | $ - | 7.43% | $ - | 3.78% | $ - |
| 85 | Dolphin World, Inc. | $ 31,875.00 | 7.43% | $ 2,367.88 | 3.78% | $ 1,204.68 |
| 56 | Dowdell Public Utility District | $ 5,367.74 | 7.43% | $ 398.75 | 3.78% | $ 202.87 |
| 337 | DPIS Engineering, LLC | $ 118,335.00 | 7.43% | $ 8,790.69 | 3.78% | $ 4,472.35 |
| 107 | Entergy Texas, Inc | $ 751.84 | 7.43% | $ 55.85 | 3.78% | $ 28.42 |
| 76 | Farmer Bros. Co. | $ 390.48 | 7.43% | $ 29.01 | 3.78% | $ 14.76 |
| 25 | Fashion Glass & Mirror Inc | $ 10,578.40 | 7.43% | $ 785.83 | 3.78% | $ 399.80 |

Motion for Interim Distribution
Exhibit D

| # | Name | Amount | % | Amount | % | Amount |
|---|---|---:|---:|---:|---:|---:|
| 43 | Fedex Customer Information Services | $ 3,464.70 | 7.43% | $ 257.38 | 3.78% | $ 130.94 |
| 150 | Fidelity National Property and | $ 18,700.00 | 7.43% | $ 1,389.16 | 3.78% | $ 706.75 |
| 81 | Florez, Cesar | $ 380.00 | 7.43% | $ 28.23 | 3.78% | $ 14.36 |
| 327 | Forest Colony POA | $ 125.00 | 7.43% | $ 9.29 | 3.78% | $ 4.72 |
| 14 | Greensheet | $ 3,482.80 | 7.43% | $ 258.72 | 3.78% | $ 131.63 |
| 214 | Hanson Brick East, L.L.C. | $ 79,882.04 | 7.43% | $ 5,934.15 | 3.78% | $ 3,019.06 |
| 55 | Harris County MUD No.410 | $ 592.32 | 7.43% | $ 44.00 | 3.78% | $ 22.39 |
| 264 | Hodges Ready Mix Co., Inc. | $ 20,878.44 | 7.43% | $ 1,550.99 | 3.78% | $ 789.08 |
| 135 | Hour Messenger, Inc. | $ 2,918.14 | 7.43% | $ 216.78 | 3.78% | $ 110.29 |
| 311 | House of Power Electric | $ 1,450.00 | 7.43% | $ 107.72 | 3.78% | $ 54.80 |
| 40 | Houston Chronicle | $ 1,212.15 | 7.43% | $ 90.05 | 3.78% | $ 45.81 |
| 27 | Houston eflyer | $ 3,135.30 | 7.43% | $ 232.91 | 3.78% | $ 118.50 |
| 69 | Information Research Services | $ 650.00 | 7.43% | $ 48.29 | 3.78% | $ 24.57 |
| 122 | IRS | $ 1,020.00 | 7.43% | $ 75.77 | 3.78% | $ 38.55 |
| 87 | Jake B. O'Brien | $ 2,453.19 | 7.43% | $ 182.24 | 3.78% | $ 92.72 |
| 96 | Kent H Landsberg Co | $ 691.60 | 7.43% | $ 51.38 | 3.78% | $ 26.14 |
| 110 | Kent Hoang | $ 1,722.30 | 7.43% | $ 127.94 | 3.78% | $ 65.09 |
| 28 | Kevin Duffy A.I.A., Inc. | $ 11,870.00 | 7.43% | $ 881.78 | 3.78% | $ 448.61 |
| 103 | Kosh's Restaurant Inc. dba Amerigo's Grill | $ 4,973.46 | 7.43% | $ 369.46 | 3.78% | $ 187.97 |
| 26 | Kronberg'S  Flags & Flagpoles | $ 3,936.80 | 7.43% | $ 292.45 | 3.78% | $ 148.79 |
| 308 | L&W Weatherstripping, LLC | $ 3,455.00 | 7.43% | $ 256.66 | 3.78% | $ 130.58 |
| 111 | Lawn Tex, Inc. | $ 4,195.00 | 7.43% | $ 311.63 | 3.78% | $ 158.55 |
| 112 | Lighthouse Energy Service Co. | $ 33,655.65 | 7.43% | $ 2,500.16 | 3.78% | $ 1,271.98 |
| 90 | Love Advertising, Inc. | $ 9,500.00 | 7.43% | $ 705.72 | 3.78% | $ 359.04 |
| 127 | Luxury Baths by Arrow | $ 45,406.00 | 7.43% | $ 3,373.05 | 3.78% | $ 1,716.07 |
| 320 | Maintenance Builders Supply, Ltd. | $ 1,402.12 | 7.43% | $ 104.16 | 3.78% | $ 52.99 |
| 314 | Masco Builder Cabinet Group, Inc. | $ 89,650.02 | 7.43% | $ 6,659.78 | 3.78% | $ 3,388.23 |
| 51 | Masterbrand Cabinets Inc | $ 19,076.98 | 7.43% | $ 1,417.16 | 3.78% | $ 720.99 |
| 57 | Mavro Pena | $ 1,404.32 | 7.43% | $ 104.32 | 3.78% | $ 53.07 |
| 63 | Michael B. Bach, Authorized Agent | $ 110,372.75 | 7.43% | $ 8,199.20 | 3.78% | $ 4,171.42 |
| 37 | Michael O. Leader | $ 2,618.57 | 7.43% | $ 194.52 | 3.78% | $ 98.97 |
| 124 | Mozley Acquisition and Development Ptnrs | $ 1,384,746.45 | 7.43% | $ 102,867.93 | 3.78% | $ 52,335.05 |
| 117 | My Thi Bui | $ 170.00 | 7.43% | $ 12.63 | 3.78% | $ 6.42 |
| 30 | Nancy Schuler | $ 1,500.00 | 7.43% | $ 111.43 | 3.78% | $ 56.69 |
| 364 | National Home Insurance Co. | $ 280,644.98 | 7.43% | $ 20,848.12 | 3.78% | $ 10,606.68 |
| 93 | Nicholas Howard II | $ 24,000.00 | 7.43% | $ 1,782.88 | 3.78% | $ 907.05 |
| 126 | Octoplant Inc | $ 1,144.21 | 7.43% | $ 85.00 | 3.78% | $ 43.24 |
| 331 | Oscar Gonzalez | $ 11,982.71 | 7.43% | $ 890.15 | 3.78% | $ 452.87 |
| 68 | Pamela Woods and James Woods | $ 1,358.00 | 7.43% | $ 100.88 | 3.78% | $ 51.32 |
| 39 | Ramiro Orozco-Macias | $ 7,887.58 | 7.43% | $ 585.94 | 3.78% | $ 298.10 |
| 21 | RME Equipment Inc. | $ 912.00 | 7.43% | $ 67.75 | 3.78% | $ 34.47 |
| 97 | Robert Faerman | $ 8,053.30 | 7.43% | $ 598.25 | 3.78% | $ 304.37 |
| 48 | Rolando Altamirano | $ 615.00 | 7.43% | $ 45.69 | 3.78% | $ 23.24 |
| 83 | Ruben O. Manalansan | $ 1,265.00 | 7.43% | $ 93.97 | 3.78% | $ 47.81 |
| 94 | Sandtrap Grill | $ 600.00 | 7.43% | $ 44.57 | 3.78% | $ 22.68 |
| 332 | Scholl Forest Industries, Inc. | $ 428,820.10 | 7.43% | $ 31,855.53 | 3.78% | $ 16,206.81 |
| 19 | Signtex Outdoor | $ 9,935.30 | 7.43% | $ 738.06 | 3.78% | $ 375.49 |

Motion for Interim Distribution
Exhibit D

| | | | | | | |
|---|---|---:|---:|---:|---:|---:|
| 32 | Skelton Business Equipment | $ 6,125.22 | 7.43% | $ 455.02 | 3.78% | $ 231.50 |
| 136 | Southway Business Park, Ltd. | $ 49,000.00 | 7.43% | $ 3,640.04 | 3.78% | $ 1,851.90 |
| 24 | Southwest Office Systems Inc | $ 362.29 | 7.43% | $ 26.91 | 3.78% | $ 13.69 |
| 128 | Stewart Title Guaranty Company | $ 918,010.21 | 7.43% | $ 68,195.74 | 3.78% | $ 34,695.24 |
| 130 | Suncoast Post Tension | $ 167,835.15 | 7.43% | $ 12,467.88 | 3.78% | $ 6,343.15 |
| 31 | Target Realty | $ 10,000.00 | 7.43% | $ 742.86 | 3.78% | $ 377.94 |
| 310 | Texas Capital Bank | $ 1,116,115.00 | 7.43% | $ 82,912.24 | 3.78% | $ 42,182.40 |
| 108 | Texas General Security | $ 9,306.81 | 7.43% | $ 691.37 | 3.78% | $ 351.74 |
| 115 | The Ark | $ 6,559.02 | 7.43% | $ 487.25 | 3.78% | $ 247.89 |
| 67 | Trademark Plumbing, Inc. | $ 3,400.72 | 7.43% | $ 252.63 | 3.78% | $ 128.53 |
| 329 | Trinett Plumbing LP | $ 14,811.60 | 7.43% | $ 1,100.30 | 3.78% | $ 559.79 |
| 15 | Tri-Tech Surveying Company, L.P. | $ 165,573.31 | 7.43% | $ 12,299.86 | 3.78% | $ 6,257.67 |
| 41 | Truclean Homes, Inc. | $ 2,058.54 | 7.43% | $ 152.92 | 3.78% | $ 77.80 |
| 71 | TXU Energy Retail Company LLC | $ 2,216.36 | 7.43% | $ 164.65 | 3.78% | $ 83.77 |
| 42 | Universal Forest Products Western Div | $ 3,840.37 | 7.43% | $ 285.29 | 3.78% | $ 145.14 |
| 116 | Wachovia Bank, National Association | $ 9,793,895.84 | 7.43% | $ 727,553.95 | 3.78% | $ 370,150.09 |
| 47 | West Harris County MUD | $ 2,253.01 | 7.43% | $ 167.37 | 3.78% | $ 85.15 |
| 89 | Williams, Gerald | $ - | 7.43% | $ - | 3.78% | $ - |
| 119 | Wisenbaker Builder Services Inc | $ 623,632.45 | 7.43% | $ 46,327.45 | 3.78% | $ 23,569.54 |
| 60 | Wright Express Financial Services | $ 24,009.18 | 7.43% | $ 1,783.56 | 3.78% | $ 907.40 |
| | **Total To-Be-Paid Claims** | $ 22,987,941.82 | | $ 1,707,693.05 | | $ 868,805.31 |

Motion for Interim Distribution
Exhibit D