

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/09/2015

IN RE:                                          §          Case No.   09-32467-H4-7

Royce Homes LP

Debtor                                          §


## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. 823 ) is denied for the following reason(s):

1. _____  Applicant's signature is not notarized.

2. _____  Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____  Application was not served on U.S. Attorney and U.S. Trustee.

4. \_\_\_\_\_  Proposed Order not filed by applicant.

5. \_\_\_\_  Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. __X__  Other: Order Vacating Order to Deposit 3/6/2015, see Doc# 771

Signed  __6-9-2015__.

_____
United States Bankruptcy Judge