IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ROYCE HOMES, LP | § | Case No. 09-32467-H1-7 |
| DEBTOR. | § | Chapter 7 |

**AGREED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY REGARDING UNDEVELOPED REAL PROPERTY**
(This Order Resolves Document Number: N/A)

Came on for the Court's consideration Motion for Entry of Agreed Order Granting Relief from the Automatic Stay Regarding Undeveloped Real Property and the Court is the opinion that it has merit.

IT IS THEREFORE ORDERED that the Movant and Secured Creditor, SouthFork Community Association seek enforcement of it's secured interest in a state court action for foreclosure of home association in undeveloped real property located at South Fork, Section 5 (A0540 A CH & B) Block 7 Lot 26, 0.1450 Acres, Brazoria County, Texas; commonly known as 2730 J R Drive, Manvel Texas 77578, and apply the sale proceeds towards the full satisfaction of any valid real property tax encumbrances or liens.

IT IS FURTHER ORDERED the SouthFork Community Association by and through counsel provide the Chapter 7 Trustee with copies of the foreclosure of lien documents.

Signed: March 29, 2021

Marvin Isgur
United States Bankruptcy Judge

**AGREED AS TO FORM AND SUBSTANCE WITH ENTRY REQUESTED:**

//s// Jesse Aguinaga

_____
Jesse Aguinaga,
Attorney at Law PC
SBA# 00798026
The Center, Suite 670
8323 Southwest Freeway
Houston, TX 77074
**Attorney For Creditor, SouthFork Community Association**

//s// Julie M. Koenig-Evans

_____
Julie M. Koenig-Evans,
Cooper & Scully, P.C.
SBA#14217300
815 Walker, Ste. 1040
Houston, TX 77002
**Attorney Chapter 7 Trustee, Rodney Tow**