IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  09-32467 |
| ROYCE HOMES, LP | § | JUDGE MARVIN ISGUR |
| DEBTOR | § | (CHAPTER 7) |

NOTICE OF ABANDONMENT OF  PROPERTY

---

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 20 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

---

PLEASE TAKE NOTICE that pursuant to §554(a) of the Bankruptcy Code [11 U.S.C. §554(a)], and Local Rule 9007, the undersigned, duly-qualified and acting Trustee of the estate of the above-entitled and numbered proceeding.  The trustee intends to and will abandon the following described property as burdensome and of inconsequential value.

*Asset #4 (Lot 602, Block 18, Willow Forest Section 2, .3050 Acres, Singleleaf Lane. Tax Account No. 114-554-018-0602. Value and description are based HCAD);*

*Asset #5 (Reserve A, Block 1 (open space) Fairfax Village, .0279 acres, Fairfax Green Drive. Tax Account Number 123-229-001-0038. Value and description are based on HCAD);*

*Asset #6 (Reserve B, Block 1 (open space) Fairfax Village, .0216 acres, Fairfax Green Drive, Tax Account Number 123-229-001-0039, Value and description are based on HCAD);.*

*Asset #13 (Sole member of Royce Homes - North Carolina, LLC.);*

*Asset #14 (99.9% member interest in Royce Homes - Atlanta, LLC.);*

*Asset #15 (99.90% limited partner interest in Royce Homes - Dallas, L.P.);*

*Asset #16 (66.66% limited partnership interest in Texas Colonial Homes, L.P.);*

*Asset #21 (Intercompany Receivables are listed on the books at $23,325,455.73. Fair market values is believed to be $0 based on the insolvency of debtors.);*

*Asset #23 (Various lot contracts Schedule E shows no contracts.  The contracts we are aware of were contracts Royce did not fulfill).*

Unless an objection and request for hearing is timely filed with the Bankruptcy Court and served upon the Trustee within twenty (20) days of the mailing of this notice, said property shall be deemed abandoned without an order or further notice.

Dated: January 27, 2022                          */s/ Rodney Tow*
                                                 Rodney Tow, Trustee
                                                 1122 Highborne Cay Court
                                                 Texas City, Texas
                                                 (832) 545-7346
                                                 Rtow@rtowtrustee.com

CERTIFICATE OF SERVICE

I hereby certify that on the 27th of January, 2022, a true and accurate copy of the foregoing has been sent by First Class US Mail, postage prepaid or sent via electronically to all parties listed on Exhibit "A".

                                                 */s/ Rodney Tow*
                                                 Rodney Tow

**09-32467** Royce Homes LP
**Case type:** bk **Chapter:** 7 **Vol:** i **Judge:** Marvin Isgur
**Date filed:** 04/07/2009 **Date of last filing:** 11/17/2021

# Attorneys

**Jesse Aguinaga**
Aguinaga & Associates
The Center
8323 S.W. Freeway, Suite 670
Houston, TX 77074
713-772-7986
713-772-7725 (fax)
jfa@aguinagaandassociates.com
 *Assigned: 03/05/2021*

representing

**SouthFork Community Association**
c/o Ashby Crinion LLP
17040 El Camino Real
Suite 200
Houston, TX 77058
*(Creditor)*

**Elizabeth Banda Calvo**
Perdue Brandon et al
500 E. Border Street, Suite 640
Arlington, TX 76010
817-461-3344
arlbank@pbfcm.com
 *Assigned: 06/09/2011*

representing

**MANSFIELD ISD**
*(Creditor)*

**Geoffrey Houston Bracken**
Gardere Wynne et al
1000 Louisiana
Ste 3400
Houston, TX 77024
713-276-5739
713-276-6739 (fax)
gbracken@gardere.com
 *Assigned: 03/24/2015*

representing

**Amegy Bank, N.A.**
*(Interested Party)*

**Susan J Brandt**
Houston, TX 77027
7132998932
7132998932 (fax)

representing

**Amegy Bank, N.A.**
*(Interested Party)*

Exhibit "A"

susanandtombrandt@gmail.com
*Assigned: 12/18/2009*

**William Steven Bryant**
Locke Lord LLP
600 Congress Avenue, Ste. 2200
Austin, TX 78701                    representing    **MOZLEY ACQUISITION AND DEVELOPMENT PARTNERS, L.P.**
512-305-4726                                        *(Creditor)*
512-305-4800 (fax)
sbryant@lockelord.com
*Assigned: 06/11/2009*

**Christopher L Castillo**
Haynes Boone LLP                                    **Builders Mechanical Inc.**
One Houston Center                                  11143 Spring Cypress Road
1221 McKinney Ste 2100             representing     Tomball, TX 77375
Houston, TX 77010                                   *(Petitioning Creditor)*
713-547-2224
christopher.castillo@haynesboone.com
*Assigned: 01/20/2010*

                                                    **Luxury Baths by Arrow**
                                                    5855 Cunningham
                                                    Houston, TX 77041
                                                    *(Petitioning Creditor)*

                                                    **Suncoast Post Tension Ltd**
                                                    509 N. Sam Houston Parkway, Suite 300
                                                    Houston, TX 77060
                                                    *(Petitioning Creditor)*

                                                    **Wisenbaker Builder Services Inc**
                                                    1703 Westfield Loop
                                                    Houston, TX 77073
                                                    *(Petitioning Creditor)*

**David A Chaumette**                 representing   **Lighthouse Energy Service Co.**
Chaumette PLLC                                      c/o De la Rosa & Chaumette
50 Briar Hollow Lane, Suite 235W                   1330 Post Oak Blvd.
Houston, TX 77027                                   Suite 2250
usa                                                 Houston, TX 77056
281-786-0502                                        Usa
                                                    713-395-0991

Exhibit "A"

281 886-0531 (fax)
*Assigned: 10/14/2009*

713-395-0995 (fax)
dchaumette@delchaum.com
*(Creditor)*

**Scott Robert Cheatham**
Adams & Reese LLP
701 Poydras St
Ste 4500
New Orleans, LA 70139          representing     **Vestalia, LTD**
504-581-3234                                     *(Creditor)*
504-566-0210 (fax)
scott.cheatham@arlaw.com
*Assigned: 05/19/2016*

**Walter J Cicack**                              **WACHOVIA BANK, N.A.**
Hawash Cicack & Gaston LLP                       c/o Christina M. Putman
3401 Allen Parkway, Suite 200                    Seyfarth Shaw LLP
Houston, TX 77019                                700 Louisiana, Suite 3700
(713) 658-9015               representing         Houston, TX 77002
(713) 658-9015 (fax)                             *(Creditor)*
wcicack@hcgllp.com
*Assigned: 06/26/2009*

**Ted A Cox**                                    **Harris County WCID #89**
Attorney at Law                                  c/o Ted A. Cox
2855 Mangum, Suite 100                           2855 Mangum, Suite 100A
Houston, TX 77092                                Houston, TX 77092
713-956-9400                 representing         United States
713-956-8485 (fax)                               7139569400
ted@tedacox.com                                  j-thornton@sbcglobal.net
*Assigned: 06/02/2021*                           *(Creditor)*

**Adam P Criaco**
Criaco and Associates
519 N Sam Houston Pkwy E
Ste 500
Houston, TX 77060            representing     **Georgia Ann Spears**
713-663-6600                                     *(Interested Party)*
adam.criaco@criacolaw.com
*Assigned: 05/13/2010*
*LEAD ATTORNEY*

Exhibit "A"

**Gregory Paul Crinion**
Crinion Davis & Richardson LLP
17040 El Camino Real
Ste 200
Houston, TX 77058
281-990-8300
281-990-8303 (fax)
jklebo@cdrlegal.com
*Assigned: 05/12/2009*

representing

**LinGo SouthFork, Ltd.**
c/o Ashby Crinion LLP
17040 El Camino Real
Suite 200
Houston, TX 77058
*(Creditor)*

**SouthFork Community Association**
c/o Ashby Crinion LLP
17040 El Camino Real
Suite 200
Houston, TX 77058
*(Creditor)*

**John P Dillman**
Linebarger Goggan et al
1301 Travis Street
Suite 300
Houston, TX 77002
713-844-3478
713-844-3503 (fax)
Houston_bankruptcy@publicans.com
*Assigned: 06/09/2009*

representing

**Cypress-Fairbanks ISD**
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064
*(Creditor)*

**Fort Bend County**
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064
*(Creditor)*

**Galveston County**
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064
*(Creditor)*

**Harris County**
c/o John P. Dillman
Post Office Box 3064

Exhibit "A"

Houston, TX 77253-3064
*(Creditor)*

**Katy ISD**
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064
*(Creditor)*

**Montgomery County**
Attn: John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064
*(Creditor)*

**Stephen H DonCarlos**
Reid Strickland & Gillette LLP
1300 Rollingbrook
Ste 407
Baytown, TX 77521
281-422-8166
281-428-2962 (fax)
sdoncarlos@rsg-llp.com
*Assigned: 11/18/2011*

representing

**Goose Creek CISD And Lee College District**
Reid, Strickland & Gillette, LLP
P.O. Box 809
Baytown, TX 77522-0809
281-422-8166
281-428-2962 (fax)
*(Creditor)*

**Timothy Micah Dortch**
Potts Law Firm
2911 Turtle Creek Blvd.
Suite 1000
Dallas, TX 75219
214-396-9427
mdortch@potts-law.com
*Assigned: 01/14/2015*

representing

**Rodney D Tow**
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, TX 77590-1403
281-429-8300
rtow@rtowtrustee.com
*(Trustee)*

*Assigned: 05/15/2015*

representing

**Royce Homes LP**
7850 N. Sam Houston Parkway West
Houston, TX 77064
*(Debtor)*

*Assigned: 10/27/2016*

representing

**Cooper Scully, PC**
Cooper & Scully, PC.
815 Walker, Suite 1040
Houston, TX 77002

Exhibit "A"

713-236-6800
713-236-6880 (fax)
*(Attorney)*

**Dennis M Dylewski**
Dylewski & Associates, PC
550 Westcott
Suite 220                                                      representing
Houston, TX 77007
713-751-0077
713-751-0080 (fax)
dmdylewski@sbcglobal.net
 *Assigned: 04/15/2009*

**Decker Oaks Development II, Ltd.**
617 W. Main
Tomball, TX 77375
*(Creditor)*

**Eva S Engelhart**
Ross Banks et al
7700 San Felipe
Ste 550
Houston, TX 77063                                              representing
713-626-1200
713-623-6014 (fax)
eengelhart@rossbanks.com
 *Assigned: 07/22/2009*

**City of League City, Texas**
c/o Ross Banks May Cron & Cavin P.C.
2 Riverway, Suite 700
Houston
(713)626-1200
apolanco@rossbanks.com
*(Creditor)*

**Eva S Engelhart**
Ross Banks May Cron and Cavin PC
2 Riverway
Ste 700
Houston, TX 77056-1918                                         representing
713-626-1200
713-623-6014 (fax)
eengelhart@rossbanks.com
 *Assigned: 05/16/2012*

**Decker Oaks Development II, Ltd.**
617 W. Main
Tomball, TX 77375
*(Creditor)*

 *Assigned: 04/12/2013*                                        representing

**Eva S Engelhart**
Ross Banks May Cron and Cavin PC
7700 San Felipe
Suite 550
Houston, TX 77063
713-626-1200
713-623-6014 (fax)

Exhibit "A"

eengelhart@rossbanks.com
*(Creditor)*

**Bryan Patrick Fowler**
The Fowler Law Firm
300 W Davis
Ste 510
Conroe, TX 77301
936-539-3372
936-539-5723 (fax)
bfowler@consolidated.net
 *Assigned: 07/20/2009*
 *LEAD ATTORNEY*

representing

**Westlake/LaSalle Crossing Homeowners Association, Inc**
*(Creditor)*

**Mary Elizondo Frazier**
Bradley Arant Boult Cummings, LLP
600 Travis, Suite 4800
Houston, TX 77002
713-576-0300
713-576-0103 (fax)
mfrazier@bradley.com
 *Assigned: 05/29/2015*

representing

**Amegy Bank, N.A.**
*(Interested Party)*

**Susan R. Fuertes**
Fuertes Law Firm
1506 Broadway
Suite 112
Pearland, TX 77581
832-225-2390
832-225-1240 (fax)
sfuertes@fuerteslawfirm.net
 *Assigned: 08/06/2009*

representing

**Aldine Independent School District**
Susan R. Fuertes
14910 Aldine Westfield
Houston, Tx 77032
281-985-6319
281-985-6321 (fax)
bnkatty@aldine.k12.tx.us
*(Creditor)*

**Himesh M Gandhi**
Roberts Markel Weinberg
2277 Plaza Drive
Suite 290
Sugar Land, TX 77479
281-207-7697
713-840-9404 (fax)
hgandhi@robertsmarkel.com
 *Assigned: 06/17/2009*

representing

**Hodges Ready Mix Company, Inc.**
c/o Himesh M. Gandhi
130 Industrial Blvd., Suite 110
Sugar Land, TX 77478
2812402424
2812407089 (fax)
hgandhi@hrbacek.com
*(Creditor)*

Exhibit "A"

**House of Power Electric, LC**
c/o Himesh M. Gandhi, Esq.
130 Industrial Blvd., Suite 110
Sugar Land, TX 77478
hgandhi@hrbacek.com
*(Creditor)*

**David W Ghisalbert**
Law Office of David W. Ghisalbert
5907 Bonita Creek
Missouri City, TX 77459
713-808-9697
713-893-6942 (fax)
dghisalbert@dwglawoffice.com
*Assigned: 04/12/2010*
*LEAD ATTORNEY*

representing    **Royce Homes Foundation for Youth**
*(Creditor)*

**George R Gibson**
Nathan Sommers Jacobs PC
2800 Post Oak Blvd
61st Flr
Houston, TX 77056-6102
713-892-4843
713-892-4840 (fax)
ggibson@nathansommers.com
*Assigned: 08/03/2010*

representing    **Amegy Bank, N.A.**
*(Interested Party)*

**Edgar Ahron Goldberg**
Attorney at Law
6525 Washington Avenue
Houston, TX 77007
713-629-5889
edgar@eagoldberglaw.com
*Assigned: 06/30/2009*

representing    **Sandtrap Grill**
819 Lovett
Houston, Tx 77064
713-629-5889
egold56@yahoo.com
*(Creditor)*

**Allan David Goldstein**
Morris Lendais Hollrah and Snowden
1980 Post Oak Blvd
Ste 700
Houston, TX 77056
713-966-7200
713-966-7230 (fax)

representing    **BAC Home Loans Servicing LP**
*(Interested Party)*

allang@mlhs.net
*Assigned: 03/09/2010*

**Wells Fargo N.A.**
*(Interested Party)*

**Preston C Goodwin**
Goodwin and Harrison
P O Box 8278
The Woodlands, TX 77387-8278          representing
281-363-3136
preston@goodwin-harrison.com
*Assigned: 01/09/2014*

**Scholl Forest Industries, Inc.**
6800 Pine Vista Lane
Houston, TX 77092
*(Creditor)*

**Patricia Hair**
Phelps Dunbar LLP
500 Dallas
Suite 1300
Houston, TX 77002          representing
713-626-1386
patricia.hair@phelps.com
*Assigned: 06/25/2009*

**Phelps Dunbar, LLP**
700 Louisiana
Suite 2600
Houston, TX 77002
713-626-1386
713-626-1388 (fax)
hairp@phelps.com
*(Creditor)*

**Jeffrey G Hamilton**
Jackson Walker
2323 Ross Avenue
Ste 600
Dallas, TX 75201          representing
214-953-6140
214-661-6637 (fax)
jhamilton@jw.com
*Assigned: 01/09/2014*

**KeyBank National Association**
*(Creditor)*

**Nancy H Hamren**
Coats Rose, P.C.
9 Greenway Plaza
Ste 1000
Houston, TX 77046          representing
713-653-7362
713-651-0220 (fax)
nhamren@coatsrose.com
*Assigned: 05/21/2009*

**Coats Rose Yale Ryman & Lee, P.C.**
*(Interested Party)*

Exhibit "A"

*Assigned: 06/02/2009*                      representing   **Commercial Alliance Insurance Company**
                                                            *(Creditor)*

**C Ed Harrell**
Hughes Watters & Askanase                                  **John Speer**
Total Plaza                                                c/o Wayne Kitchens
1201 Louisiana, 28th Floor                                 HughesWattersAskanase, L.L.P.
Houston, TX 77002                          representing     333 Clay
713-759-0818                                               29th Floor
713-759-6834 (fax)                                         Houston, TX 77002
eharrell@hwallp.com                                        *(Interested Party)*
 *Assigned: 12/29/2010*

**Eileen Miggins Hohlt**
McDaniel Hohlt, PC                                         **2009 Texas Capital Fund, LLC**
Two Greenway Plaza                                         c/o Eileen M. Hohlt
Ste 1030                                                   McDaniel Hohlt PC
Houston, TX 77027                                          3555 Timmons, Suite 1225
713-227-5001                               representing     Houston, TX 77027
713-227-8750 (fax)                                         713-227-5001
ehohlt@mcdanielfirm.com                                    713-227-8750 (fax)
 *TERMINATED: 08/23/2010*                                  ehohlt@mcdanielfirm.com
                                                           *(Interested Party)*

**Nancy Lynne Holley**
U S Trustee                                                **US Trustee**
515 Rusk St                                                Office of the US Trustee
Ste 3516                                                   515 Rusk Ave
Houston, TX 77002                          representing     Ste 3516
(713) 718-4650                                             Houston, TX 77002
nancy.holley@usdoj.gov                                     713-718-4650
 *Assigned: 07/10/2012*                                    USTPRegion07.HU.ECF@USDOJ.GOV
 *LEAD ATTORNEY*                                           *(U.S. Trustee)*

**Fredreck S Hudgens**                     representing    **Rose Ranch Homeowners Association, Inc. and Fieldstone Community Association,**
Hoover Slovacek LLP                                        **Inc.**
5847 San Felipe                                            c/o Fredreck S. "Field" Hudgens
Ste 2200                                                   Hoover Slovacek LLP
Houston, TX 77057                                          5847 San Felipe
713-977-8686                                               Suite 2200
713-977-5395 (fax)                                         Houston, Tx 77057
hudgensbk@hooverslovacek.com                               713-977-8686
 *Assigned: 09/25/2009*

Exhibit "A"

713-977-5395 (fax)
*(Creditor)*

**Patrick L Hughes**
Haynes and Boone LLP
1221 McKinney
Suite 4000
Houston, TX 77010-2007
713-547-2550
713-236-5401 (fax)
hughesp@haynesboone.com
 *Assigned: 04/07/2009*
 *LEAD ATTORNEY*

representing

**Builders Mechanical Inc.**
11143 Spring Cypress Road
Tomball, TX 77375
*(Petitioning Creditor)*

**Luxury Baths by Arrow**
5855 Cunningham
Houston, TX 77041
*(Petitioning Creditor)*

**Suncoast Post Tension Ltd**
509 N. Sam Houston Parkway, Suite 300
Houston, TX 77060
*(Petitioning Creditor)*

**Wisenbaker Builder Services Inc**
1703 Westfield Loop
Houston, TX 77073
*(Petitioning Creditor)*

**Yolanda M Humphrey**
Perdue Brandon et al
1235 N Loop W
Ste 600
Houston, TX 77008
713-862-1860
713-862-1429 (fax)
houbank@pbfcm.com
 *Assigned: 05/27/2013*

representing

**Brazoria County, et al**
c/o Perdue Brandon
1235 North Loop West, Suite 600
Houston, TX 77008
712-862-1860
713-862-1429 (fax)
houbank@pbfcm.com
*(Creditor)*

**Heather Helene Jobe**
Bell Nunnally et al
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

representing

**Hanson Brick & Tile**
Bell Nunnally & Martin
c/o Heather H. Jobe
3232 McKinney Ave.

Exhibit "A"

214-740-1462
heatherj@bellnunnally.com
*Assigned: 06/16/2009*

Suite 1400
Dallas, TX 75204
heatherj@bellnunnally.com
*(Creditor)*

**Christopher Donald Johnson**
Diamond McCarthy LLP
909 Fannin Street
Ste 3700
Houston, TX 77002          representing
713-333-5134
713-333-5199 (fax)
chris.johnson@diamondmccarthy.com
*Assigned: 09/19/2013*

**Donnie Lou Speer**
14322 Darschelle Court
Houston, Tx 77069
*(Interested Party)*

**Peter Johnson**
Law Offices of Peter Johnson
P.O. Box 980877
Houston, TX 77098-0877      representing
713-443-3815
pjohnson@pjlaw.com
*Assigned: 12/30/2010*

**Michael Manners**
*(Interested Party)*

**David Ronald Jones**
US Bankruptcy Judge
515 Rusk
Houston, TX 77002          representing
djones@porterhedges.com
*Assigned: 07/28/2009*
*TERMINATED: 09/29/2011*

**Royce Homes LP**
7850 N. Sam Houston Parkway West
Houston, TX 77064
*(Debtor)*

**Erin Elizabeth Jones**
Jones Murray & Beatty LLP
602 Sawyer
Suite 400
Houston, TX 77007          representing
832-529-1999
832-529-1999 (fax)
erin@jmbllp.com
*Assigned: 07/05/2010*

**Rodney D Tow**
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, TX 77590-1403
281-429-8300
rtow@rtowtrustee.com
*(Trustee)*

**Dexter D Joyner**              representing    **Pasadena Independent School District**

Exhibit "A"

Attorney at Law
4701 Preston
Pasadena, TX 77505
281-991-6095
281-991-6012 (fax)
joyneratty@comcast.net
 *Assigned: 07/02/2009*

**T. Josh Judd**
Andrews Myers PC
1885 Saint James Place, 15th Floor
Houston, TX 77056
713-850-4200
832-786-4877 (fax)
jjudd@andrewsmyers.com
 *Assigned: 03/14/2011*

representing

**Henry J Kaim**
King & Spalding LLP
1100 Louisiana
Suite 4000
Houston, TX 77002
713-751-3225
713-751-3290 (fax)
hkaim@kslaw.com
 *Assigned: 05/18/2009*

representing

**Jason R Kennedy**
Harrison Steck, P.C.
515 Houston Street
Ste 701
Fort Worth, TX 76102
817-348-0400
817-348-0406 (fax)
jkennedy@harrisonsteck.com
 *Assigned: 06/22/2009*

representing

**Wayne Kitchens**
Hughes Watters Askanase LLP

representing

---

c/o Law Office of Dexter D. Joyner
4701 Preston Ave
Pasadena, Tx 77505
281-991-6095
281-991-6012 (fax)
caaustin@comcast.net,joyneratty@comcast.net
*(Creditor)*

**Rose Ranch Homeowners Association, Inc. and Fieldstone Community Association, Inc.**
c/o Fredreck S. "Field" Hudgens
Hoover Slovacek LLP
5847 San Felipe
Suite 2200
Houston, Tx 77057
713-977-8686
713-977-5395 (fax)
*(Creditor)*

**Deborah F. Bates**
C/O Henry J. Kaim
King & Spalding LLP
1100 Louisiana
Suite 4000
Houston, TX 77002
713-751-3200
713-751-3295 (fax)
HKaim@kslaw.com
*(Creditor)*

**Masco Builder Cabinet Group, Inc.**
*(Creditor)*

**John Speer**
c/o Wayne Kitchens

Exhibit "A"

Total Plaza
1201 Louisiana, 28th Floor
Houston, TX 77002
713-759-0818
713-759-6834 (fax)
jwk@hwallp.com
 *Assigned: 07/30/2009*

**Julie Mitchell Koenig**
Cooper & Scully, PC
815 Walker, Suite 1040
Houston, TX 77002
713-236-6800
713-236-6880 (fax)
julie.koenig@cooperscully.com
 *Assigned: 05/15/2009*

HughesWattersAskanase, L.L.P.
333 Clay
29th Floor
Houston, TX 77002
*(Interested Party)*

representing

**Rodney D Tow**
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, TX 77590-1403
281-429-8300
rtow@rtowtrustee.com
*(Trustee)*

 *Assigned: 09/17/2009*

representing

**Tow & Koenig, PLLC**
10077 Grogans Mill Rd. Ste. 145
The Woodlands, TX 77380
(281)681-9100
*(Attorney)*

 *Assigned: 07/01/2014*

representing

**Saul Solomon**
Berkeley Research Group
*(Consultant)*

 *Assigned: 02/02/2015*

representing

**Royce Homes LP**
7850 N. Sam Houston Parkway West
Houston, TX 77064
*(Debtor)*

 *Assigned: 06/01/2015*

representing

**Cooper Scully, PC**
Cooper & Scully, PC.
815 Walker, Suite 1040
Houston, TX 77002
713-236-6800
713-236-6880 (fax)
*(Attorney)*

**Joshua R Leal**
Kwok Daniel Ltd. LLP
9805 Katy Freeway

representing

**Dina Wooldridge**
*(Creditor)*

Exhibit "A"

Suite 850
Houston, TX 77024
713 773 3380
jleal@kwoklaw.com
 *Assigned: 05/06/2009*
 *LEAD ATTORNEY*

**Patrick Matula**
*(Creditor)*

**Richard Wooldridge**
*(Creditor)*

**Sharon Matula**
*(Creditor)*

**Valarie Sankey**
*(Creditor)*

**Kyung Shik Lee**
Parkins Lee & Rubio LLP
Pennzoil Place
700 Milam Street
Suite 1300                    representing
Houston, TX 77002
713-301-4751
klee@parkinslee.com
 *Assigned: 04/21/2017*

**Rodney D Tow**
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, TX 77590-1403
281-429-8300
rtow@rtowtrustee.com
*(Trustee)*

**Christopher David Lindstrom**
Potts Law Firm
3737 Buffalo Speedway
Suite 1900
Houston, TX 77098            representing
713-963-8881
713-583-5388 (fax)
clindstrom@potts-law.com
 *Assigned: 04/03/2017*

**Rodney D Tow**
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, TX 77590-1403
281-429-8300
rtow@rtowtrustee.com
*(Trustee)*

**Diane G Livingstone**           representing
Office of U S Trustee
515 Rusk St
Ste 3516

**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516

Exhibit "A"

Houston, TX 77002
713-718-4650
diane.g.livingstone@usdoj.gov
*Assigned: 04/17/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Houston, TX 77002
713-718-4650
USTPRegion07.HU.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Marc Jay Magids**
Zukowski, Bresenhan, & Piazza LLP
1177 West Loop South
Ste 950
Houston, TX 77027          representing
713-965-9969
713-963-9169 (fax)
mjm@zbplaw.com
*Assigned: 06/08/2012*

**George Kopecky**
*(Interested Party)*

**Christine A March**
Office of the US Trustee
515 Rusk St
Ste 3516
Houston, TX 77002
713-718-4650 Ext. 239          representing
713-718-4580 (fax)
christine.a.march@usdoj.gov
*Assigned: 10/19/2016*
*LEAD ATTORNEY*

**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
713-718-4650
USTPRegion07.HU.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Timothy M McDaniel**
Irelan McDaniel, PLLC
2520 Caroline St.
2nd Floor
Houston, TX 77004          representing
713-222-7666
713-222-7669 (fax)
tmcdaniel@imtexaslaw.com
*Assigned: 10/24/2014*

**2009 Texas Capital Fund, LLC**
c/o Eileen M. Hohlt
McDaniel Hohlt PC
3555 Timmons, Suite 1225
Houston, TX 77027
713-227-5001
713-227-8750 (fax)
ehohlt@mcdanielfirm.com
*(Interested Party)*

**Richard A McKinney**          representing
Higier Allen & Lautin, P.C.
2711 N. Haskell Ave., Suite 2400
Dallas, TX 75204

**Texas Capital Bank, N.A.**
c/o Daniel Paz
Higier Allen & Lautin, P.C.
5057 Keller Springs Road

Exhibit "A"

972-716-1888
972-716-1899 (fax)
rmckinney@higierallen.com
 *Assigned: 05/11/2009*

Suite 600
Addison, TX 75001
*(Creditor)*

**Robert G. Miller**
21717 Inverness Forest Blvd, # 2504
Houston, TX 77073             representing   **Michael Manners**
832-294-0037                               *(Interested Party)*
bob@thewoodlandsbankruptcy.com
 *Assigned: 05/15/2012*

**Katherine Taylor Mize**
Mize Minces & Clark PC
808 Travis                                  **Luis Angel Alvarez, Jr**
Suite 453                                   13310 Barranca Drive
Houston, TX 77002            representing    Houston, TX 77083-6233
713-595-9675                                (713)
713-595-9670 (fax)                          *(Creditor)*
katherine.mize@mizeminces.com
 *Assigned: 03/08/2011*

**Daniel Paz**
The Paz Law Firm, PLLC                      **Texas Capital Bank, N.A.**
14330 Midway Road                           c/o Daniel Paz
Suite 214                                   Higier Allen & Lautin, P.C.
Dallas, TX 75244             representing    5057 Keller Springs Road
214-812-9061                                Suite 600
214-812-9420 (fax)                          Addison, TX 75001
daniel@thepazlawfirm.com                    *(Creditor)*
 *Assigned: 01/09/2014*

**Christina M Putman**
Conn's                                      **Wells Fargo Bank, N.A. (Successor-By-Merger to Wachovia Bank, NA)**
4055 Technology Forest Blvd.                Seyfarth Shaw LLP
Suite 210                                   c/o Christina M. Putman
The Woodlands, TX 77381      representing    700 Louisiana, Suite 3700
936-230-5882                                Houston, TX 77002
855-593-8149 (fax)                          *(Creditor)*
christina.putman@conns.com
 *Assigned: 12/03/2010*

Exhibit "A"

**Randall A Rios**
Husch Blackwell LLP
600 Travis Street, Suite 2350
Houston, TX 77002
713-525-6226
Randy.Rios@huschblackwell.com
 *Assigned: 09/15/2011*

representing **Hammersmith Group, LLC**
*(Partner)*

**Park Lake Communities, LP**
*(Interested Party)*

**Jason M Rudd**
Diamond McCarthy L.L.P.
909 Fannin
Ste 1500
Houston, TX 77010
713-333-5100
jrudd@diamondmccarthy.com
 *Assigned: 06/24/2009*

 *Assigned: 01/20/2014*

representing **Rodney D Tow**
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, TX 77590-1403
281-429-8300
rtow@rtowtrustee.com
*(Trustee)*

representing **Diamond McCarthy LLP**
909 Fannin
Suite 1500
Houston, TX 77010
*(Spec. Counsel)*

**Bruce J Ruzinsky**
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
713-752-4200
713-308-4184 (fax)
bruzinsky@jw.com
 *Assigned: 07/14/2009*

representing **Capital One, N.A.**
c/o Bruce J. Ruzinsky
Jackson Walker, L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010
bruzinsky@jw.com
*(Creditor)*

**James Dean Salyer**
Morris Lendais et al
1980 Post Oak Blvd
Ste 700
Houston, TX 77056
713-966-7200
713-966-7230 (fax)

representing **Stewart Title Guaranty Company**
*(Creditor)*

jsalyer@mlhs.net
*Assigned: 01/09/2014*

**Carl O Sandin**
Perdue Brandon Fielder Collins &
MottLLP
1235 N Loop W Ste 600
Houston, TX 77008          representing    **Klein Independent School District**
713-862-1860                              *(Creditor)*
713-862-1429 (fax)
csandin@pbfcm.com
*Assigned: 05/13/2009*

**David Wesley Showalter**
Law Offices of David W. Showalter LLP
1117 FM 359 Road, Suite 200
Richmond, TX 77469-2013   representing    **Dina Wooldridge**
281-341-5577                              *(Creditor)*
connie@showalterlaw.com
*Assigned: 05/06/2009*
*LEAD ATTORNEY*

**Patrick Matula**
*(Creditor)*

**Richard Wooldridge**
*(Creditor)*

**Sharon Matula**
*(Creditor)*

**Valarie Sankey**
*(Creditor)*

**Steven Douglas Shurn**                  **John Speer**
Hughes Watters and Askanase              c/o Wayne Kitchens
Total Plaza                              HughesWattersAskanase, L.L.P.
1201 Louisiana, 28th Floor               333 Clay
Houston, TX 77002          representing    29th Floor
713-759-0818                              Houston, TX 77002
713-759-6834 (fax)                        *(Interested Party)*
sdsecf@hwallp.com
*Assigned: 08/18/2009*

Exhibit "A"

**Michael J Smith**
Chernosky, Smith, Ressling & Smith,
PLLC
2200 Space Park Drive
Ste 350
TX
Houston, TX 77058
713-800-8608
msmith@csrslaw.com
 Assigned: 01/29/2010

representing

**Regions Bank**
8440 Jefferson Highway
Baton Rouge, LA 70809
*(Creditor)*

**Phil F Snow, Jr**
Snow & Green LLP
P O Box 549
Hockley, TX 77447
713-335-4802
713-335-4902 (fax)
phil@snow-green.com
 Assigned: 07/20/2009

representing

**Snow Fogel Spence LLP**
2929 Allen Parkway
Suite 4100
Houston, TX 77019
713-335-4802
713-335-4902 (fax)
philsnow@snowfogel.com
*(Attorney)*

**Stephen Douglas Statham**
Office of US Trustee
515 Rusk
Ste 3516
Houston, TX 77002
713-718-4650 Ext 252
713-718-4670 (fax)
stephen.statham@usdoj.gov
 Assigned: 05/12/2009
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**US Trustee**
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
713-718-4650
USTPRegion07.HU.ECF@USDOJ.GOV
*(U.S. Trustee)*

**Rodney D Tow**
Tow and Koenig PLLC
26219 Oak Ridge Drive
The Woodlands, TX 77380
281-681-9100
832-482-3979 (fax)
rtow@towkoenig.com
 Assigned: 11/06/2009

representing

**Rodney D Tow**
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, TX 77590-1403
281-429-8300
rtow@rtowtrustee.com
*(Trustee)*

 Assigned: 05/30/2017

representing

**National Home Insurance Company**

Exhibit "A"

Attn Tracy Acosta
10375 E Harvard Ave
Denver, CO 80231
*(Creditor)*

**Rodney Dwayne Tow**
Tow and Koenig PLLC
26219 Oak Ridge Drive
Spring, TX 77380
281-681-9100
832-482-3979 (fax)
rtow@towkoenig.com
 *Assigned: 08/11/2009*

representing

**Tow & Koenig, PLLC**
10077 Grogans Mill Rd. Ste. 145
The Woodlands, TX 77380
(281)681-9100
*(Attorney)*

 *Assigned: 07/12/2010*

representing

**Rodney D Tow**
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, TX 77590-1403
281-429-8300
rtow@rtowtrustee.com
*(Trustee)*

**Robert C Vilt**
Vilt & Asoc
5177 Richmond Ave
Ste 1250
Houston, TX 77056
713-840-7570
713-877-1827 (fax)
cvilt@sbcglobal.net
 *Assigned: 05/28/2009*

representing

**Tri-Tech Surveying Company, L.P.**
c/o Robert C. Vilt
5177 Richmond Avenue, Suite 1230
Houston, TX 77056
713-840-7570
713-877-1827 (fax)
clay@viltlaw.com
*(Creditor)*

**William Jason Walker**
Andrews Myers et al
3900 Essex Lane
Ste 800
Houston, TX 77027
713-850-4200
jwalker@lawamc.com
 *Assigned: 11/24/2009*

representing

**Maintenance Builders Supply, Ltd.**
W. Jason Walker
Andrews Myers Coulter & Hayes, PC
3900 Essex Lane, Suite 800
Houston, TX 77027
7138504200
7138504211 (fax)
jwalker@lawamc.com
*(Creditor)*

Exhibit "A"

**Eugene B Wilshire, Jr**
Wilshire & Scott, PC
One Chasewood, Suite 310
20333 State Highway 249
Houston, TX 77070
713-651-1221
713-651-0020 (fax)
ewilshire@wilshirescott.com
 *Assigned: 06/05/2012*

representing

**Allard Investment Company, LLC**
Wilshire & Scott
c/o Eugene B. Wilshire
3840 One Houston Center
1221 McKinney Street
Houston, TX 77010
713-651-1221
713-651-0020 (fax)
ewilshire@wilshirescott.com
*(Interested Party)*

**DMW Holdings, Inc.**
Wilshire & Scott
c/o Eugene B. Wilshire
3840 One Houston Center
1221 McKinney Street
Houston, TX 77010
713-651-1221
713-651-0020 (fax)
ewilshire@wilshirescott.com
*(Interested Party)*

**MGM Motor Sports, LLC**
Wilshire & Scott
c/o Eugene B. Wilshire
3840 One Houston Center
1221 McKinney Street
Houston, TX 77010
713-651-1221
713-651-0020 (fax)
ewilshire@wilshirescott.com
*(Interested Party)*

**Saracen Holdings GPLLC**
Wilshire & Scott
c/o Eugene B. Wilshire
3840 One Houston Center
1221 McKinney Street
Houston, TX 77010
713-651-1221
713-651-0020 (fax)

Exhibit "A"

ewilshire@wilshirescott.com
*(Interested Party)*

**Saracen Holdings, Inc.**
Wilshire & Scott
c/o Eugene B. Wilshire
3840 One Houston Center
1221 McKinney Street
Houston, TX 77010
713-651-1221
713-651-0020 (fax)
ewilshire@wilshirescott.com
*(Interested Party)*

**Saracen Holdings, LP**
Wilshire & Scott
c/o Eugene B. WIlshire
3840 One Houston Center
1221 McKinney Street
Houston, TX 77010
713-651-1221
713-651-0020 (fax)
ewilshire@wilshirescott.com
*(Interested Party)*

**David A Zdunkewicz**
Hunton Andrews Kurth LLP
600 Travis
Ste 4200
Houston, TX 77002
713-220-4128
713-238-7106 (fax)
dzdunkewicz@HuntonAK.com
 *Assigned: 03/15/2019*

representing

**Kraken Holdings, LLC**
c/o Hunton Andrews Kurth LLP
600 Travis
Suite 4200
Houston, Tx 77002
*(Interested Party)*

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/27/2022 13:56:39 | | |
| **PACER Login:** | rodneytow | **Client Code:** | |

Exhibit "A"